# INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| A | Royalty Deed, July 7, 1995 |
| B | Original 2017 Q2 Recoupment Statement, August 2017 |
| C | Coeur Email Transmitting Updated Calculation, November 6, 2017 |
| D | Revised 2017 Q2 Recoupment Statement |
| E | 2019 Q3 Recoupment Statement |
| F | 2019 Q4 Recoupment Statement |
| G | 2020 Q2 Recoupment Statement |
| H | 2020 Q3 Recoupment Statement |