ROYALTY DEED

PLEAUE RECORD IN THE JUNEAU RECORDING DISTRICT

This Royalty Deed, effective July 7, 1995 (the "Effective Date"), by Coeur Alaska, Inc., a Delaware corporation with executive offices at 505 Front Avenue, Coeur d'Alene, Idaho 83814 ("Coeur") to Echo Bay Exploration Inc., a Delaware corporation with executive offices at Suite 4050, 370 17th Street, Denver, Colorado 80202 ("Echo Bay").

## Recitals

Coeur and Echo Bay are parties to a Venture Termination and Asset Purchase Agreement, dated as of June 30, 1995 (the "Purchase Agreement"), pursuant to which Echo Bay and its affiliate Echo Bay Alaska Inc. have sold and Coeur has purchased Echo Bay's and Echo Bay Alaska Inc.'s combined undivided 50% interest in certain real properties in Juneau, Alaska, formerly constituting assets of the Kensington Venture between those parties, which properties are described in Attachment I to this Royalty Deed (the "Properties"). Pursuant to the Purchase Agreement, and as part of the consideration for that sale of interests to Coeur, Coeur agreed to convey to Echo Bay a Net Returns Royalty interest in 100% of gold produced from the Properties to a maximum of 1,000,000 troy ounces of gold.

## Royalty

For valuable consideration, the receipt and sufficiency of which are acknowledged, Coeur hereby grants and covenants to Echo Bay as follows:

1. <u>Grant of Royalty Interest</u>. Coeur hereby grants and conveys to Echo Bay, its successors and assigns, a Net Returns Royalty in gold produced from the Properties, payable on the terms and conditions herein specified. The Net Returns Royalty payable to Echo Bay shall be equal to the Effective Rate (defined in Section 3) of Net Returns (defined in Section 4) from the sale or deemed sale of all gold and gold-bearing substances in any form, including dore, other concentrates, smelted or refined product or bullion produced from the Properties ("Gold Minerals").

Ex. A, p. 1

2. <u>Commencement of Royalty Payments and Termination of Royalty</u>. Payments of the Net Returns Royalty shall commence when Coeur shall have received Proceeds equal to the sum of Thirty Two Million Five Hundred Thousand (U.S.) Dollars ($32,500,000) plus Coeur's Construction Investment (the two amounts collectively referred to as "Recoupment"). The Net Returns Royalty shall terminate when Echo Bay shall have received payments of Net Returns Royalty on sale of one million troy ounces of gold or contained gold in Gold Minerals produced from the Properties. As used in this Royalty Deed, "Proceeds" means (i) the total of Net Returns (as defined in Section 4) received by Coeur, and its successors and assigns as owners of the Properties, from the sale or deemed sale of Gold Minerals from the Properties , (ii) any revenue from sale of capital assets, equipment and machinery the cost or amortized cost or depreciation of which shall have been included in Coeur's Construction Investment, and (iii) any insurance proceeds for which the premium was included in Coeur's Construction Investment.

Proceeds shall be a credit for Recoupment whether received by Coeur before or after Commencement of Commercial Production.

As used in this Royalty Deed, "Coeur's Construction Investment" means the following expenditures determined in accordance with generally accepted accounting principles for metallic mining ventures within the United States applied on a consistent basis (hereinafter "GAAP"), which are incurred by Coeur after the Effective Date:

(a) Direct capital costs for the construction of a mine and processing facility on the Properties, incurred prior to the Commencement of Commercial Production (defined below) including:

(i) construction of a mine and mill, beneficiation facility, or processing plant to produce and mill, treat or process Gold Minerals produced from the Properties;

(ii) mining and milling or other processing equipment and machinery for the facilities referred to in subsection 2.(a)(i); and

(iii) construction of ancillary works such as

2

Ex. A, p. 2

roads, utilities, tailings disposal facilities, and camp facilities to serve the Properties.

(b)   The following operating costs incurred by Coeur after the Commencement of Commercial Production and prior to Recoupment:

(i) Mining Costs.   Costs incurred by Coeur in exploring for, mining, extracting, removing and transporting to a mill Gold Minerals produced from the Properties.   Such costs shall include, without limitation, those incurred for labor, machinery operation, fuel, explosives and other materials, exploration drilling, developmental or ore delineation drilling, allowance for depreciation and amortization of mining equipment and machinery acquired after the Commencement of Commercial Production, payment of other royalties burdening the Properties on the Effective Date, and an allowance for future costs, (pro-rata based upon recoverable ounces of gold in proven and probable reserves as determined by the feasibility study) anticipated to be incurred by Coeur in reclaiming the Properties in accordance with applicable laws and regulations.   Mining costs shall not include depletion or income taxes.

(ii) Milling and Processing Costs.   Costs incurred in milling or processing Gold Minerals produced from the Properties at Coeur's mill or central processing facility utilized by Coeur to process Gold Minerals produced from the Properties, if any, (hereinafter referred to as the "Mill").

(iii)   General and Administrative Costs.   Costs properly allocable to the administration of the Properties, and the production of Gold Minerals therefrom, but not including any general and administrative costs incurred with respect to operations of Coeur or its affiliates not directly related to the administration of the Properties or the production of Gold Minerals therefrom.

3

Ex. A, p. 3

(iv)   Selling   Costs.   Costs incurred in connection with the marketing of Gold Minerals produced from the Properties other than any costs deducted pursuant to subsection 4(b).

(v)   Taxes.   All taxes levied against Coeur's operation of the Properties, excluding income taxes and any taxes deductible under subsection 4(b)(iii) but including mining and property taxes.

(c)   Exploration and Development Costs. Costs incurred by Coeur after the Effective Date hereof and prior to Commencement of Commercial Production with respect to exploring and developing the Properties and all matters connected therewith including, but not limited to, costs relating to geological, geochemical and geophysical studies, exploration and developmental drilling, sampling and assaying, mine design and development, acquisition of mining or processing equipment or machinery, direct expenses of making application for and obtaining environmental and regulatory permits from government agencies (including reasonable attorney's fees, but excluding expenses of negotiations or obligations attributable to agreements or concessions to private parties or non-governmental organizations other than for bona fide services or materials for exploration or development of the Properties), and any other costs which would be included within mining costs and/or milling and processing costs if such costs were incurred after the Commencement of Commercial Production.

If any of the   costs otherwise includible in Coeur's Construction Investment are incurred partly for the benefit of any other properties or interests   of   Coeur, only the portion of such costs reasonably attributable to development and operation of the Properties in accordance with GAAP shall be included in Coeur's Construction Investment.

As used in this Royalty Deed, "Commencement of Commercial Production" means the earliest to occur of:

(1)   the first day of the calendar quarter following the quarter in which   from the Properties or Gold

4

Ex. A, p. 4

Minerals produced therefrom are produced for a period of thirty consecutive days at a production rate of at least 90% of the design capacity of the Production Facility, or

(2) the date when Coeur declares Commencement of Commercial Production for its accounting, corporate reporting, or announcement purposes.

By the 30th day after each calendar quarter, commencing the third quarter of 1995, until Commencement of Commercial Production, Coeur shall provide to Echo Bay a detailed account, certified by Coeur's chief financial officer, of all costs included in the accrual of Coeur's Construction Investment during that quarter. Coeur shall notify Echo Bay of the date on which the Commencement of Commercial Production occurs within 30 days after of such occurrence, and Coeur shall provide to Echo Bay with such notice (i) a statement of the total amount of Coeur's Construction Investment and (ii) a detailed account certified by its chief financial officer, of all costs included in Coeur's Construction Investment, which may include by incorporation the prior quarterly reports. After Commencement of Commercial Production and before commencement of payments upon the Net Returns Royalty, Coeur will provide to Echo Bay detailed quarterly accounts by the 30th day following each calendar quarter, certified by Coeur's chief financial officer, showing the amounts and basis of credits toward Recoupment until Recoupment is achieved. All accounts and records of Coeur from which calculations of Coeur's Construction Investment and Recoupment are or may be made or verified shall be kept in accordance with GAAP, and they shall be retained for not less than one year after Recoupment has been achieved. All such accounts and records shall be available upon reasonable notice and at reasonable times for audit by Echo Bay or on its behalf.

3. <u>Royalty Rate</u>. The rate of Net Returns Royalty payable to Echo Bay (the "Effective Rate") shall vary with the Monthly Average Gold Price for the calendar month in which the royalty accrues, as follows:

5

Ex. A, p. 5

| Monthly Average<br>Gold Price | Effective Rate |
|---|---|
| Less than $400 | 0% |
| $400 - $424.99 | 1.0% |
| $425 - $449.99 | 1.5% |
| $450 - $474.99 | 2.0% |
| $475 and greater | 2.5% |

As used in this Royalty Deed, "Monthly Average Gold Price" shall mean the average London Bullion Market Association P.M. Gold Fix, calculated by dividing the sum of all such prices reported for the calendar month by the number of days for which such prices were reported. If the London Bullion Market Association P.M. Gold Fix ceases to be published, all such references shall be replaced with references to prices of gold for immediate delivery in the most nearly comparable established market as such prices are published in *Metals Week* or a similar publication.

    4. <u>Determination of Net Returns Royalty Payments</u>. The amount of the Net Returns Royalty payable to Echo Bay shall be equal to the Effective Rate of Net Returns. As used in this Royalty Deed, "Net Returns" means the Gross Returns less Allowable Deductions.

        (a) As used in this Royalty Deed, "Gross Returns" means:

            (i) If Coeur causes refined gold (meeting the specifications of the London Bullion Market Association) to be produced from ores mined from the Properties, the refined gold shall be deemed to have been sold at the Monthly Average Gold Price for the month in which it was produced, and the Gross Returns shall be determined by multiplying Gold Production during the calendar month by the Monthly Average Gold Price. As used herein, "Gold Production" shall mean the quantity of refined gold outturned to Coeur's account by an independent third-party refinery for gold produced from the Properties during the calendar month on either a provisional or final settlement basis.

6

Ex. A, p. 6

(ii)  If Coeur sells other Gold Minerals such as ores, dore or concentrates produced from ores mined from the Properties to an unaffiliated third party, the Gross Returns shall be equal to the gross amount of the proceeds actually received by Coeur from the sale of such ore, dore or concentrate.

(iii)  If Coeur sells other Gold Minerals such as ores, dore or concentrates produced from ores mined from the Properties to an affiliated party, the Gross Returns shall be determined as provided in Subsections 4(a)(i) based on the quantity of gold,  contained in such ores, dore or concentrates actually received by Coeur from the sale of such ore, dore, or concentrates.

If outturn of refined  gold is made by an independent third party refinery on a provisional basis, the Gross Returns shall be based upon the amount of such provisional settlement, but shall be adjusted in subsequent statements to account for the amount of refined  gold established by final settlement by such refinery.

(b)  As used in this Royalty Deed,  "Allowable Deductions" means the following costs, charges and expenses paid or incurred by Coeur with respect to produced Gold Minerals after such Gold Minerals leave the Properties:

(i)  third-party charges for treatment in milling, smelting or refining processes  including sampling, assaying and representation costs, penalties, and other processor deductions;

(ii) actual costs of transportation of Gold Minerals from the Properties to the place of treatment and then to the place of sale; and

(iii)   sales, use, severance, net proceeds of mine,  and any other tax on or measured by production of Gold Minerals (but excluding any tax on net income).

5.  <u>Trading Activities</u>.  Coeur shall have the right to

7

Ex. A, p. 7

engage in forward sales, future trading or commodity options trading, and other price hedging, price protection, and speculative arrangements ("Trading Activities") which may involve the possible delivery of gold, produced from the Properties. Echo Bay shall not be entitled to participate in the proceeds or be obligated to share in any losses generated by Coeur's Trading Activities.

6.   <u>Payment of Royalty</u>.  The Net Returns Royalty shall become due and payable quarterly on the last day of the calendar month next following the last day of the calendar quarter in which the same accrues.  Net Returns Royalty payments shall be accompanied by a statement showing in reasonable detail the quantities and grades of the Gold Minerals produced and sold or deemed sold by Coeur in the preceding calendar quarter; the average monthly price determined as herein provided for refined gold on which Net Returns Royalty is due; Allowable Deductions; and other pertinent information in sufficient detail to explain the calculation of the Net Returns Royalty payment.

7.   <u>Royalty on Stockpiled Dore</u>.  Each quarterly royalty statement shall also list the quantity and quality of any gold dore which has been retained as inventory for more than 60 days. Echo Bay shall have 15 days after receipt of the statement to either:

(a)  request that the dore be deemed sold as provided in Subsection 4(a) above as of such fifteenth day utilizing the mine weights and assays for such dore and utilizing a deemed charge for Allowable Deductions, which shall be based upon the

most recent charges to Coeur for such services by an unaffiliated third party; or

(b) elect to wait until the time that refined gold from such dore is actually outturned to Coeur or such dore is sooner sold by Coeur.

The failure of Echo Bay to respond within such time shall be deemed to be an election under Subsection 7(b) above.  No Net Returns Royalty shall be due with respect to stockpiles of ores or concentrates unless and until such ores or concentrates are actually sold.

8

Ex. A, p. 8

8.  <u>Audit, Challenge and Finality of Royalty Payments</u>.  All
books and records used by Coeur to calculate the Net Returns
Royalty shall be kept in accordance with GAAP.  Echo Bay shall
have the right, upon reasonable notice and at reasonable times,
to  have conducted an audit of Coeur's accounts and records
relating to the calculation of the Net Returns Royalty,  by  an
independent firm of certified public accountants reasonably
acceptable to Coeur.  If such independent audit determines that
there has been a deficiency or an excess in the payment made to
Echo Bay such deficiency or excess shall be resolved by adjusting
the next quarterly Net Returns Royalty payment due hereunder.
Echo Bay shall pay all costs of such audit unless a deficiency of
ten percent or more of the amount due is determined to exist.
Coeur shall pay the costs of such audit if a deficiency of ten
percent or more of the amount due is determined to exist.  All
Net Return Royalty payments shall be considered final and in full
satisfaction of all obligations of Coeur with respect thereto
unless Echo Bay gives Coeur written notice describing and setting
forth a specific objection to the calculation thereof within one
year after receipt by Echo Bay of the quarterly statement.
Failure on the part of Echo Bay to make claim on Coeur for
adjustment in the one-year period specified in this section shall
establish the correctness of such statement and preclude the
filing of exceptions thereto or making of claims for adjustment
thereon.


9.  <u>Operations</u>.  Coeur, by the grant of this Net Returns
Royalty or otherwise, shall not be deemed subject to any duty to
diligently explore for or produce Gold Minerals from the
Properties, and the timing, manner, method and amounts of such
exploration and production shall be in the sole discretion of
Coeur.


10.  <u>Commingling of Production</u>.  Upon advance notice to Echo
Bay, Coeur shall have the right to commingle any  Gold Minerals
or  from the Properties with , like Gold Minerals and  produced
from other properties, provided that such commingling is
accomplished after such ores, Gold Minerals or  have been weighed
or measured and sampled in accordance with sound mining and
metallurgical practices.  Any Net Returns Royalty due hereunder
shall be determined by equitable allocation between  Gold
Minerals and  from the Properties and  like Gold Minerals and

9

Ex. A, p. 9

from other properties in accordance with sound accounting and metallurgical practices. The practices and procedures to be utilized for commingling and allocation shall be approved in advance by Echo Bay which approval shall not be unreasonably withheld. Echo Bay shall be afforded reasonable opportunity to observe and verify those processes and practices in operation.

11. <u>Notices</u>. All notices required or permitted to be given hereunder shall be given in writing and shall be sent by the parties by registered or certified mail, telex, facsimile transmission or by express delivery service to the address set forth below or to such other address as either party may later designate by like notice to the other:

<u>Coeur</u>:
Coeur Alaska, Inc.
505 Front Avenue
Coeur d'Alene, Idaho 83814
Attn: President

<u>Echo Bay</u>:

Echo Bay Exploration Inc
Suite 4050, 370 17th Street
Denver, Colorado 80202

Attn: President

All notices required or permitted to be given hereunder shall be deemed to have been given on the date of receipt if received on a business day or on the next business day following receipt if received on other than a business day.

12. <u>Assignment</u>. Echo Bay may freely assign or encumber its Net Returns Royalty and its rights under this Royalty Deed.

13. <u>Governing Law</u>. This Royalty Deed and the rights and obligations of the parties hereunder shall be governed by the laws of the State of Alaska, except its rules pertaining to conflict of laws.

10

Ex. A, p. 10

IN WITNESS WHEREOF, Coeur has executed this Royalty Deed on
July 6ᵗʰ, 1995, but effective as of the Effective Date.

Coeur Alaska, Inc.

By: _James A. Sabala_____
James A. Sabala
Senior Vice President and
Chief Financial Officer

_William M. Boyd_____
William F. Boyd, Secretary

STATE OF _Idaho_____ )
                    ) ss.
COUNTY OF _Kootenai_ )

The foregoing Royalty Deed was acknowledged before me this 6ᵗʰ
day of July, 1995, by James A. Sabala, Senior Vice President
and Chief Financial Officer, and William F. Boyd, the Secretary,
respectively, of Coeur Alaska, Inc.

Witness my hand and official seal.
My commission expires: 4-28-00

_Margaret C. West_____
Notary Public

11



# Attachment I

## PATENTED CLAIMS

| NAME OF CLAIM | U. S. PATENT NO. | M.S. NUMBER |
|---|---|---|
| HARVARD LODE (HARTFORD) | 24661 | 59 |
| OPHIR LODE | 24265 | 37-A |
| OPHIR MILLSITE | 24265 | 37-B |
| BEAR LODE | 24324 | 38-A |
| SAVAGE LODE | 24324 | 39 |
| BEAR NO. MILLSITE | 24324 | 38-B |
| ELMIRA LODE | 25362 (M.C. 47) | 42 |
| NORTHERN BELLE LODE | 25362 (M.C. 47) | 43 |
| YELLOW JACKET LODE | 25362 (M.C. 47) | 44 |
| KENSINGTON LODE | 25362 (M.C. 47) | 45 |
| EUREKA LODE | 25362 (M.C. 47) | 46 |
| ESMERALDA LODE | 24662 | 47-A |
| EXCELSIOR LODE | 24662 | 48 |
| NORTHWEST LODE | 24662 | 49 |
| ESMERALDA MILLSITE | 24662 | 47-B |
| NORTHERN LIGHT LODE | 36096 | 380 |
| NORTHERN LIGHT EXT. #1 LODE | 36096 | 380 |
| NORTHERN LIGHT EXT. #2 LODE | 36096 | 380 |
| SEWARD LODE | 24660 | 40-A |
| SEWARD NO. 2 LODE | 24660 | 41 |
| CUMERLAND LODE (CUMBERLAND LODE) | 24660 | 50-A |
| COMET LODE | 24660 | 51 |
| THOMAS LODE | 24660 | 52-A |
| POOR RICHARD LODE | 24660 | 53 |
| COMET EXTENSION LODE | 24660 | 54-A |
| SNOWFLAKE LODE | 24660 | 55 |
| LAST CHANCE LODE | 24660 | 56 |
| BANNER LODE | 24660 | 57 |
| ECLIPSE LODE | 24660 | 58 |
| SEWARD MILLSITE | 24660 | 40-B |
| CUMERLAND MILLSITE (CUMBERLAND MILLSITE) | 24660 | 50-B |
| THOMAS MILLSITE | 24660 | 52-B |
| COMET EXTENSION MILLSITE | 24660 | 54-B |
| PLUCKY GIRL FRAC. LODE | 1116607 | 2018 |
| PLUCKY BOY FRAC. LODE (LUCK BOY) | 1116607 | 2018 |
| ARNOLD LODE | 1116607 | 2018 |
| STANLEY LODE | 1117017 | 2015 |

Ex. A, p. 12

# PATENTED CLAIMS

| NAME OF CLAIM | U. S. PATENT NO. | M.S. NUMBER |
|---|---|---|
| BEE LODE | 1117017 | 2015 |
| LIONS PAW #1 LODE | 1117017 | 2015 |
| LIONS PAW #2 LODE | 1117017 | 2015 |
| LIONS PAW #3 LODE | 1117017 | 2015 |
| LIONS PAW #4 LODE | 1117017 | 2015 |
| LIONS TAIL LODE | 1117017 | 2015 |
| BAT LODE | 1117017 | 2015 |
| LIONS PAW LODE | 1117017 | 2015 |
| OLGA #1 LODE | 1117017 | 2015 |
| OLGA #2 LODE | 1117017 | 2015 |
| OLGA #3 LODE | 1117017 | 2015 |
| OLGA #4 LODE | 1117017 | 2015 |
| MEXICAN LODE | 26398 | 61 |
| HORRIBLE | Mineral Certificate 54 | 60 |

## UNPATENTED CLAIMS

### BIG SEVEN CLAIM GROUP

Unpatented lode mining claims (48) located in Sections 8, 9, 15 & 16, Township 35 South, Range 62 East, Copper River Meridian, Juneau Recording District.

| CLAIM NAME AND NUMBER | BOOK | PAGE | FILE NUMBER | BLM SERIAL NO. |
|---|---|---|---|---|
| BIG SEVEN NUMBER 1 (BIG SEVEN NO. 1) | 184 | 776 | 81-6548 | AA-44961 |
| BIG SEVEN NO. 2 | 184 | 777 | 81-6549 | AA-44962 |
| BIG SEVEN NUMBER 3 (BIG SEVEN NO. 3) | 300 | 891 | 88-3761 | AA-65035 |
| BIG SEVEN NUMBER 4 (BIG SEVEN NO. 4) | 300 | 889 | 88-3760 | AA-65036 |
| BIG SEVEN NO. 5 | 187 | 295 | | AA-46186 |
| BIG SEVEN NO. 6 | 187 | 297 | | AA-46187 |
| BIG SEVEN NO. 7 | 187 | 298 | | AA-46188 |
| BIG SEVEN NO. 8 | 187 | 299 | | AA-46189 |
| BIG SEVEN NO. 9 | 186 | 129 | | AA-46190 |
| BIG SEVEN NO. 10 | 186 | 131 | | AA-46191 |
| BIG SEVEN NO. 11 | 186 | 132 | | AA-46192 |
| BIG SEVEN NO. 12 | 186 | 133 | | AA-46193 |
| BIG SEVEN NO. 13 | 186 | 134 | | AA-46194 |

# PATENTED CLAIMS

BOOK 0428 PAGE 437

| NAME OF CLAIM | | U. S. PATENT NO. | | M.S. NUMBER |
|---|---|---|---|---|
| BIG SEVEN NO. 14 | 186 | 135 | | AA-46195 |
| BIG SEVEN NO. 15 | 186 | 136 | | AA-46196 |
| BIG SEVEN NO. 16 | 186 | 137 | | AA-46197 |
| BIG SEVEN NO. 17 | 210 | 693 | 83-002119 | AA-50980 |
| BIG SEVEN NO. 18 | 210 | 694 | 83-002120 | AA-50981 |
| BIG SEVEN NO. 19 | 210 | 695 | 83-002121 | AA-50982 |
| BIG SEVEN NO. 20 | 210 | 696 | 83-002122 | AA-50983 |
| BIG SEVEN NO. 21 | 210 | 697 | 83-002123 | AA-50984 |
| BIG SEVEN NO. 22 | 210 | 698 | 83-002124 | AA-50985 |
| BIG SEVEN NO. 23 | 210 | 699 | 83-002125 | AA-50986 |
| BIG SEVEN NO. 24 | 210 | 700 | 83-002126 | AA-50987 |
| BIG SEVEN NO. 25 | 210 | 701 | 83-002127 | AA-50988 |
| BIG SEVEN NO. 26 | 210 | 702 | 83-002128 | AA-50989 |
| BIG SEVEN NO. 27 | 210 | 703 | 83-002129 | AA-50990 |
| BIG SEVEN NO. 28 | 210 | 704 | 83-002130 | AA-50991 |
| BIG SEVEN NO. 29 | 210 | 705 | 83-002131 | AA-50992 |
| BIG SEVEN NO. 30 | 210 | 706 | 83-002132 | AA-50993 |
| BIG SEVEN NO. 31 | 210 | 707 | 83-002133 | AA-50994 |
| BIG SEVEN NO. 32 | 210 | 708 | 83-002134 | AA-50995 |
| BIG SEVEN NO. 33 | 210 | 709 | 83-002135 | AA-50996 |
| BIG SEVEN NO. 34 | 210 | 710 | 83-002136 | AA-50997 |
| BIG SEVEN NO. 35 | 210 | 711 | 83-002137 | AA-50998 |
| BIG SEVEN NO. 36 | 210 | 712 | 83-002138 | AA-50999 |
| BIG SEVEN NO. 37 | 210 | 713 | 83-002139 | AA-51000 |
| BIG SEVEN NO. 38 | 210 | 714 | 83-002140 | AA-51001 |
| BIG SEVEN NO. 39 | 210 | 715 | 83-002141 | AA-51002 |
| BIG SEVEN NO. 40 | 210 | 716 | 83-002142 | AA-51003 |
| BIG SEVEN NO. 41 | 210 | 717 | 83-002143 | AA-51004 |
| BIG SEVEN NO. 42 | 210 | 718 | 83-002144 | AA-51005 |
| BIG SEVEN NO. 43 | 210 | 719 | 83-002145 | AA-51006 |
| BIG SEVEN NO. 44 | 210 | 720 | 83-002146 | AA-51007 |
| BIG SEVEN NO. 45 | 210 | 721 | 83-002147 | AA-51008 |
| BIG SEVEN FRACTION 1 | 184 | 773 | 81-6545 | AA-44958 |
| BIG SEVEN FRACTION 2 | 184 | 774 | 81-6546 | AA-44959 |
| BIG SEVEN FRACTION 3 | 184 | 775 | 81-6547 | AA-44960 |

Ex. A, p. 14

## COMET CLAIM GROUP

Unpatented lode mining claims (185) located in Sections 30, 31 & 32, Township 34 South, Range 62 East; Sections 4-9, 17-20, 28, 29, 33 & 34, Township 35 South, Range 62 East and Sections 2 & 3, Township 36 South, Range 62 East. Copper River Meridian, Juneau Recording District.

| CLAIM NAME AND NUMBER | BOOK | PAGE | FILE NUMBER | BLM SERIAL NO. |
|---|---|---|---|---|
| COMET #1 | 287 | 766 | 87-4225 | AA-61393 |
| COMET #2 | 287 | 768 | 87-4226 | AA-61394 |
| COMET #3 | 287 | 769 | 87-4227 | AA-61395 |
| COMET #4 | 287 | 770 | 87-4228 | AA-61396 |
| COMET #5 | 287 | 771 | 87-4230 | AA-61397 |
| COMET #6 | 287 | 772 | 87-4231 | AA-61398 |
| COMET #7 | 287 | 773 | 87-4232 | AA-61399 |
| COMET #8 | 287 | 774 | 87-4234 | AA-61400 |
| COMET #9 | 287 | 775 | 87-4235 | AA-61401 |
| COMET #10 | 287 | 776 | 87-4236 | AA-61402 |
| COMET #11 | 287 | 777 | 87-4237 | AA-61403 |
| COMET #12 | 287 | 778 | 87-4238 | AA-61404 |
| COMET #13 | 287 | 779 | 87-4239 | AA-61405 |
| COMET #14 | 287 | 780 | 87-4240 | AA-61406 |
| COMET #15 | 287 | 781 | 87-4241 | AA-61407 |
| COMET #16 | 287 | 782 | 87-4242 | AA-61408 |
| COMET #17 | 287 | 783 | 87-4243 | AA-61409 |
| COMET #18 | 287 | 784 | 87-4244 | AA-61410 |
| COMET #19 | 287 | 785 | 87-4245 | AA-61411 |
| COMET #20 | 287 | 786 | 87-4246 | AA-61412 |
| COMET #21 | 287 | 787 | 87-4248 | AA-61413 |
| COMET #22 | 287 | 788 | 87-4249 | AA-61414 |
| COMET #23 | 287 | 789 | 87-4250 | AA-61415 |
| COMET #24 | 287 | 790 | 87-4251 | AA-61416 |
| COMET #25 | 287 | 791 | 87-4252 | AA-61417 |
| COMET #26 | 287 | 792 | 87-4253 | AA-61418 |
| COMET #27 | 287 | 793 | 87-4254 | AA-61419 |
| COMET #28 | 287 | 794 | 87-4255 | AA-61420 |
| COMET #29 | 287 | 795 | 87-4256 | AA-61421 |
| COMET #30 | 287 | 796 | 87-4257 | AA-61422 |
| COMET #31 | 287 | 797 | 87-4258 | AA-61423 |

Ex. A, p. 15

| CLAIM NAME AND NUMBER | BOOK | PAGE | FILE NUMBER | BLM SERIAL NO. |
|---|---|---|---|---|
| COMET #32 | 287 | 798 | 87-4259 | AA-61424 |
| COMET #33 | 287 | 799 | 87-4260 | AA-61425 |
| COMET #34 | 287 | 800 | 87-4261 | AA-61426 |
| COMET #35 | 287 | 801 | 87-4262 | AA-61427 |
| COMET #36 | 287 | 802 | 87-4263 | AA-61428 |
| COMET #37 | 287 | 803 | 87-4264 | AA-61429 |
| COMET #38 | 287 | 804 | 87-4265 | AA-61430 |
| COMET #39 | 287 | 805 | 87-4266 | AA-61431 |
| COMET #40 | 287 | 806 | 87-4267 | AA-61432 |
| COMET #41 | 287 | 807 | 87-4268 | AA-61433 |
| COMET #42 | 287 | 808 | 87-4269 | AA-61434 |
| COMET #43 | 287 | 809 | 87-4271 | AA-61435 |
| COMET #44 | 287 | 810 | 87-4272 | AA-61436 |
| COMET #45 | 287 | 811 | 87-4273 | AA-61437 |
| COMET #46 | 287 | 812 | 87-4274 | AA-61438 |
| COMET #47 | 287 | 813 | 87-4275 | AA-61439 |
| COMET #48 | 287 | 814 | 87-4276 | AA-61440 |
| COMET #49 | 287 | 815 | 87-4277 | AA-61441 |
| COMET #50 | 287 | 816 | 87-4278 | AA-61442 |
| COMET #51 | 287 | 817 | 87-4279 | AA-61443 |
| COMET #52 | 287 | 818 | 87-4280 | AA-61444 |
| COMET #53 | 287 | 819 | 87-4281 | AA-61445 |
| COMET #54 | 287 | 820 | 87-4282 | AA-61446 |
| COMET #55 | 287 | 821 | 87-4283 | AA-61447 |
| COMET #56 | 287 | 822 | 87-4284 | AA-61448 |
| COMET #57 | 287 | 823 | 87-4285 | AA-61449 |
| COMET #58 | 287 | 824 | 87-4286 | AA-61450 |
| COMET #59 | 287 | 825 | 87-4287 | AA-61451 |
| COMET #60 | 287 | 826 | 87-4288 | AA-61452 |
| COMET #61 | 287 | 827 | 87-4289 | AA-61453 |
| COMET #62 | 287 | 828 | 87-4290 | AA-61454 |
| COMET #63 | 287 | 829 | 87-4292 | AA-61455 |
| COMET #64 | 287 | 830 | 87-4293 | AA-61456 |
| COMET #65 | 287 | 831 | 87-4294 | AA-61457 |
| COMET #66 | 287 | 832 | 87-4295 | AA-61458 |
| COMET #67 | 287 | 833 | 87-4296 | AA-61459 |

Ex. A, p. 16

| CLAIM NAME AND NUMBER | BOOK | PAGE | FILE NUMBER | BLM SERIAL NO. |
|---|---|---|---|---|
| COMET #68 | 287 | 834 | 87-4297 | AA-61460 |
| COMET #69 | 287 | 835 | 87-4298 | AA-61461 |
| COMET #70 | 287 | 836 | 87-4300 | AA-61462 |
| COMET #71 | 287 | 837 | 87-4301 | AA-61463 |
| COMET #72 | 287 | 838 | 87-4302 | AA-61464 |
| COMET #73 | 287 | 839 | 87-4303 | AA-61465 |
| COMET #74 | 287 | 840 | 87-4304 | AA-61466 |
| COMET #75 | 287 | 841 | 87-4305 | AA-61467 |
| COMET #76 | 287 | 842 | 87-4306 | AA-61468 |
| COMET #77 | 287 | 843 | 87-4307 | AA-61469 |
| COMET #78 | 287 | 844 | 87-4308 | AA-61470 |
| COMET #79 | 287 | 845 | 87-4309 | AA-61471 |
| COMET #80 | 287 | 846 | 87-4311 | AA-61472 |
| COMET #81 | 287 | 847 | 87-4312 | AA-61473 |
| COMET #82 | 287 | 848 | 87-4313 | AA-61474 |
| COMET #83 | 287 | 849 | 87-4314 | AA-61475 |
| COMET #84 | 287 | 850 | 87-4315 | AA-61476 |
| COMET #85 | 287 | 851 | 87-4316 | AA-61477 |
| COMET #86 | 287 | 852 | 87-4317 | AA-61478 |
| COMET #87 | 287 | 853 | 87-4318 | AA-61479 |
| Amended | 289 | 879 | | |
| COMET #88 | 287 | 854 | 87-4319 | AA-61480 |
| COMET #89 | 287 | 855 | 87-4320 | AA-61481 |
| COMET #90 | 287 | 856 | 87-4321 | AA-61482 |
| COMET #91 | 287 | 857 | 87-4322 | AA-61483 |
| COMET #92 | 287 | 858 | 87-4323 | AA-61484 |
| COMET #93 | 287 | 859 | 87-4324 | AA-61485 |
| COMET #94 | 287 | 860 | 87-4325 | AA-61486 |
| COMET #95 | 287 | 861 | 87-4326 | AA-61487 |
| COMET #96 | 287 | 862 | 87-4327 | AA-61488 |
| COMET #97 | 287 | 863 | 87-4328 | AA-61489 |
| COMET #98 | 287 | 864 | 87-4329 | AA-61490 |
| COMET #99 | 287 | 865 | 87-4330 | AA-61491 |
| COMET #100 | 287 | 866 | 87-4331 | AA-61492 |
| COMET #101 | 287 | 867 | 87-4332 | AA-61493 |
| COMET #102 | 287 | 868 | 87-4333 | AA-61494 |

Ex. A, p. 17

| CLAIM NAME AND NUMBER | BOOK | PAGE | FILE NUMBER | BLM SERIAL NO. |
|---|---|---|---|---|
| COMET #103 | 287 | 869 | 87-4334 | AA-61495 |
| COMET #104 | 287 | 870 | 87-4335 | AA-61496 |
| COMET #105 | 287 | 871 | 87-4336 | AA-61497 |
| COMET #106 | 287 | 872 | 87-4337 | AA-61498 |
| COMET #107 | 287 | 873 | 87-4338 | AA-61499 |
| COMET #108 | 287 | 874 | 87-4339 | AA-61500 |
| COMET #109 | 287 | 875 | 87-4340 | AA-61501 |
| COMET #110 | 287 | 876 | 87-4341 | AA-61502 |
| COMET #111 | 287 | 877 | 87-4342 | AA-61503 |
| COMET #112 | 287 | 878 | 87-4343 | AA-61504 |
| COMET #113 | 287 | 879 | 87-4344 | AA-61505 |
| COMET #114 | 287 | 880 | 87-4345 | AA-61506 |
| COMET #115 | 287 | 881 | 87-4346 | AA-61507 |
| COMET #116 | 287 | 882 | 87-4347 | AA-61508 |
| COMET #117 | 287 | 883 | 87-4348 | AA-61509 |
| COMET #118 | 287 | 884 | 87-4349 | AA-61510 |
| COMET #119 | 287 | 885 | 87-4350 | AA-61511 |
| COMET #182 | 296 | 154 | 88-0577 | AA-64364 |
| COMET #183 | 296 | 156 | 88-0578 | AA-64365 |
| COMET #184 | 296 | 157 | 88-0579 | AA-64366 |
| COMET #185 | 296 | 158 | 88-0580 | AA-64367 |
| COMET #186 | 296 | 159 | 88-0581 | AA-64368 |
| COMET #187 | 296 | 160 | 88-0582 | AA-64369 |
| COMET #188 | 296 | 161 | 88-0583 | AA-64370 |
| COMET #189 | 296 | 162 | 88-0584 | AA-64371 |
| COMET #190 | 296 | 163 | 88-0585 | AA-64372 |
| COMET #191 | 296 | 164 | 88-0586 | AA-64373 |
| COMET #192 | 296 | 165 | 88-0587 | AA-64374 |
| COMET #193 | 296 | 166 | 88-0588 | AA-64375 |
| COMET #194 | 296 | 167 | 88-0589 | AA-64376 |
| COMET #195 | 296 | 168 | 88-0590 | AA-64377 |
| COMET #196 | 296 | 169 | 88-0591 | AA-64378 |
| COMET #197 | 296 | 170 | 88-0592 | AA-64379 |
| COMET #198 | 296 | 171 | 88-0593 | AA-64380 |
| COMET #199 | 296 | 172 | 88-0594 | AA-64381 |
| COMET #200 | 296 | 173 | 88-0595 | AA-64382 |

Ex. A, p. 18

| CLAIM NAME AND NUMBER | BOOK | PAGE | FILE NUMBER | BLM SERIAL NO. |
|---|---|---|---|---|
| COMET #201 | 296 | 174 | 88-0596 | AA-64383 |
| COMET #202 | 296 | 175 | 88-0597 | AA-64384 |
| COMET #203 | 296 | 176 | 88-0598 | AA-64385 |
| COMET #204 | 296 | 177 | 88-0599 | AA-64386 |
| COMET #205 | 296 | 178 | 88-0600 | AA-64387 |
| COMET #211 | 296 | 184 | 88-0606 | AA-64393 |
| COMET #212 | 296 | 186 | 88-0607 | AA-64394 |
| COMET #213 | 296 | 187 | 88-0608 | AA-64395 |
| COMET #214 | 296 | 188 | 88-0609 | AA-64396 |
| COMET #215 | 296 | 189 | 88-0610 | AA-64397 |
| COMET #216 | 296 | 190 | 88-0611 | AA-64398 |
| COMET #217 | 296 | 191 | 88-0612 | AA-64399 |
| COMET #218 | 296 | 192 | 88-0613 | AA-64400 |
| COMET #219 | 296 | 193 | 88-0614 | AA-64401 |
| COMET #220 | 296 | 194 | 88-0615 | AA-64402 |
| COMET #221 | 296 | 195 | 88-0616 | AA-64403 |
| COMET #222 | 296 | 196 | 88-0617 | AA-64404 |
| COMET #223 | 296 | 197 | 88-0618 | AA-64405 |
| COMET #250 | 322 | 093 | 89-6317 | AA-71812 |
| COMET #251 | 322 | 095 | 89-6318 | AA-71813 |
| COMET #252 | 322 | 097 | 89-6319 | AA-71814 |
| COMET #253 | 322 | 099 | 89-6320 | AA-71815 |
| COMET #254 | 322 | 101 | 89-6321 | AA-71816 |
| COMET #255 | 322 | 103 | 89-6322 | AA-71817 |
| COMET #256 | 322 | 105 | 89-6323 | AA-71818 |
| COMET #257 | 322 | 107 | 89-6324 | AA-71819 |
| COMET #258 | 322 | 109 | 89-6325 | AA-71820 |
| COMET #259 | 322 | 111 | 89-6326 | AA-71821 |
| COMET #260 | 322 | 113 | 89-6327 | AA-71822 |
| COMET #261 | 322 | 115 | 89-6328 | AA-71823 |
| COMET #262 | 322 | 117 | 89-6329 | AA-71824 |
| COMET #263 | 322 | 119 | 89-6330 | AA-71825 |
| COMET #264 | 322 | 121 | 89-6331 | AA-71826 |
| COMET #265 | 322 | 123 | 89-6332 | AA-71827 |

Ex. A, p. 19

BOOK **0428** PAGE **443**

| CLAIM NAME AND NUMBER | BOOK | PAGE | FILE NUMBER | BLM SERIAL NO. |
|---|---|---|---|---|
| COMET #266 | 322 | 125 | 89-6333 | AA-71828 |
| COMET #267 | 322 | 127 | 89-6334 | AA-71829 |
| COMET #268 | 322 | 129 | 89-6335 | AA-71830 |
| COMET #269 | 322 | 131 | 89-6336 | AA-71831 |
| COMET #270 | 322 | 133 | 89-6337 | AA-71832 |
| COMET #271 | 322 | 135 | 89-6338 | AA-71833 |
| COMET #272 | 322 | 137 | 89-6339 | AA-71834 |
| COMET #273 | 321 | 657 | 89-6040 | AA-71805 |
| COMET #274 | 321 | 669 | 89-6046 | AA-71811 |
| COMET #275 | 322 | 139 | 89-6340 | AA-71835 |
| COMET 300 | 406 | 201 | 94-004245 | AA-77283 |
| COMET 301 | 406 | 195 | 94-004243 | AA-77281 |
| COMET 302 | 406 | 198 | 94-004244 | AA-77282 |

Ex. A, p. 20

## POX CLAIM GROUP

Unpatented lode mining claims (59) located in Sections 31 & 32, Township 34 South, Range 62 East; Sections 5 & 6, Township 35 South, Range 62. Copper River Meridian, Juneau Recording District.

| CLAIM NAME AND NUMBER | BOOK | PAGE | FILE NUMBER | BLM SERIAL NO. |
|---|---|---|---|---|
| POX 1 | 285 | 499 | | AA-61054 |
| Amended | 288 | 13 | | |
| POX 2 | 285 | 500 | | AA-61055 |
| Amended | 288 | 15 | | |
| POX 3 | 285 | 501 | | AA-61056 |
| Amended | 288 | 16 | | |
| POX 4 | 285 | 502 | | AA-61057 |
| Amended | 288 | 17 | | |
| POX 5 | 285 | 503 | | AA-61058 |
| Relocated | 288 | 18 | | AA-61671 |
| Amended | 290 | 463 | | |
| POX 6 | 285 | 504 | | AA-61059 |
| Relocated | 288 | 19 | | AA-61672 |
| Amended | 290 | 465 | | |
| POX 7 | 285 | 505 | | AA-61060 |
| Relocated | 288 | 20 | | AA-61673 |
| Amended | 290 | 466 | | |
| POX 8 | 285 | 506 | | AA-61061 |
| Relocated | 288 | 21 | | AA-61674 |
| Amended | 290 | 467 | | |
| POX 9 | 285 | 507 | | AA-61062 |
| Relocated | 288 | 22 | | AA-61675 |
| Amended | 290 | 468 | | |
| POX 10 | 285 | 508 | | AA-61063 |
| Relocated | 288 | 23 | | AA-61676 |
| Amended | 290 | 469 | | |
| POX 11 | 285 | 509 | | AA-61064 |
| Relocated | 288 | 24 | | AA-61677 |
| Amended | 290 | 470 | | |

Ex. A, p. 21

| CLAIM NAME AND NUMBER | BOOK | PAGE | FILE NUMBER | BLM SERIAL NO. |
|---|---|---|---|---|
| POX 12 | 285 | 510 | | AA-61065 |
| Relocated | 288 | 25 | | AA-61678 |
| Amended | 290 | 471 | | |
| POX 13 | 285 | 511 | | AA-61066 |
| Relocated | 288 | 26 | | AA-61679 |
| Amended | 290 | 472 | | |
| POX 14 | 285 | 512 | | AA-61067 |
| Relocated | 288 | 27 | | AA-61680 |
| Amended | 290 | 473 | | |
| POX 15 | 285 | 513 | | AA-61068 |
| Amended | 288 | 28 | | |
| POX 16 | 285 | 514 | | AA-61069 |
| Amended | 288 | 29 | | |
| POX 17 | 285 | 515 | | AA-61070 |
| Amended | 288 | 30 | | |
| POX 18 | 285 | 516 | | AA-61071 |
| Amended | 288 | 31 | | |
| POX 19 | 285 | 517 | | AA-61072 |
| Amended | 288 | 32 | | |
| POX 20 | 285 | 518 | | AA-61073 |
| Amended | 288 | 33 | | |
| POX 21 | 285 | 519 | | AA-61074 |
| Amended | 288 | 34 | | |
| POX 22 | 285 | 520 | | AA-61075 |
| Relocated | 288 | 35 | | AA-61681 |
| Amended | 290 | 474 | | |
| POX 23 | 285 | 521 | | AA-61076 |
| Relocated | 288 | 36 | | AA-61682 |
| Amended | 290 | 475 | | |
| POX 24 | 285 | 522 | | AA-61077 |
| Amended | 288 | 37 | | |
| POX 25 | 285 | 523 | | AA-61078 |
| Amended | 288 | 38 | | |
| POX 26 | 285 | 524 | | AA-61079 |
| Amended | 288 | 39 | | |
| POX 27 | 285 | 525 | | AA-61080 |
| Amended | 288 | 40 | | |

Ex. A, p. 22

| CLAIM NAME AND NUMBER | BOOK | PAGE | FILE NUMBER | BLM SERIAL NO. |
|---|---|---|---|---|
| POX 28 | 285 | 526 | | AA-61081 |
| Amended | 288 | 41 | | |
| POX 29 | 285 | 527 | | AA-61082 |
| Amended | 288 | 42 | | |
| POX 30 | 285 | 528 | | AA-61083 |
| Amended | 288 | 43 | | |
| POX 31 | 285 | 529 | | AA-61084 |
| Amended | 288 | 44 | | |
| POX 32 | 285 | 530 | | AA-61085 |
| Amended | 288 | 45 | | |
| POX 33 | 285 | 531 | | AA-61086 |
| Amended | 288 | 46 | | |
| POX 34 | 285 | 532 | | AA-61087 |
| Amended | 288 | 47 | | |
| POX 35 | 285 | 533 | | AA-61088 |
| Amended | 288 | 48 | | |
| POX 36 | 285 | 534 | | AA-61089 |
| Amended | 288 | 49 | | |
| POX 37 | 285 | 535 | | AA-61090 |
| Amended | 288 | 50 | | |
| POX 38 | 285 | 536 | | AA-61091 |
| Amended | 288 | 51 | | |
| POX 39 | 285 | 537 | | AA-61092 |
| Amended | 288 | 52 | | |
| POX 40 | 285 | 538 | | AA-61093 |
| Amended | 288 | 53 | | |
| POX 41 | 285 | 539 | | AA-61094 |
| Amended | 288 | 54 | | |
| POX 42 | 285 | 540 | | AA-61095 |
| Relocated | 288 | 55 | | AA-61683 |
| Amended | 290 | 476 | | |
| POX 43 | 285 | 541 | | AA-61096 |
| Amended | 288 | 56 | | |
| POX 44 | 285 | 542 | | AA-61097 |
| Amended | 288 | 57 | | |
| POX 45 | 285 | 543 | | AA-61098 |
| Amended | 288 | 58 | | |
| POX 46 | 285 | 544 | | AA-61099 |
| Amended | 288 | 59 | | |

Ex. A, p. 23

## KNS CLAIM GROUP

Unpatented lode mining claims (64) located in Sections 29, 32 & 33, Township 34 South, Range 62 East; Sections 3, 4, 5, 9, 10,14, 15, Township 35 South, Range 62 East, Copper River Meridian, Juneau Recording District.

| CLAIM NAME AND NUMBER | BOOK | PAGE | FILE NUMBER | BLM SERIAL NO. |
|---|---|---|---|---|
| KNS #14 | 176 | 70 | 81-0906 | AA-42180 |
| KNS #15 | 176 | 71 | 81-0907 | AA-42181 |
| KNS #16 | 176 | 72 | 81-0908 | AA-42182 |
| KNS #17 | 176 | 73 | 81-0909 | AA-42183 |
| KNS #18 | 176 | 74 | 81-0910 | AA-42184 |
| KNS #19 FRACTION | 176 | 75 | 81-0911 | AA-42185 |
| KNS #20 FRACTION | 176 | 76 | 81-0912 | AA-42186 |
| KNS #21 FRACTION | 176 | 77 | 81-0913 | AA-42187 |
| KNS #22 | 176 | 78 | 81-0914 | AA-42188 |
| KNS #23 | 176 | 79 | 81-0915 | AA-42189 |
| KNS #24 | 176 | 80 | 81-0916 | AA-42190 |
| KNS #25 FRACTION | 176 | 81 | 81-0917 | AA-42191 |
| KNS #26 FRACTION | 176 | 82 | 81-0918 | AA-42192 |
| KNS #27 FRACTION | 176 | 83 | 81-0919 | AA-42193 |
| KNS #28 FRACTION | 176 | 84 | 81-0920 | AA-42194 |
| KNS #29 FRACTION | 176 | 85 | 81-0921 | AA-42195 |
| KNS #30 FRACTION | 176 | 86 | 81-0922 | AA-42196 |
| KNS #31 FRACTION | 176 | 87 | 81-0923 | AA-42197 |
| KNS #32 FRACTION | 176 | 88 | 81-0924 | AA-42198 |
| KNS #33 FRACTION | 176 | 89 | 81-0925 | AA-42199 |
| KNS #34 FRACTION | 176 | 90 | 81-0926 | AA-42200 |
| KNS #35 FRACTION | 176 | 91 | 81-0927 | AA-42201 |
| KNS #36 FRACTION | 176 | 92 | 81-0928 | AA-42202 |
| KNS #37 FRACTION | 176 | 93 | 81-0929 | AA-42203 |
| KNS #38 FRACTION | 176 | 94 | 81-0930 | AA-42204 |
| KNS #39 FRACTION | 176 | 95 | 81-0931 | AA-42205 |
| KNS #40 | 176 | 96 | 81-0932 | AA-42206 |
| KNS #41 FRACTION | 176 | 97 | 81-0933 | AA-42207 |
| KNS #42 FRACTION | 176 | 98 | 81-0934 | AA-42208 |
| KNS #43 FRACTION | 176 | 99 | 81-0935 | AA-42209 |
| KNS #44 | 176 | 100 | 81-0936 | AA-42210 |
| KNS #45 FRACTION | 176 | 101 | 81-0937 | AA-42211 |

Ex. A, p. 24

| CLAIM NAME AND NUMBER | BOOK | PAGE | FILE NUMBER | BLM SERIAL NO. |
|---|---|---|---|---|
| KNS #46 FRACTION | 176 | 102 | 81-0938 | AA-42212 |
| KNS #47 FRACTION | 176 | 103 | 81-0939 | AA-42213 |
| KNS #48 FRACTION | 176 | 104 | 81-0940 | AA-42214 |
| KNS #49 FRACTION | 176 | 105 | 81-0941 | AA-42215 |
| KNS #50 FRACTION | 176 | 106 | 81-0942 | AA-42216 |
| KNS #51 FRACTION | 176 | 107 | 81-0943 | AA-42217 |
| KNS #52 FRACTION | 176 | 108 | 81-0944 | AA-42218 |
| KNS #53 FRACTION | 176 | 109 | 81-0945 | AA-42219 |
| KNS #54 FRACTION | 176 | 110 | 81-0946 | AA-42220 |
| KNS #55 | 176 | 111 | 81-0947 | AA-42221 |
| KNS #56 | 176 | 112 | 81-0948 | AA-42222 |
| KNS #57 | 176 | 113 | 81-0949 | AA-42223 |
| KNS #58 | 176 | 114 | 81-0950 | AA-42224 |
| KNS #59 | 176 | 115 | 81-0951 | AA-42225 |
| KNS #60 | 176 | 116 | 81-0952 | AA-42226 |
| KNS #61 | 176 | 117 | 81-0953 | AA-42227 |
| KNS #62 | 176 | 118 | 81-0954 | AA-42228 |
| KNS 63 FRACTION | | | | |
| Amended | 181 | 542 | 81-4568 | AA-44071 |
| KNS #64 | 176 | 120 | 81-0956 | AA-42230 |
| KNS 64 FRACTION | | | | |
| Amended | 181 | 544 | 81-4569 | AA-44072 |
| KNS #65 | 176 | 121 | 81-0957 | AA-42231 |
| KNS #66 | 176 | 122 | 81-0958 | AA-42232 |
| KNS #67 | 176 | 123 | 81-0959 | AA-42233 |
| KNS #68 | 176 | 124 | 81-0960 | AA-42234 |
| KNS No. 71 | 184 | 763 | 81-6535 | AA-44948 |
| KNS No. 72 | 184 | 764 | 81-6536 | AA-44949 |
| KNS No. 73 | 184 | 765 | 81-6537 | AA-44950 |
| KNS FRACTION No. 74 | | | | |
| (KNS No. 74) | 184 | 766 | 81-6538 | AA-44951 |
| KNS No. 79 | 184 | 771 | 81-6543 | AA-44956 |
| KNS No. 80 | 184 | 772 | 81-6544 | AA-44957 |
| KNS No. 81 FRACTION | 210 | 692 | 83-2118 | AA-051009 |
| KNS No.100 FRACTION | 290 | 461 | 87-6234 | AA-062965 |

Ex. A, p. 25

## COVER LODE CLAIM

The following COVER unpatented lode mining claim located in Section 4, Township 35 South, Range 62 East, Copper River Meridian, Juneau Recording District, State of Alaska.

| CLAIM NAME AND NUMBER | BOOK | PAGE | FILE NUMBER | BLM SERIAL NO. |
|---|---|---|---|---|
| COVER LODE | 310 | 074 | 88-9083 | AA-069981 |
| Amended | 311 | 479 | 89-509 | |

## STATE LODE MINING CLAIMS

Unpatented state lode mining claim (ELLEN) located in Section 5, Township 35 South, Range 62 East, Copper River Meridian, Juneau Recording District.

| CLAIM NAME AND NUMBER | BOOK | PAGE | FILE NUMBER | STATE SERIAL NO. |
|---|---|---|---|---|
| ELLEN | 289 | 254 | 87-5337 | ADL 514549 |

Unpatented state lode mining claims (6) located in Sections 32 and 33, Township 34 South, Range 62 East, Copper River Meridian, Juneau Recording District, State of Alaska.

| CLAIM NAME AND NUMBER | BOOK | PAGE | FILE NUMBER | STATE SERIAL NO. |
|---|---|---|---|---|
| KNS #65 FRACTION | 181 | 545 | 81-4570 | ADL 337383 |
| KNS #66 FRACTION | 181 | 546 | 81-4571 | ADL 337384 |
| KNS #67 FRACTION | 181 | 547 | 81-4572 | ADL 337385 |
| KNS #68 FRACTION | 181 | 548 | 81-4573 | ADL 337386 |
| KNS #69 FRACTION | 181 | 549 | 81-4574 | ADL 337387 |
| KNS #70 FRACTION | 181 | 550 | 81-4575 | ADL 337388 |

Ex. A, p. 26

BOOK **0428** PAGE **450**

That certain Easement Agreement between James R. Deagen, et ux, and Echo Bay Exploration, dated April 19, 1988, over the Horrible Patented Mining Claim, M.S. 60, Townships 34 and 35 South, Range 62 East, Copper River Meridian, recorded in Book 300, 339; instrument number 88-3413 in the Juneau Recording District.

That certain Tidelands Lease Agreement between the State of Alaska, and Echo Bay Alaska, dated July 15, 1990, for the following parcel of land: Lease Diagram ADL 104947, within protracted Section 6, Township 35 South, Range 62 East, Copper River Meridian containing approximately .52 acre.

```
FILED IN THE JUNEAU RECORDING DISTRICT

PLEASE RETURN TO:

Jeanette L. Brown
Legal Assistant
Echo Bay Mines
370 Seventeenth Street, Suite 4050
Denver, Colorado  80202
```

95- 0 0 4 3 5 6
93⁰⁰

JUNEAU REC. DISTRICT
REQUESTED BY Robertson
Monagle Eastaugh

'95 JUL 10 PM 3 05

Ex. A, p. 27