**ECHO BAY ROYALTY AGREEMENT**

* Based on Effective Rate of Net Returns (Exhibit C - Grant of Royalty Interest)
* Recoupment = $32.5M + Coeur's construction costs from 1995 to Commercial Production

| | | | |
|---|---|---|---|
| Purchase price: | Section 2 | $ | 32,500,000 |
| Investment prior to Comm Production | Section 2a | | 504,221,000 |
| Base Recoupment Value | | $ | 536,721,000 |

| | | | Actuals | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | DEC-10 | DEC-11 | DEC-12 | DEC-13 | DEC-14 | DEC-15 | DEC-16 | 6 MTH JUN-17 |
| Costs Excluding Depletion | Section 2b | $ | 20,742,972 $ | 116,331,640 $ | 106,400,519 $ | 127,560,290 $ | 124,454,614 $ | 121,075,702 $ | 110,365,068 $ | 62,524,743 |
| Coeur's Construction Investment | Section 2 | $ | 557,463,972 $ | 673,795,612 $ | 780,196,132 $ | 907,756,422 $ | 1,032,211,036 $ | 1,153,286,738 $ | 1,263,651,806 $ | 1,326,176,549 |
| Net Sales (10K) | Section 4 | $ | 23,628,000 $ | 151,186,000 $ | 110,987,000 $ | 148,769,000 $ | 136,960,000 $ | 148,710,000 $ | 146,593,000 $ | 73,531,000 |
| Cumulative Net Sales | | $ | 23,628,000 $ | 174,814,000 $ | 285,801,000 $ | 434,570,000 $ | 571,530,000 $ | 720,240,000 $ | 866,833,000 $ | 940,364,000 |
| Outstanding Coeur's Construction Investment to Recoup | | $ | 533,835,972 $ | 498,981,612 $ | 494,395,132 $ | 473,186,422 $ | 460,681,036 $ | 433,046,738 $ | 396,818,806 $ | 385,812,549 |
| 10K CAS | | | 14,043,000 | 101,672,000 | 87,089,000 | 104,575,000 | 105,342,000 | 105,640,000 | 96,731,000 | 56,431,000 |
| Depreciation Expense (included in 10K Amortization Expense) | | | 6,699,972 | 14,659,640 | 19,311,519 | 22,985,290 | 19,112,614 | 15,435,702 | 13,634,068 | 6,093,743 |
| | | | 20,742,972 | 116,331,640 | 106,400,519 | 127,560,290 | 124,454,614 | 121,075,702 | 110,365,068 | 62,524,743 |

| | |
|---|---|
| Impairment (1998 10K) | 121,500,000 |
| Mining Properties Cost Basis (2010 Q2 10Q) | 415,221,000 |
| Base Recoupment Value | 536,721,000 |

Ex. B, p. 1