| | |
|---|---|
| **From:** | Watkinson, Ken <kwatkinson@coeur.com> |
| **Sent:** | Monday, November 6, 2017 8:52 PM |
| **To:** | Stephen Gray |
| **Cc:** | Martin Litt; Kauffman, Stacy; Dennis McHarness; Stellar, Adam |
| **Subject:** | RE: Kensington - Echo Bay Royalty |
| **Attachments:** | Echo Royalty Eval June 2017 Revised.pdf; PPE Depreciation (Echo Bay) 2.xlsx |

Stephen

Attached is an updated calculation (yellow highlighted sections are the updated numbers).

After considering your questions we realized that we had doubled up on the pre-commercial production M&E costs (including it in the Base Recoupment Value and in the Depreciation).

Also attached the supporting documentation for the Post-Commercial Production depreciation for all years that supports the revised amounts.

Consistent with our 10K presentation for M&E - Account 2331 relates to M&E capitalized assets and the associated accumulated depreciation. We have excluded the depreciation associated with M&E acquired before September 2010 (which for this presentation represents the M&E assets included in the Base Recoupment Value).

After you reviewed please advise if you have any additional question.



**Ken Watkinson** | Controller

**Coeur Mining, Inc.** | 104 S. Michigan Ave. Suite 900 | Chicago, IL 60603
t: 312-489-5870 | m: 312-351-5627 | kwatkinson@coeur.com
NYSE: CDE | http://secure-web.cisco.com/1QHoxznh4o-s-IC6cB_8f80d6Qt7LXOK-IuOiUMEdfWAMiAxZybyezz6wPFepNDcEBTWftmobggM2kJEIiTxF2ciTU1U2DKMac2aXZ2DTKbzVOJpI7VBrzLr0RK3pxAhOavYCyzb9htrXkvxxrv0KdcswOUwxig/http%3A%2F%2Fwww.coeur.com

Notice of Confidentiality: The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone, and delete this message and its attachments, if any.

**From:** Stephen Gray [mailto:Stephen.Gray@Kinross.com]
**Sent:** Friday, October 27, 2017 9:46 AM
**To:** Watkinson, Ken <kwatkinson@coeur.com>; Stellar, Adam <astellar@coeur.com>
**Cc:** Martin Litt <Martin.Litt@Kinross.com>; Kauffman, Stacy <SKauffman@coeur.com>; Dennis McHarness <Dennis.McHarness@Kinross.com>
**Subject:** RE: Kensington - Echo Bay Royalty

Great, thanks Ken and Adam.

Ex. C, p. 1

**From:** Watkinson, Ken [mailto:kwatkinson@coeur.com]
**Sent:** Friday, October 27, 2017 10:33 AM
**To:** Stellar, Adam; Stephen Gray
**Cc:** Martin Litt; Kauffman, Stacy; Dennis McHarness
**Subject:** Re: Kensington - Echo Bay Royalty

Thanks Adam. I should be able to send over the info requested next week. I will send info directly to Stephen and cc you.

Regards,
Ken Watkinson | VP, Corporate Controller
COEUR MINING, INC. | 104 S. Michigan Ave., Suite 900 | Chicago, IL 60603
t: 312-489-5870 | m: 312.351.5627 | kwatkinson@coeur.com
_____

From: Stellar, Adam <astellar@coeur.com>
Sent: Friday, October 27, 2017 9:30 AM
Subject: RE: Kensington - Echo Bay Royalty
To: Stephen Gray <stephen.gray@kinross.com>, Watkinson, Ken <kwatkinson@coeur.com>
Cc: Martin Litt <martin.litt@kinross.com>, Kauffman, Stacy <skauffman@coeur.com>, Dennis McHarness
<dennis.mcharness@kinross.com>

Ken,

Just circling back on this. Stephen just gave me a call and I said I would put him in touch with you. I'm on a flight to Mexico right now but will be back in the US on Monday, back in the office Tuesday. Let me know if there is anything you guys need out of me.

Thanks,

Adam

**From:** Stephen Gray [mailto:Stephen.Gray@Kinross.com]
**Sent:** Thursday, October 12, 2017 9:23 AM
**To:** Watkinson, Ken <kwatkinson@coeur.com>; Stellar, Adam <astellar@coeur.com>
**Cc:** Martin Litt <Martin.Litt@Kinross.com>; Kauffman, Stacy <SKauffman@coeur.com>; Dennis McHarness
<Dennis.McHarness@Kinross.com>
**Subject:** RE: Kensington - Echo Bay Royalty

Ken, Adam,

Any update on when you will be able to provide this?

Thanks,
Steve

**From:** Watkinson, Ken [mailto:kwatkinson@coeur.com]
**Sent:** Thursday, September 14, 2017 12:18 PM
**To:** Stephen Gray
**Cc:** Martin Litt; Kauffman, Stacy; Dennis McHarness; Stellar, Adam
**Subject:** RE: Kensington - Echo Bay Royalty

Gary

Ex. C, p. 2

I am traveling to the Kensington office next week and I will work with Site Controller (Stacy Kauffman) to provide explanations / support for your follow up questions below.

We should be able to get a response back late next week / early the following week.



**Ken Watkinson** | Controller

**Coeur Mining, Inc.** | 104 S. Michigan Ave. Suite 900 | Chicago, IL 60603
t: 312-489-5870 | kwatkinson@coeur.com
NYSE: CDE | http://secure-web.cisco.com/1MfhN8Q9serK4jjdBGk-
0KJodQRLtkamC7rtwSbtW_hlFoBUtoMYOwkrZUwTw2VPeauRz6XKjX9qzFoBLNO_YQmPyma9w4oW4QuhbXXD20sEBfeLcfA3bBqf-
zU0uvi5X_MNnWdJI8ePAT4bpDpiQ1SayuUCuSz4mebl43D5chJna6oJJFwtMd-
x9aQXBXzruQVFOAmIo9Sb3d8gxMPURMhaBFAHHTRyT6FpUuqee-
jFdjRUmfgab9C0AdU982YUN7ahMeqrkPheNO5iz6ORoMX7ikjt3-P4OpEcsLbWz6XU/http%3A%2F%2Fwww.coeur.com

Notice of Confidentiality: The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone, and delete this message and its attachments, if any.

**From:** Stephen Gray [mailto:Stephen.Gray@Kinross.com]
**Sent:** Thursday, September 14, 2017 11:06 AM
**To:** Stellar, Adam <astellar@coeur.com>
**Cc:** Martin Litt <Martin.Litt@Kinross.com>; Watkinson, Ken <kwatkinson@coeur.com>; Kauffman, Stacy <SKauffman@coeur.com>; Dennis McHarness <Dennis.McHarness@Kinross.com>
**Subject:** RE: Kensington - Echo Bay Royalty

Adam,

Can you please explain your methodology and provide the supporting calculations for the deprecation expense included post-commercial production?

In particular, can you please provide the basis for the portion of capital spending post-commercial production has been deemed "mining equipment and machinery"? And how has the depreciation expense for this been calculated and separated from depreciation resulting from a) capital spending pre-commercial production, and b) capital spending that is not mining equipment and machinery?

Thanks,
Steve

**From:** Stellar, Adam [mailto:astellar@coeur.com]
**Sent:** Wednesday, September 13, 2017 5:23 PM
**To:** Stephen Gray; Dennis McHarness
**Cc:** Martin Litt; Watkinson, Ken; Kauffman, Stacy
**Subject:** RE: Kensington - Echo Bay Royalty

Steve,

Ex. C, p. 3

Sorry was in Mexico last week when Ken passed a note along, here were his comments. Let me know if this answers the question:

Adam

Using 2010 as an example, the $20,743k excludes depletion and depreciation for amounts that were included in the "Base Recoupment Value"

We believe that Section 2b requires use to exclude depreciation and depletion associated with the amounts already included in the "Base Recoupment Value" and allows for an "allowance for depreciation and amortization of mining equipment and machinery acquired after the Commencement of Commercial Production"

2010 Kensington's USGAAP COGS was $31,530K, which includes $14,043K of cost applicable to sales (CAS, which excludes depreciation and depletion) and $17,487K of depreciation and depletion, these amounts can be found in our supporting details from the 2012 10K that we attached.

The amount that we have included $6,700K in 2010 for depreciation represents depreciation of amounts not included in the initial "Base Recoupment Value" and excludes $10,787K of depreciation and depletion that represents the amounts associated with the "Base Recoupment Value"

So the $20,743K includes CAS of $14,043K and depreciation addback of $6,700K which is explained above.

We may have oversimplified the labeling between "excluding depletion" and "depreciation" but the amount of depreciation added back is a subset of the total expense for depletion and depreciation.

---

**From:** Stephen Gray [mailto:Stephen.Gray@Kinross.com]
**Sent:** Wednesday, September 13, 2017 3:56 PM
**To:** Stellar, Adam <astellar@coeur.com>; Dennis McHarness <Dennis.McHarness@Kinross.com>
**Cc:** Martin Litt <Martin.Litt@Kinross.com>; Watkinson, Ken <kwatkinson@coeur.com>; Kauffman, Stacy <SKauffman@coeur.com>
**Subject:** RE: Kensington - Echo Bay Royalty

Adam,

Any thoughts on this?

Thanks,
Steve

---

**From:** Stephen Gray
**Sent:** Friday, September 01, 2017 10:59 AM
**To:** Stellar, Adam; Dennis McHarness
**Cc:** Martin Litt; Watkinson, Ken; Kauffman, Stacy
**Subject:** Re: Kensington - Echo Bay Royalty

Adam,

Thanks for sending this.

Ex. C, p. 4

One question: can you please clarify your treatment of depreciation in the operating costs post-commercial production?

To use 2010 as an example, "Costs excluding depreciation" are listed as $20.7m. However below the 2010 costs are broken out as $14m of "10k cas" plus $6m of depreciation expense.

Have we included depreciation in the operating costs post-commercial production? Should this be the case? Or am I misreading this?

Thanks,
Steve


-------- Original message --------
From: "Stellar, Adam" <astellar@coeur.com>
Date: 2017-08-31 12:33 (GMT-05:00)
To: Dennis McHarness <Dennis.McHarness@Kinross.com>
Cc: Stephen Gray <Stephen.Gray@Kinross.com>, Martin Litt <Martin.Litt@Kinross.com>, "Watkinson, Ken" <kwatkinson@coeur.com>, "Kauffman, Stacy" <SKauffman@coeur.com>
Subject: RE: Kensington - Echo Bay Royalty

Denny,

Attached is the summary for the CAK/Kinross (Echo Bay) Royalty Deed as of end of Q217. Let me know if you have any questions about the contents.

Regards,

Adam




**Adam Stellar** |Land Manager

**Coeur Mining, Inc.**| 104 S. Michigan Ave. Suite 900 | Chicago, IL 60603
t: 312-489-5904 | m: 312-213-3467  |astellar@coeur.com
NYSE: CDE | http://secure-web.cisco.com/1kTX_407-
JpjJ7csb2P5iWHVgd0wMnqzwITYRv3NDSvWXNJkKoSUpsvXleBzjJS_SOZziOTGuU7qaPY91QpuzxlKwDctRpz_UvoAX5KKQmNn6DpG
VbFkmt0onMFZDoEf6U_t7Kea1qbwFZnw5Sv3-JxqFjkkVixtZH7Rpz/http%3A%2F%2Fwww.coeur.com

Notice of Confidentiality: The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone, and delete this message and its attachments, if any.

**From:** Dennis McHarness [mailto:Dennis.McHarness@Kinross.com]
**Sent:** Tuesday, August 8, 2017 8:44 PM

Ex. C, p. 5

**To:** Stellar, Adam <astellar@coeur.com>
**Cc:** Stephen Gray <Stephen.Gray@Kinross.com>; Martin Litt <Martin.Litt@Kinross.com>
**Subject:** RE: Kensington - Echo Bay Royalty

Thank you, Adam.

Denny

---

**From:** Stellar, Adam [mailto:astellar@coeur.com]
**Sent:** Tuesday, August 8, 2017 8:44 AM
**To:** Dennis McHarness <Dennis.McHarness@Kinross.com>
**Subject:** RE: Kensington - Echo Bay Royalty

Denny,

Just a heads up. I've got Ken and the accounting group still working on this. They think they will be done this week, I'll continuing following up until the report is complete.

Thanks,

Adam

---

**From:** Dennis McHarness [mailto:Dennis.McHarness@Kinross.com]
**Sent:** Thursday, July 13, 2017 4:21 PM
**To:** Stellar, Adam <astellar@coeur.com>; Kauffman, Stacy <SKauffman@coeur.com>
**Cc:** Martin Litt <Martin.Litt@Kinross.com>; Stephen Gray <Stephen.Gray@Kinross.com>; David Donnelly <David.Donnelly@Kinross.com>
**Subject:** RE: Kensington - Echo Bay Royalty

Adam,

I will send you an invite for next Friday, 7/21.

Thanks,
Denny

---

**From:** Stellar, Adam [mailto:astellar@coeur.com]
**Sent:** Friday, July 7, 2017 4:20 PM
**To:** Dennis McHarness <Dennis.McHarness@Kinross.com>; Kauffman, Stacy <SKauffman@coeur.com>
**Cc:** Martin Litt <Martin.Litt@Kinross.com>; Stephen Gray <Stephen.Gray@Kinross.com>; David Donnelly <David.Donnelly@Kinross.com>
**Subject:** RE: Kensington - Echo Bay Royalty

Denny,

I misspoke earlier, it was notated in the most recent 43-101, but is not mentioned in the most recent 10-K as we have not crossed the payback threshold. I will most likely add this in next year once we have the complete royalty assessment completed.

I've attached the Kensington portion of the most recent 10-K and the pertinent section from the most recent 43-101.

Ex. C, p. 6

We can set up a call next week to discuss if that works for you. Everyone have a nice weekend.

Adam

**From:** Dennis McHarness [mailto:Dennis.McHarness@Kinross.com]
**Sent:** Friday, July 7, 2017 5:25 PM
**To:** Stellar, Adam <astellar@coeur.com>; Kauffman, Stacy <SKauffman@coeur.com>
**Cc:** Martin Litt <Martin.Litt@Kinross.com>; Stephen Gray <Stephen.Gray@Kinross.com>; David Donnelly <David.Donnelly@Kinross.com>
**Subject:** RE: Kensington - Echo Bay Royalty

Adam,

Thank you for the call. Please let me know when you have the numbers ready. You mentioned that the company has been addressing this accounting in their annual Form 10-K. We will dig into these on our end.

Best regards,
Denny

**From:** Stellar, Adam [mailto:astellar@coeur.com]
**Sent:** Friday, July 7, 2017 4:02 PM
**To:** Kauffman, Stacy <SKauffman@coeur.com>
**Cc:** Dennis McHarness <Dennis.McHarness@Kinross.com>
**Subject:** Fwd: Kensington - Echo Bay Royalty

Stacy,

This was something we had discussed previously, probably in March, about getting some numbers over to the guys at Kinross in terms of where they currently stand on the royalty they received from Echo Bay.

I was going to see what kind of timeframe we are looking at to get them a current snapshot of the payback number?

Holler at me if you've got any questions.

Adam
312.213.3467


Begin forwarded message:

> **From:** "Dennis McHarness" <Dennis.McHarness@Kinross.com>
> **To:** "Stellar, Adam" <astellar@coeur.com>
> **Cc:** "Martin Litt" <Martin.Litt@Kinross.com>
> **Subject:** Kensington - Echo Bay Royalty

Adam,

Echo Bay Exploration Inc. holds a sliding scale Net Returns Royalty on production of gold from the Kensington Mine. The current royalty rate is 2.5% of the Net Returns as defined in the Royalty Deed dated July 7, 1995. Echo Bay Exploration is a subsidiary of Kinross Gold Corporation.

Ex. C, p. 7

Kinross has completed their initial review of the property subject to this interest and this royalty and would like to initiate engagement with Coeur Alaska, Inc. to catch up on Coeur's obligations for accounting, since 1995. There are a number of specific, detailed reporting requirements under the subject Royalty Deed that Coeur is obligated to fulfill to fully account for "Recoupment" as defined therein. These include, on a quarterly basis until the actual commencement of commercial production, Coeur's requirement to provide Echo Bay with detailed and certified accounting of all costs included in the accrual of Coeur's "Construction Investment". Notification of the commencement of commercial production was required. Once commercial production commences Coeur is required to provide detailed and certified quarterly accounting of expenditures and credits toward Recoupment until Recoupment is achieved, to begin payment of the Net Returns Royalty.

To the best of my knowledge, Echo Bay and Kinross have never received notices or reports from Coeur as required under the Royalty Deed.

Would you please follow up with me on this matter. I would like to schedule a call the week of July 17 to discuss further.

Best regards,
Denny

**Denny McHarness**
*Vice President, Global Lands*
Kinross Gold Corporation
5075 S. Syracuse, Suite 800, Denver, CO 80237
Mobile: +1 775-200-4811
dennis.mcharness@kinross.com
Kinross.com

Ex. C, p. 8