**ECHO BAY ROYALTY AGREEMENT**

* Based on Effective Rate of Net Returns (Exhibit C - Grant of Royalty Interest)
* Recoupment = $32.5M + Coeur's construction costs from 1995 to Commercial Production

| | | | |
|---|---|---|---:|
| **Purchase price:** | Section 2 | $ | 32,500,000 |
| **Investment prior to Comm Production** | Section 2a | | 501,232,886 |
| **Base Recoupment Value** | | $ | **533,732,886** |

| | | | | | | Actuals | | | |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|
| | | **DEC-10** | **DEC-11** | **DEC-12** | **DEC-13** | **DEC-14** | **DEC-15** | **DEC-16** | **6 MTH JUN-17** |
| Costs Excluding Amortization Base Recoupment Value | Section 2b | $ 14,224,536 | $ 102,551,024 | $ 89,839,325 | $ 108,878,659 | $ 111,608,264 | $ 113,348,730 | $ 104,414,591 | $ 60,406,307 |
| Coeur's Construction Investment | Section 2 | $ 547,957,422 | $ 650,508,446 | $ 740,347,771 | $ 849,226,430 | $ 960,834,694 | $ 1,074,183,424 | $ 1,178,598,015 | $ 1,239,004,322 |
| | | | | | | | | | |
| Net Sales (10K) | Section 4 | $ 23,628,000 | $ 151,186,000 | $ 110,987,000 | $ 148,769,000 | $ 136,960,000 | $ 148,710,000 | $ 146,593,000 | $ 73,531,000 |
| Cumulative Net Sales | | $ 23,628,000 | $ 174,814,000 | $ 285,801,000 | $ 434,570,000 | $ 571,530,000 | $ 720,240,000 | $ 866,833,000 | $ 940,364,000 |
| | | | | | | | | | |
| Outstanding Coeur's Construction Investment to Recoup | | $ 524,329,422 | $ 475,694,446 | $ 454,546,771 | $ 414,656,430 | $ 389,304,694 | $ 353,943,424 | $ 311,765,015 | $ 298,640,322 |
| | | | | | | | | | |
| 10K CAS | | 14,043,000 | 101,672,000 | 87,089,000 | 104,575,000 | 105,342,000 | 105,640,000 | 96,731,000 | 56,431,000 |
| Post Commercial Production acquired M&E Depreciation Expense | | 18,550 | 542,863 | 2,139,483 | 3,418,800 | 5,371,731 | 6,000,177 | 5,984,483 | 2,808,102 |
| Asset Retirement Depletion Expense | | 162,986 | 336,161 | 610,842 | 884,859 | 894,533 | 1,708,553 | 1,699,108 | 1,167,205 |
| | | 14,224,536 | 102,551,024 | 89,839,325 | 108,878,659 | 111,608,264 | 113,348,730 | 104,414,591 | 60,406,307 |

| | |
|---|---:|
| **Impairment (1998 10K)** | 121,500,000 |
| **Mining Properties Cost Basis (2010 Q2 10Q)** | 415,221,000 |
| **Less Asset Retirement @ July 2010** | (2,988,114) |
| **Base Recoupment Value** | 533,732,886 |