**ECHO BAY ROYALTY AGREEMENT**

Recoupment = $32.5M + Coeur's construction costs from 1995 to Commercial Production

| | | |
|---|---|---:|
| Purchase price: | Section 2 | $ 32,500,000 |
| Investment prior to Comm Production | Section 2a | 501,232,886 |
| Base Recoupment Value | | $ 533,732,886 |

| | | DEC-10 | DEC-11 | DEC-12 | DEC-13 | DEC-14 | DEC-15 | DEC-16 | DEC-17 | DEC-18 | DEC-19 |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Costs Excluding Amortization Base Recoupment Value | Section 2b | $ 14,224,536 | $ 102,551,024 | $ 89,839,325 | $ 108,878,659 | $ 111,608,264 | $ 113,348,730 | $ 104,414,591 | $ 124,362,284 | $ 106,992,239 | $ 108,345,305 |
| Coeur's Construction Investment | Section 2 | $ 547,957,422 | $ 650,508,446 | $ 740,347,771 | $ 849,226,430 | $ 960,834,694 | $ 1,074,183,424 | $ 1,178,598,015 | $ 1,302,960,299 | $ 1,409,952,538 | $ 1,518,297,843 |
| | | | | | | | | | | | |
| Net Sales (10K/10Q) | Section 4 | $ 23,628,000 | $ 151,186,000 | $ 110,987,000 | $ 148,769,000 | $ 136,960,000 | $ 148,710,000 | $ 146,593,000 | $ 154,469,363 | $ 132,923,986 | $ 181,110,897 |
| *Commingling %* | | | | | | | | | | 88.85% | 84.59% |
| *Net Sales Attributable to Royalty* | | | | | | | | | | 118,102,962 | 153,208,922 |
| Cumulative Net Sales | | $ 23,628,000 | $ 174,814,000 | $ 285,801,000 | $ 434,570,000 | $ 571,530,000 | $ 720,240,000 | $ 866,833,000 | $ 1,021,302,363 | $ 1,139,405,325 | $ 1,292,614,247 |
| | | | | | | | | | | | |
| Outstanding Coeur's Construction Investment to Recoup | | $ 524,329,422 | $ 475,694,446 | $ 454,546,771 | $ 414,656,430 | $ 389,304,694 | $ 353,943,424 | $ 311,765,015 | $ 281,657,936 | $ 270,547,213 | $ 225,683,596 |

| | DEC-10 | DEC-11 | DEC-12 | DEC-13 | DEC-14 | DEC-15 | DEC-16 | DEC-17 | DEC-18 | DEC-19 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| 10K/10Q CAS | 14,043,000 | 101,672,000 | 87,089,000 | 104,575,000 | 105,342,000 | 105,640,000 | 96,731,000 | 116,096,068 | 112,364,188 | 119,602,170 |
| Post Commercial Production acquired M&E Depreciation Expense | 18,550 | 542,863 | 2,139,483 | 3,418,800 | 5,371,731 | 6,000,177 | 5,984,483 | 5,683,925 | 6,854,270 | 8,119,168 |
| Asset Retirement Depletion Expense | 162,986 | 336,161 | 610,842 | 884,859 | 894,533 | 1,708,553 | 1,699,108 | 2,582,291 | 1,200,494 | 355,506 |
| | $ 14,224,536 | $ 102,551,024 | $ 89,839,325 | $ 108,878,659 | $ 111,608,264 | $ 113,348,730 | $ 104,414,591 | $ 124,362,284 | $ 120,418,953 | $ 128,076,845 |
| *Commingling %* | | | | | | | | | 88.85% | 84.59% |
| **Costs Excluding Amortization Base Recoup Value Attributable to Royalty** | | | | | | | | | $ 106,992,239 | $ 108,345,305 |

| | |
|---|---:|
| Impairment (1998 10K) | 121,500,000 |
| Mining Properties Cost Basis (2010 Q2 10Q) | 415,221,000 |
| Less Asset Retirement @ July 2010 | (2,988,114) |
| Base Recoupment Value | $ 533,732,886 |