**ECHO BAY ROYALTY AGREEMENT**

Recoupment = $32.5M + Coeur's construction costs from 1995 to Commercial Production

| | | |
|---|---|---|
| Purchase price: | Section 2 | $ 32,500,000 |
| Investment prior to Comm Production | Section 2a | 501,232,886 |
| Base Recoupment Value | | $ 533,732,886 |

| | | DEC-10 | DEC-11 | DEC-12 | DEC-13 | DEC-14 | DEC-15 | DEC-16 | DEC-17 | DEC-18 | DEC-19 | SEP-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Costs Excluding Amortization Base Recoupment Value | Section 2(b) | $ 14,224,536 | $ 102,551,024 | $ 89,839,325 | $ 108,878,659 | $ 111,608,264 | $ 113,348,730 | $ 104,414,591 | $ 124,362,284 | $ 106,992,239 | $ 108,345,305 | $ 86,205,236 |
| Exploration (Expensed and Capitalized) | Section 2(b)(i) | 312,072 | 1,497,854 | 4,048,793 | 7,043,167 | 5,904,953 | 2,641,356 | 4,641,941 | 6,563,369 | 9,107,093 | 7,349,454 | 6,808,500 |
| Mine Development | Section 2(b)(i) | 1,542,878 | 3,948,214 | 11,062,071 | 9,576,641 | 12,171,795 | 10,727,176 | 11,243,447 | 11,374,511 | 13,456,648 | 8,418,466 | 8,043,989 |
| Coeur's Construction Investment | Section 2 | $ 549,812,372 | $ 657,809,464 | $ 762,759,653 | $ 888,258,120 | $ 1,017,943,132 | $ 1,144,660,394 | $ 1,264,960,373 | $ 1,407,260,537 | $ 1,536,816,517 | $ 1,660,929,742 | $ 1,761,987,468 |
| Net Sales (10K/10Q) | Section 4 | $ 23,628,000 | $ 151,186,000 | $ 110,987,000 | $ 148,769,000 | $ 136,960,000 | $ 148,710,000 | $ 146,593,000 | $ 154,469,363 | $ 132,923,986 | $ 181,110,897 | $ 160,414,896 |
| *Commingling %* | | | | | | | | | | 88.85% | 84.59% | 86.45% |
| *Net Sales Attributable to Royalty* | | | | | | | | | | 118,102,962 | 153,208,922 | 138,674,297 |
| Cumulative Net Sales | | $ 23,628,000 | $ 174,814,000 | $ 285,801,000 | $ 434,570,000 | $ 571,530,000 | $ 720,240,000 | $ 866,833,000 | $ 1,021,302,363 | $ 1,139,405,325 | $ 1,292,614,247 | $ 1,431,288,545 |
| Outstanding Coeur's Construction Investment to Recoup | | $ 526,184,372 | $ 482,995,464 | $ 476,958,653 | $ 453,688,120 | $ 446,413,132 | $ 424,420,394 | $ 398,127,373 | $ 385,958,174 | $ 397,411,192 | $ 368,315,495 | $ 330,698,923 |
| 10K/10Q CAS | Section 2(b)(i)-(iii) | 14,043,000 | 101,672,000 | 87,089,000 | 104,575,000 | 105,342,000 | 105,640,000 | 96,731,000 | 116,096,068 | 112,364,188 | 119,602,170 | 92,419,178 |
| Mining Taxes | Section 2(b)(v) | - | - | - | - | - | - | - | - | - | - | 853,700 |
| Post Commercial Production acquired M&E Depreciation Expense | Section 2(b)(i) | 18,550 | 542,863 | 2,139,483 | 3,418,800 | 5,371,731 | 6,000,177 | 5,984,483 | 5,683,925 | 6,854,270 | 8,119,168 | 5,807,090 |
| Asset Retirement Depletion Expense | Section 2(b)(i) | 162,986 | 336,161 | 610,842 | 884,859 | 894,533 | 1,708,553 | 1,699,108 | 2,582,291 | 1,200,494 | 355,506 | 640,054 |
| | | $ 14,224,536 | $ 102,551,024 | $ 89,839,325 | $ 108,878,659 | $ 111,608,264 | $ 113,348,730 | $ 104,414,591 | $ 124,362,284 | 120,418,953 | $ 128,076,845 | $ 99,720,022 |
| *Commingling %* | | | | | | | | | | 88.85% | 84.59% | 86.45% |
| *Costs Excluding Amortization Base Recoup Value Attributable to Royalty* | | | | | | | | | | $ 106,992,239 | $ 108,345,305 | $ 86,205,236 |

| | |
|---|---|
| Impairment (1998 10K) | 121,500,000 |
| Mining Properties Cost Basis (2010 Q2 10Q) | 415,221,000 |
| Less Asset Retirement @ July 2010 | (2,988,114) |
| Base Recoupment Value | $ 533,732,886 |