Michael A. Grisham, ABA #9411104
grisham.michael@dorsey.com
Nathan Bishop, NA20777
bishop.nathan@dorsey.com
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for Defendant and
Cross-Claimant
COEUR ALASKA, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE STATE OF ALASKA**

| | |
|---|---|
| MAVERIX METALS INC., a Canadian corporation, *et al.,*<br><br>              Plaintiff,<br><br>vs.<br><br>COEUR ALASKA, INC., a Delaware corporation,<br><br>              Defendant. | Case No. 1:21-cv-00021-SLG<br><br>**AFFIDAVIT OF<br>MITCHELL J. KREBS** |
| COEUR ALASKA, INC., a Delaware corporation,<br><br>              Cross-Claimant,<br><br>vs.<br><br>MAVERIX METALS (NEVADA) INC., a Nevada corporation,<br><br>              Counter-Defendant. | |

STATE OF ALASKA                    )

Affidavit of Mitchell J. Krebs           *Maverix Metals Inc. et al v. Coeur Alaska, Inc.*
Page 1 of 3                                                                            Case No. 1:21-cv-00021-SLG
4870-4404-4109\1

**DORSEY & WHITNEY LLP**
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

) §
UNITED STATES DISTRICT COURT )

Mitchell J. Krebs, the undersigned, having first been duly sworn, states and deposes as follows:

1. I am over 21 years of age and am fully competent to testify regarding the matters addressed in this affidavit. I make this affidavit of my own personal knowledge.

2. I am the president and chief executive officer for Coeur Mining, Inc., ("Coeur").

3. The Kensington Mine is located on approximately 12,335 acres sitting at the southern terminus of the Kakuhan Range in the Berners Bay mining district. The properties themselves are mountainous, consisting of varied elevations ranging between sea level to over 4,700ft. The terrain is also varied, with dense forests and rugged slopes.

4. Much of the Kensington properties could not be developed without significant costs and permits or other approvals required from relevant government authorities. Coeur determined where to build Kensington's mining facilities based on a number of factors, including topography, exposure to natural features, proximity to other facilities and infrastructure, and overall cost-efficiency both in terms of construction and mine operation.

5. For example, the mine's Slate Creek Cove Marine Terminal Facility was built on the Jualin properties in a strategic location that would reduce certain

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

4870-4404-4109\1

infrastructure and operational costs while adequately addressing weather impacts outside of Coeur's control, including effects of tides, waves, currents and wind.

6. Limiting the construction of the mining facilities only to the Kensington Properties would have added tens of millions of dollars in additional costs and, in some instances, would have been entirely infeasible.

DATED this  31st  day of January, 2023, at Anchorage, Alaska.

By: /s/ *Mitchell Krebs*

**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the foregoing was served this  3rd  day of February, 2023 through the Court's ECF system.

By:   */s/ Nathan Bishop*

Affidavit of Mitchell J. Krebs
Page 3 of 3

*Maverix Metals Inc. et al v. Coeur Alaska, Inc.*
Case No. 1:21-cv-00021-SLG

Case 1:21-cv-00021-SLG   Document 50-1   Filed 02/03/23   Page 3 of 3

4870-4404-4109\1