Michael A. Grisham, ABA #9411104
grisham.michael@dorsey.com
Nathan Bishop, NA20777
bishop.nathan@dorsey.com
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
(907) 276-4557

Attorneys for Defendant and
Cross-Claimant
COEUR ALASKA, INC.

# UNITED STATES DISTRICT COURT

## FOR THE STATE OF ALASKA

| | |
|---|---|
| MAVERIX METALS INC., a Canadian corporation, *et al.,* | Case No. 1:21-cv-00021-SLG |
| Plaintiff, | **AFFIDAVIT OF MICHAEL A. GRISHAM** |
| vs. | |
| COEUR ALASKA, INC., a Delaware corporation, | |
| Defendant. | |
| COEUR ALASKA, INC., a Delaware corporation, | |
| Cross-Claimant, | |
| vs. | |
| MAVERIX METALS (NEVADA) INC., a Nevada corporation, | |
| Counter-Defendant. | |

Affidavit of Michael A. Grisham
Page 1 of 3
4870-4404-4109\5

*Maverix Metals Inc. et al. v. Coeur Alaska, Inc.*
Case No. 1:21-cv-00021-SLG

Case 1:21-cv-00021-SLG     Document 50-2     Filed 02/03/23     Page 1 of 3

STATE OF ALASKA                    )
                                   ) ss.
UNITED STATES DISTRICT COURT  )

Michael A. Grisham, the undersigned, having first been duly sworn, states and deposes as follows:

1.      I am an attorney duly licensed to practice law in the State of Alaska, and I make this affidavit of personal knowledge.

2.      I represent Coeur Mining, Inc., ("Coeur") in this action.

3.      On December 26th, 2022, Maverix Metals Inc. and Maverix Metals (Nevada) Inc. (collectively, "Maverix") issued supplemental interrogatory responses that, for the first time in the litigation, stated Maverix's belief that certain construction costs should be excluded from Coeur's recoupment based on the location of the facilities.  This disclosure came after the discovery deadline.  As such, Coeur had no opportunity to conduct discovery regarding this claim or Coeur's defenses against the claim and cannot present all of the facts necessary for its opposition to Maverix's motion for summary judgment.

4.      Attached as **Exhibit A** is a true and correct copy of a document produced by Defendant beginning at Bates number CM_013237.

5.      Attached as **Exhibit B** is a true and correct copy of select pages of the deposition transcript of Matthew Fargey.

6.      Attached as **Exhibit C** is a true and correct copy of Maverix's Expert Report of Karen M. Engstrom, CPA, ABV, CFE.

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Affidavit of Michael A. Grisham                    *Maverix Metals Inc. et al. v. Coeur Alaska, Inc.*
Page 2 of 3                                         Case No. 21-cv-00021-SLG
4870-4404-4109\5

7.     Attached as **Exhibit D** is a true and correct copy of Maverix's Rebuttal Expert Report of Karen M. Engstrom, CPA, ABV, CFE.

8.     Attached as **Exhibit E** is a true and correct copy of Maverix's Responses and Objections to Coeur's First Set of Interrogatories.

9.     Attached as **Exhibit F** is a true and correct copy of select pages of the deposition transcript of Kenneth J. Watkinson.


DATED this 3rd day of February, 2023, at Anchorage, Alaska.

By:      */s/ Michael A. Grisham*

Michael A. Grisham ABA #9411104


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served this 3rd day of February, 2023 through the Court's ECF system.

By:   */s/ Nathan Bishop*

Nathan Bishop NA20777

**DORSEY & WHITNEY LLP**
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557