# EXHIBIT A
## CM_013237

# RE: Kensington - Echo Bay Royalty

| | |
|---|---|
| **From:** | astellar@coeur.com |
| **To:** | dennis.mcharness@kinross.com |
| **Cc:** | stephen.gray@kinross.com, martin.litt@kinross.com, kwatkinson@coeur.com, skauffman@coeur.com |
| **Date:** | Thu, 31 Aug 2017 08:32:45 -0800 |
| **Attachments:** | Kinross - CAK - Q217 Royalty Report - 08.30.2017.pdf (3.94 MB) |

Denny,

Attached is the summary for the CAK/Kinross (Echo Bay) Royalty Deed as of end of Q217. Let me know if you have any questions about the contents.

Regards,

Adam



**Adam Stellar** | Land Manager

**Coeur Mining, Inc.**| 104 S. Michigan Ave. Suite 900 | Chicago, IL 60603
t: 312-489-5904 | m: 312-213-3467 | astellar@coeur.com
NYSE: CDE | www.coeur.com

---

Notice of Confidentiality: The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone, and delete this message and its attachments, if any.

---

**From:** Dennis McHarness [mailto:Dennis.McHarness@Kinross.com]
**Sent:** Tuesday, August 8, 2017 8:44 PM
**To:** Stellar, Adam <astellar@coeur.com>
**Cc:** Stephen Gray <Stephen.Gray@Kinross.com>; Martin Litt <Martin.Litt@Kinross.com>
**Subject:** RE: Kensington - Echo Bay Royalty

Thank you, Adam.

Denny

**From:** Stellar, Adam [mailto:astellar@coeur.com]
**Sent:** Tuesday, August 8, 2017 8:44 AM
**To:** Dennis McHarness <Dennis.McHarness@Kinross.com>
**Subject:** RE: Kensington - Echo Bay Royalty

Denny,

Just a heads up. I've got Ken and the accounting group still working on this. They think they will be done this week, I'll continuing following up until the report is complete.

Thanks,

Adam

**From:** Dennis McHarness [mailto:Dennis.McHarness@Kinross.com]
**Sent:** Thursday, July 13, 2017 4:21 PM
**To:** Stellar, Adam <astellar@coeur.com>; Kauffman, Stacy <SKauffman@coeur.com>
**Cc:** Martin Litt <Martin.Litt@Kinross.com>; Stephen Gray <Stephen.Gray@Kinross.com>; David Donnelly <David.Donnelly@Kinross.com>
**Subject:** RE: Kensington - Echo Bay Royalty

Adam,

I will send you an invite for next Friday, 7/21.

Thanks,
Denny

**From:** Stellar, Adam [mailto:astellar@coeur.com]
**Sent:** Friday, July 7, 2017 4:20 PM
**To:** Dennis McHarness <Dennis.McHarness@Kinross.com>; Kauffman, Stacy <SKauffman@coeur.com>
**Cc:** Martin Litt <Martin.Litt@Kinross.com>; Stephen Gray <Stephen.Gray@Kinross.com>; David Donnelly <David.Donnelly@Kinross.com>
**Subject:** RE: Kensington - Echo Bay Royalty

Denny,

I misspoke earlier, it was notated in the most recent 43-101, but is not mentioned in the most recent 10-K as we have not crossed the payback threshold. I will most likely add this in next year once we have the complete royalty assessment completed.

I've attached the Kensington portion of the most recent 10-K and the pertinent section from the most recent 43-101.

We can set up a call next week to discuss if that works for you. Everyone have a nice weekend.

Adam

**From:** Dennis McHarness [mailto:Dennis.McHarness@Kinross.com]
**Sent:** Friday, July 7, 2017 5:25 PM
**To:** Stellar, Adam <astellar@coeur.com>; Kauffman, Stacy <SKauffman@coeur.com>
**Cc:** Martin Litt <Martin.Litt@Kinross.com>; Stephen Gray <Stephen.Gray@Kinross.com>; David Donnelly <David.Donnelly@Kinross.com>
**Subject:** RE: Kensington - Echo Bay Royalty

Adam,

Thank you for the call. Please let me know when you have the numbers ready. You mentioned that the company has been addressing this accounting in their annual Form 10-K. We will dig into these on our end.

Best regards,
Denny

**From:** Stellar, Adam [mailto:astellar@coeur.com]
**Sent:** Friday, July 7, 2017 4:02 PM
**To:** Kauffman, Stacy <SKauffman@coeur.com>
**Cc:** Dennis McHarness <Dennis.McHarness@Kinross.com>
**Subject:** Fwd: Kensington - Echo Bay Royalty

Stacy,

This was something we had discussed previously, probably in March, about getting some numbers over to the guys at Kinross in terms of where they currently stand on the royalty they received from Echo Bay.

I was going to see what kind of timeframe we are looking at to get them a current snapshot of the payback number?

Holler at me if you've got any questions.

Adam
312.213.3467


Begin forwarded message:

> **From:** "Dennis McHarness" <Dennis.McHarness@Kinross.com>
> **To:** "Stellar, Adam" <astellar@coeur.com>
> **Cc:** "Martin Litt" <Martin.Litt@Kinross.com>
> **Subject: Kensington - Echo Bay Royalty**
>
> Adam,
>
> Echo Bay Exploration Inc. holds a sliding scale Net Returns Royalty on production of gold from the Kensington Mine. The current royalty rate is 2.5% of the Net Returns as defined in the Royalty Deed dated July 7, 1995. Echo Bay Exploration is a subsidiary of Kinross Gold Corporation.
>
> Kinross has completed their initial review of the property subject to this interest and this royalty and would like to initiate engagement with Coeur Alaska, Inc. to catch up on Coeur's obligations for accounting, since 1995. There are a number of specific, detailed reporting requirements under the subject Royalty Deed that Coeur is obligated to fulfill to fully account for "Recoupment" as defined therein. These include, on a quarterly basis until the actual commencement of commercial production, Coeur's requirement to provide Echo Bay with

detailed and certified accounting of all costs included in the accrual of Coeur's "Construction Investment". Notification of the commencement of commercial production was required. Once commercial production commences Coeur is required to provide detailed and certified quarterly accounting of expenditures and credits toward Recoupment until Recoupment is achieved, to begin payment of the Net Returns Royalty.

To the best of my knowledge, Echo Bay and Kinross have never received notices or reports from Coeur as required under the Royalty Deed.

Would you please follow up with me on this matter. I would like to schedule a call the week of July 17 to discuss further.

Best regards,
Denny

**Denny McHarness**
*Vice President, Global Lands*
Kinross Gold Corporation
5075 S. Syracuse, Suite 800, Denver, CO 80237
Mobile: +1 775-200-4811
dennis.mcharness@kinross.com
Kinross.com

Confidential

CM_013240



Adam B. Stellar
Manager, Land

**Dennis McHarness**
Vice President – Global Lands
Kinross Gold Corporation
5075 S. Syracuse, Suite 800
Denver, CO 80237

Denny,

I have attached the internal royalty evaluation generated by our accounting group. They have tied it back to internal and external numbers (provided) showing a current outstanding balance of $385,812,549.00. If you have any questions about how the numbers were generated, etc. feel free to get in touch with me and I'll set up another call with the accounting group. In the future, we will be updating you guys after quarterly numbers come out.

Our GIS group has generated maps showing the original Royalty Deed area and historical claims, the area that was dropped and the current portrait of the project with new claims reflected. I have also attached an exhibit showing which claims are currently "in effect" in regards to the royalty. This is the breakdown of the claims from the original royalty deed with Echo Bay:

1) 51 patented claims – which have not changed and all remain in effect.

2) 48 unpatented claims in the "Big Seven" claim group. In 2009, Big Seven No. 4-11, 19-23, 26-30, 32-36, 38-45 were dropped.

3) 185 unpatented claims in the "Comet" claim group. In 2009, Comet #11, 14-18, 21-25, 28-32, 182-205 were dropped. In 2013, Comet # 250-275, 300-302 were dropped.

4) 59 unpatented claims in the "POX" claim group – All remain in effect

5) 64 unpatented claims in the "KNS" claim group – All remain in effect

6) In 2013, Coeur staked Beachhead 1-5 and Beachhead 7, which have complete or partial overlap of claims listed on the 1995 CAK/EBX Royalty Deed.

7) In 2013, Coeur staked Sentinel 1-21, 23-28, 30-32, 36 which have complete or partial overlap of claims listed on the 1995 CAK/EBX Royalty Deed.

In total, there are now 51 patented claims, 290 unpatented claims, 7 State of Alaska Mining Claims and an easement agreement between James R. Deagen and Echo Bay Exploration that are active and subject to the Echo Bay/Kinross, Coeur Alaska Royalty Deed.

I have attached the royalty evaluation as well as an exhibit of the current claims to this report. I have also attached maps reflecting the original claim boundaries, the area of the dropped claims and the current visual of the claim boundaries. Let me know if you have any questions on the information we have provided.

Regards,

Adam Stellar
Manager – Land
Coeur Mining, Inc.

Coeur Mining, Inc.  |  104 S. Michigan Avenue Suite 900 │Chicago, Illinois │ t: 312-489-5904 │ www.coeur.com

Confidential

ECHO BAY ROYALTY AGREEMENT

\* Based on Effective Rate of Net Returns (Exhibit C - Grant of Royalty Interest)
\* Recoupment = $32.5M + Coeur's construction costs from 1995 to Commercial Production

| | | |
|---|---|---|
| Purchase price: | Section 2 | $ 32,500,000 |
| Investment prior to Comm Production | Section 2a | 504,221,000 |
| Base Recoupment Value | | $ 536,721,000 |

| | | DEC-10 | DEC-11 | DEC-12 | DEC-13 | DEC-14 | DEC-15 | DEC-16 | 6 MTH JUN-17 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Actuals | | | | |
| Costs Excluding Depletion | Section 2b | $ 20,742,972 | $ 116,331,640 | $ 106,400,519 | $ 127,560,290 | $ 124,454,614 | $ 121,075,702 | $ 110,365,068 | $ 62,524,743 |
| Coeur's Construction Investment | Section 2 | $ 557,463,972 | $ 673,795,612 | $ 780,196,132 | $ 907,756,422 | $ 1,032,211,036 | $ 1,153,286,738 | $ 1,263,651,806 | $ 1,326,176,549 |
| Net Sales (10K) | Section 4 | $ 23,628,000 | $ 151,186,000 | $ 110,987,000 | $ 148,769,000 | $ 136,960,000 | $ 148,710,000 | $ 146,593,000 | $ 73,531,000 |
| Cumulative Net Sales | | $ 23,628,000 | $ 174,814,000 | $ 285,801,000 | $ 434,570,000 | $ 571,530,000 | $ 720,240,000 | $ 866,833,000 | $ 940,364,000 |
| Outstanding Coeur's Construction Investment to Recoup | | $ 533,835,972 | $ 498,981,612 | $ 494,395,132 | $ 473,186,422 | $ 460,681,036 | $ 433,046,738 | $ 396,818,806 | $ 385,812,549 |
| 10K CAS | | 14,043,000 | 101,672,000 | 87,089,000 | 104,575,000 | 105,342,000 | 105,640,000 | 96,731,000 | 56,431,000 |
| Depreciation Expense (included in 10K Amortization Expense) | | 6,699,972 | 14,659,640 | 19,311,519 | 22,985,290 | 19,112,614 | 15,435,702 | 13,634,068 | 6,093,743 |
| | | 20,742,972 | 116,331,640 | 106,400,519 | 127,560,290 | 124,454,614 | 121,075,702 | 110,365,068 | 62,524,743 |

| | |
|---|---|
| Impairment (1998 10K) | 121,500,000 |
| Mining Properties Cost Basis (2010 Q2 10Q) | 415,221,000 |
| Base Recoupment Value | 536,721,000 |

Confidential

ECHO BAY ROYALTY AGREEMENT

* Based on Effective Rate of Net Returns (Exhibit C - Grant of Royalty Interest)
* Recoupment = $32.5M + Coeur's construction costs from 1995 to Commercial Production

| | | | |
|---|---|---|---|
| Purchase price: | Section 2 | $ | 32,500,000 |
| Investment prior to Comm Production | Section 2a | | 504,221,000 |
| Base Recoupment Value | | $ | 536,721,000 |

| | | Actuals | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | DEC-10 | DEC-11 | DEC-12 | DEC-13 | DEC-14 | DEC-15 | DEC-16 | 6 MTH JUN-17 |
| Costs Excluding Depletion | Section 2b | $ 20,742,972 | $ 116,331,640 | $ 106,400,519 | $ 127,560,290 | $ 124,454,614 | $ 121,075,702 | $ 110,365,068 | $ 62,524,743 |
| Coeur's Construction Investment | Section 2 | $ 557,463,972 | $ 673,795,612 | $ 780,196,132 | $ 907,756,422 | $ 1,032,211,036 | $ 1,153,286,738 | $ 1,263,651,806 | $ 1,326,176,549 |
| Net Sales (10K) | Section 4 | $ 23,628,000 | $ 151,186,000 | $ 110,987,000 | $ 148,769,000 | $ 136,960,000 | $ 148,710,000 | $ 146,593,000 | $ 73,531,000 |
| Cumulative Net Sales | | $ 23,628,000 | $ 174,814,000 | $ 285,801,000 | $ 434,570,000 | $ 571,530,000 | $ 720,240,000 | $ 866,833,000 | $ 940,364,000 |
| Outstanding Coeur's Construction Investment to Recoup | | $ 533,835,972 | $ 498,981,612 | $ 494,395,132 | $ 473,186,422 | $ 460,681,036 | $ 433,046,738 | $ 396,818,806 | $ 385,812,549 |
| 10K CAS | | $ 14,043,000 | $ 101,672,000 | $ 87,089,000 | $ 104,575,000 | $ 105,342,000 | $ 105,640,000 | $ 96,731,000 | $ 56,431,000 |
| Depreciation Expense (included in 10K Amortization Expense) | | 6,699,972 | 14,659,640 | 19,311,519 | 22,985,290 | 19,112,614 | 15,435,702 | 13,634,068 | 6,093,743 |
| | | 20,742,972 | 116,331,640 | 106,400,519 | 127,560,290 | 124,454,614 | 121,075,702 | 110,365,068 | 62,524,743 |

| | | |
|---|---|---|
| Impairment (1998 10K) | | 121,500,000 |
| Mining Properties Cost Basis (2010 Q2 10Q) | | 415,221,000 |
| Base Recoupment Value | | 536,721,000 |

1

| Six months ended June 30, 2017 | Palmarejo | Rochester | Kensington | Wharf | San Bartolomé | Other | Total |
|---|---|---|---|---|---|---|---|
| Revenue | | | | | | | |
| Metal sales | $ 130,939 | $ 71,770 | $ 73,531 $ | 57,264 | $ 44,398 | $ 1,590 | $ 379,492 |
| Costs and Expenses | | | | | | | |
| Costs applicable to sales[1] | 76,895 | 50,600 | 56,431 | 32,088 | 41,614 | 705 | 258,333 |
| Amortization | 34,581 | 10,754 | 17,525 | 5,660 | 3,623 | 907 | 73,050 |
| Exploration | 4,755 | 459 | 2,819 | 3 | — | 5,029 | 13,065 |
| Other operating expenses | 611 | 1,641 | 695 | 1,251 | 1,050 | 20,874 | 26,122 |
| Other income (expense) | | | | | | | |
| Loss on debt extinguishment | — | — | — | — | — | (9,342) | (9,342) |
| Fair value adjustments, net | — | (864) | — | — | — | — | (864) |
| Interest expense, net | (227) | (250) | (153) | (36) | (12) | (6,657) | (7,335) |
| Other, net | (127) | 2,312 | (865) | 425 | 371 | 23,159 | 25,275 |
| Income and mining tax (expense) benefit | (14,415) | (454) | — | (2,017) | 214 | 7,724 | (8,948) |
| Net income (loss) | $ (672) | $ 9,060 | $ (4,957) | $ 16,634 | $ (1,316) | $ (11,041) | $ 7,708 |
| Segment assets[2] | $ 397,254 | $ 241,381 | $ 207,103 | $ 104,311 | $ 62,864 | $ 83,338 | $ 1,096,251 |
| Capital expenditures | $ 17,432 | $ 24,384 | $ 14,170 | $ 2,358 | $ 763 | $ 2,354 | $ 61,461 |

(1) Excludes amortization
(2) Segment assets include receivables, prepaids, inventories, property, plant and equipment, and mineral interests

| Six months ended June 30, 2016 | Palmarejo | Rochester | Kensington | Wharf | San Bartolomé | Other | Total |
|---|---|---|---|---|---|---|---|
| Revenue | | | | | | | |
| Metal sales | $ 78,085 | $ 65,743 | $ 72,212 | $ 61,934 | $ 46,463 | $ 2,396 | $ 326,833 |
| Royalties | — | — | — | — | — | 3,561 | 3,561 |
| | 78,085 | 65,743 | 72,212 | 61,934 | 46,463 | 5,957 | 330,394 |
| Costs and Expenses | | | | | | | |
| Costs applicable to sales[1] | 43,903 | 44,206 | 47,029 | 29,803 | 36,142 | 937 | 202,020 |
| Amortization | 22,054 | 10,750 | 18,157 | 9,179 | 3,607 | 1,723 | 65,470 |
| Exploration | 1,363 | 297 | 930 | — | — | 1,373 | 3,963 |
| Write-downs | — | — | — | — | — | 4,446 | 4,446 |
| Other operating expenses | 593 | 1,381 | 509 | 1,181 | 1,367 | 19,213 | 24,244 |
| Other income (expense) | | | | | | | |
| Loss on debt extinguishment | — | — | — | — | — | — | — |
| Fair value adjustments, net | (5,704) | (4,936) | — | — | — | (1,634) | (12,274) |
| Interest expense, net | (1,159) | (352) | (77) | (27) | (10) | (20,370) | (21,995) |
| Other, net | (5,595) | (3,857) | 19 | 214 | 726 | 7,988 | (543) |
| Income and mining tax (expense) benefit | 3,251 | (415) | — | (236) | (723) | (3,215) | (1,338) |
| Net income (loss) | $ 965 | $ (451) | $ 5,491 | $ 21,722 | $ 5,340 | $ (38,966) | $ (5,899) |
| Segment assets[2] | $ 427,938 | $ 207,764 | $ 196,403 | $ 113,821 | $ 83,814 | $ 84,219 | $ 1,113,959 |
| Capital expenditures | $ 17,678 | $ 7,174 | $ 15,626 | $ 2,921 | $ 1,838 | $ 223 | $ 45,460 |

(1) Excludes amortization
(2) Segment assets include receivables, prepaids, inventories, property, plant and equipment, and mineral interests

| Assets | | June 30, 2017 | | December 31, 2016 |
|---|---|---|---|---|
| Total assets for reportable segments | $ | 1,096,251 | $ | 1,122,038 |
| Cash and cash equivalents | | 250,038 | | 162,182 |
| Other assets | | 48,359 | | 34,689 |
| Total consolidated assets | $ | 1,394,648 | $ | 1,318,909 |

Confidential

CM_013244

EXHIBIT A
Page 8 of 29

## NOTE 3 – SEGMENT REPORTING

The Company's operating segments include Palmarejo, Rochester, Kensington, Wharf, San Bartolomé mines, and Coeur Capital. All operating segments are engaged in the discovery and mining of gold and silver and generate the majority of their revenues from the sale of these precious metals with the exception of Coeur Capital, which primarily holds the Endeavor silver stream. Other includes the La Preciosa project, Joaquin project, corporate office, elimination of intersegment transactions, and other items necessary to reconcile to consolidated amounts.

Financial information relating to the Company's segments is as follows (in thousands):

| Year ended December 31, 2016 | Palmarejo | Rochester | Kensington | Wharf | San Bartolomé | Coeur Capital | Other | Total |
|---|---|---|---|---|---|---|---|---|
| Revenue | | | | | | | | |
| Metal sales | $ 141,273 | $ 139,945 | $ 146,593 | $ 136,678 | $ 93,880 | $ 4,128 | $ — | $ 662,497 |
| Royalties | — | — | — | — | — | 3,280 | — | 3,280 |
| | 141,273 | 139,945 | 146,593 | 136,678 | 93,880 | 7,408 | | 665,777 |
| Costs and Expenses | | | | | | | | |
| Costs applicable to sales[(1)] | 80,820 | 89,726 | 96,731 | 66,379 | 74,166 | 1,719 | — | 409,541 |
| Amortization | 36,599 | 21,838 | 34,787 | 20,621 | 6,633 | 1,117 | 1,566 | 123,161 |
| Exploration | 5,063 | 841 | 3,487 | 2 | — | 1,797 | 1,740 | 12,930 |
| Write-downs | — | — | — | — | — | 4,446 | | 4,446 |
| Other operating expenses | 1,213 | 2,801 | 1,038 | 2,238 | 2,909 | 226 | 36,170 | 46,595 |
| Other income (expense) | | | | | | | | |
| Gain (Loss) on debt extinguishments | — | — | — | — | — | — | (21,365) | (21,365) |
| Fair value adjustments, net | (5,814) | (4,133) | — | — | — | — | (1,634) | (11,581) |
| Interest expense, net | (1,187) | (664) | (128) | (69) | (24) | (34) | (34,814) | (36,920) |
| Other, net | (12,125) | (3,859) | (25) | 17 | 1,590 | 6,014 | 10,263 | 1,875 |
| Income and mining tax (expense) benefit | 45,085 | (2,785) | — | (4,293) | 6,252 | (2,504) | 12,484 | 54,239 |
| Net income (loss) | $ 43,537 | $ 13,298 | $ 10,397 | $ 43,093 | $ 17,990 | $ 1,579 | $ (74,542) | $ 55,352 |
| Segment assets[(2)] | $ 436,642 | $ 219,009 | $ 199,232 | $ 105,901 | $ 76,317 | $ 9,285 | $ 75,652 | $ 1,122,038 |
| Capital expenditures | $ 35,810 | $ 16,446 | $ 36,826 | $ 4,812 | $ 6,631 | $ — | $ 488 | $ 101,013 |

(1) Excludes amortization
(2) Segment assets include receivables, prepaids, inventories, property, plant and equipment, and mineral interest

3

Coeur Mining, Inc. and Subsidiaries
Notes to Consolidated Financial Statements

| Year ended December 31, 2015 | Palmarejo | Rochester | Kensington | Wharf | San Bartolomé | Coeur Capital | Other | Total |
|---|---|---|---|---|---|---|---|---|
| Revenue | | | | | | | | |
| Metal sales | $ 169,133 | $ 143,930 | $ 148,710 | $ 84,052 | $ 84,679 | $ 8,732 | $ — | $ 639,236 |
| Royalties | — | — | — | | | 6,850 | | 6,850 |
| | 169,133 | 143,930 | 148,710 | 84,052 | 84,679 | 15,582 | — | 646,086 |
| Costs and Expenses | | | | | | | | |
| Costs applicable to sales[1] | 138,476 | 103,994 | 105,640 | 52,197 | 75,827 | 3,520 | — | 479,654 |
| Amortization | 32,423 | 23,906 | 42,240 | 16,378 | 17,798 | 9,010 | 1,996 | 143,751 |
| Exploration | 4,533 | 1,324 | 2,596 | 134 | 126 | (124) | 3,058 | 11,647 |
| Write-downs | 224,507 | — | | | 66,712 | 22,118 | | 313,337 |
| Other operating expenses | 1,293 | 2,948 | 1,301 | 1,717 | 1,787 | 33 | 41,548 | 50,627 |
| Other income (expense) | | | | | | | | |
| Gain (Loss) on debt extinguishments | — | | | | | — | 15,916 | 15,916 |
| Fair value adjustments, net | 3,160 | 818 | — | | — | — | 1,224 | 5,202 |
| Interest expense, net | (4,269) | (748) | (218) | — | (725) | | (39,743) | (45,703) |
| Other, net | (10,968) | (13) | 7 | 143 | 1,557 | (3,182) | (3,475) | (15,931) |
| Income and mining tax (expense) benefit | 37,597 | (1,497) | | (857) | (5,154) | 5,542 | (9,368) | 26,263 |
| Net income (loss) | $ (206,579) | $ 10,318 | $ (3,278) | $ 12,912 | $ (81,893) | $ (16,615) | $ (82,048) | $ (367,183) |
| Segment assets[2] | $ 406,648 | $ 190,714 | $ 197,873 | $ 113,305 | $ 91,141 | $ 27,892 | $ 75,737 | $ 1,103,310 |
| Capital expenditures | $ 35,991 | $ 25,330 | $ 23,834 | $ 3,211 | $ 6,220 | $ — | $ 607 | $ 95,193 |

(1) Excludes amortization
(2) Segment assets include receivables, prepaids, inventories, property, plant and equipment, and mineral interests

| Year ended December 31, 2014 | Palmarejo | Rochester | Kensington | San Bartolomé | Coeur Capital | Other | Total |
|---|---|---|---|---|---|---|---|
| Revenue | | | | | | | |
| Metal sales | $ 244,003 | $ 123,768 | $ 136,960 | $ 117,749 | $ 10,046 | $ — | $ 632,526 |
| Royalties | — | | | | 3,216 | | 3,216 |
| | 244,003 | 123,768 | 136,960 | 117,749 | 13,262 | — | 635,742 |
| Costs and Expenses | | | | | | | |
| Costs applicable to sales[1] | 187,276 | 91,462 | 105,342 | 89,659 | 4,206 | — | 477,945 |
| Amortization | 69,431 | 20,790 | 43,619 | 19,423 | 7,015 | 2,158 | 162,436 |
| Exploration | 6,671 | 2,636 | 8,005 | 120 | 515 | 3,793 | 21,740 |
| Write-downs | 784,038 | — | 107,832 | 118,754 | 6,202 | 455,895 | 1,472,721 |
| Other operating expenses | 620 | 2,813 | 796 | (251) | 938 | 61,966 | 66,882 |
| Other income (expense) | | | | | | | |
| Fair value adjustments, net | (1,847) | 3,653 | — | — | — | 1,812 | 3,618 |
| Interest expense, net | (9,320) | (679) | (214) | (52) | (1) | (37,280) | (47,546) |
| Other, net | 131 | 105 | (22) | 2,461 | (7,141) | (752) | (5,218) |
| Income and mining tax (expense) benefit | 251,840 | (2,224) | | 18,114 | 2,067 | 158,457 | 428,254 |
| Net income (loss) | $ (563,229) | $ 6,922 | $ (128,870) | $ (89,433) | $ (10,689) | $ (401,575) | $ (1,186,874) |
| Segment assets[2] | $ 332,369 | $ 196,765 | $ 215,973 | $ 188,616 | $ 59,848 | $ 81,688 | $ 1,075,259 |
| Capital expenditures | $ 26,084 | $ 11,898 | $ 16,220 | $ 7,937 | $ — | $ 2,105 | $ 64,244 |

(1) Excludes amortization
(2) Segment assets include receivables, prepaids, inventories, property, plant and equipment, and mineral interests

| Assets | December 31, 2016 | December 31, 2015 |
|---|---|---|
| Total assets for reportable segments | $ 1,122,038 | $ 1,103,310 |
| Cash and cash equivalents | 162,182 | 200,714 |
| Other assets | 34,689 | 28,465 |
| Total consolidated assets | $ 1,318,909 | $ 1,332,489 |

4

comprehensive income based on its source and (ii) the income statement line items affected by the reclassification. The adoption of ASU 2013-02 had no effect on the Company's financial position, results of operations or cash flows.

In July 2013, the FASB issued ASU 2013-11, "*Income Taxes (Topic 740): Presentation of an Unrecognized Tax Benefit When a Net Operating Loss Carryforward, a Similar Tax Loss, or a Tax Credit Carryforward Exists.*" The updated guidance requires an entity to net its unrecognized tax benefits against the deferred tax assets for all same jurisdiction net operating loss carryforwards, a similar tax loss, or tax credit carryforwards. A gross presentation will be required only if such carryforwards are not available or would not be used by the entity to settle any additional income taxes resulting from disallowance of the uncertain tax provision. The update is effective prospectively for the Company's fiscal year beginning January 1, 2014.

## NOTE 3 – SEGMENT REPORTING

The Company's reportable operating segments include the Palmarejo, San Bartolomé, Rochester, Kensington, and Martha mines, as well as La Preciosa and Coeur Capital. All operating segments are engaged in the discovery and mining of gold and silver and generate the majority of their revenues from the sale of these precious metals with the exception of Coeur Capital, which holds the Endeavor silver stream and other precious metals royalties. Other includes the Joaquin project, corporate headquarters, elimination of intersegment transactions and other items necessary to reconcile to consolidated amounts.

Revenues from silver sales were $394.5 million, $549.7 million and $662.6 million in 2013, 2012, and 2011, respectively. Revenues from gold sales were $351.5 million, $345.8 million and $358.6 million in 2013, 2012, and 2011, respectively.

Financial information relating to the Company's segments is as follows (in thousands):

| Year ended December 31, 2013 | Palmarejo Mine | San Bartolomé Mine | Kensington Mine | Rochester Mine | Martha Mine | La Preciosa | Coeur Capital | Other | Total |
|---|---|---|---|---|---|---|---|---|---|
| Sales of metals | $ 324,040 | $ 141,721 | $ 148,769 | $ 119,254 | $ (661) | $ — | $ 12,871 | $ — | $ 745,994 |
| Production costs applicable to sales | (188,572) | (86,827) | (104,575) | (77,869) | — | — | (5,818) | (2) | (463,663) |
| Amortization | (134,240) | (19,565) | (63,216) | (10,571) | (438) | (24) | (3,755) | (1,070) | (232,879) |
| Gross profit (loss) | 1,228 | 35,329 | (19,022) | 30,814 | (1,099) | (24) | 3,298 | (1,072) | 49,452 |
| Exploration expense | 7,161 | 111 | 4,199 | 2,653 | 4,485 | 80 | 2,069 | 1,602 | 22,360 |
| Write-downs | 642,094 | — | 130,694 | | | | | 205 | 772,993 |
| Other operating expenses | — | 5,743 | 269 | 34,584 | 2,650 | 3,237 | 1,397 | 51,378 | 99,258 |
| OPERATING INCOME (LOSS) | (648,027) | 29,475 | (154,184) | (6,423) | (8,234) | (3,341) | (168) | (54,257) | (845,159) |
| Interest and other income, net | 906 | 2,582 | (187) | (318) | 865 | 15 | (19,474) | 10,626 | (4,985) |
| Interest expense, net | (15,123) | (74) | (424) | (20) | (1) | — | | (25,661) | (41,303) |
| Fair value adjustments, net | 76,218 | — | 7,480 | 416 | — | — | | (1,346) | 82,768 |
| Income tax (provision) benefit | 107,748 | (10,938) | (1) | (2,332) | (137) | (20,856) | 2,179 | 82,453 | 158,116 |
| Net income (loss) | $ (478,278) | $ 21,045 | $ (147,316) | $ (8,677) | $ (7,507) | $ (24,182) | $ (17,463) | $ 11,815 | $ (650,563) |
| Segment assets[1] | $1,164,852 | $ 289,272 | $ 343,144 | $ 176,789 | $ 6,168 | $ 410,335 | $ 62,678 | $ 105,581 | $2,558,819 |
| Capital expenditures | $ 33,730 | $ 11,568 | $ 21,404 | $ 29,406 | $ 10 | $ 1,122 | $ — | $ 3,573 | $ 100,813 |

(1)    Segment assets consist of receivables, prepaids, inventories, property, plant and equipment, and mining properties

Confidential

| Year ended December 31, 2012 | Palmarejo Mine | San Bartolomé Mine | Kensington Mine | Rochester Mine | Martha Mine | Coeur Capital | Other | Total |
|---|---|---|---|---|---|---|---|---|
| Sales of metals | $ 442,098 | $ 178,005 | $ 110,987 | $ 132,392 | $ 13,162 | $ 18,848 | $ — | $ 895,492 |
| Production costs applicable to sales | (197,478) | (71,428) | (87,089) | (72,061) | (17,682) | (8,824) | — | (454,562) |
| Amortization | (146,595) | (16,709) | (41,645) | (8,065) | (692) | (4,632) | (519) | (218,857) |
| Gross profit (loss) | 98,025 | 89,868 | (17,747) | 52,266 | (5,212) | 5,392 | (519) | 222,073 |
| Exploration expense | 7,575 | 159 | 3,283 | 3,591 | 8,648 | 1,056 | 1,958 | 26,270 |
| Write-downs | — | — | — | — | 5,825 | — | — | 5,825 |
| Other operating expenses | 11 | 80 | 74 | 1,401 | 2,108 | (736) | 31,300 | 34,238 |
| OPERATING INCOME (LOSS) | 90,439 | 89,629 | (21,104) | 47,274 | (21,793) | 5,072 | (33,777) | 155,740 |
| Interest and other income, net | 4,017 | 9,719 | (77) | 358 | (1,153) | (77) | 1,649 | 14,436 |
| Interest expense, net | (18,938) | (72) | (2,972) | (26) | (3) | — | (4,158) | (26,169) |
| Loss on debt extinguishment | — | — | (1,036) | — | — | — | — | (1,036) |
| Fair value adjustments, net | (31,054) | — | 4,089 | — | — | — | 3,478 | (23,487) |
| Income tax (provision) benefit | (18,066) | (44,632) | — | (2,195) | 976 | (327) | (6,563) | (70,807) |
| Net income (loss) | $ 26,398 | $ 54,644 | $ (21,100) | $ 45,411 | $ (21,973) | $ 4,668 | $ (39,371) | $ 48,677 |
| Segment assets[1] | $ 1,905,269 | $ 302,922 | $ 508,658 | $ 104,373 | $ 9,813 | $ 32,656 | $ 110,365 | $ 2,974,056 |
| Capital expenditures | $ 38,456 | $ 25,672 | $ 36,994 | $ 11,794 | $ 1,193 | | $ 1,532 | $ 115,641 |

[1] Segment assets consist of receivables, prepaids, inventories, property, plant and equipment, and mining properties.

| Year ended December 31, 2011 | Palmarejo Mine | San Bartolomé Mine | Kensington Mine | Rochester Mine | Martha Mine | Coeur Capital | Other | Total |
|---|---|---|---|---|---|---|---|---|
| Sales of metals | $ 513,097 | $ 267,502 | $ 151,186 | $ 57,331 | $ 13,347 | $ 18,737 | $ — | $ 1,021,200 |
| Production costs applicable to sales | (186,201) | (79,679) | (101,672) | (27,848) | (15,513) | (8,634) | — | (419,547) |
| Amortization | (159,264) | (22,410) | (35,839) | (2,824) | (556) | (3,155) | (452) | (224,500) |
| Gross profit (loss) | 167,632 | 165,413 | 13,675 | 26,659 | (2,722) | 6,948 | (452) | 377,153 |
| Exploration expense | 6,863 | 248 | 1,102 | 1,989 | 6,367 | 662 | 1,897 | 19,128 |
| Other operating expenses | 949 | 342 | 317 | 19,931 | 156 | (1) | 29,126 | 50,820 |
| OPERATING INCOME (LOSS) | 159,820 | 164,823 | 12,256 | 4,739 | (9,245) | 6,287 | (31,475) | 307,205 |
| Interest and other income, net | (9,099) | 156 | 4 | 57 | (544) | 1,108 | 1,708 | (6,610) |
| Interest expense, net | (23,453) | (45) | (4,889) | (21) | (458) | — | (5,908) | (34,774) |
| Loss on debt extinguishment | — | — | — | — | — | — | (5,526) | (5,526) |
| Fair value adjustments, net | (40,046) | — | (8,438) | — | — | — | (3,566) | (52,050) |
| Income tax (provision) benefit | (28,023) | (59,867) | (31) | (409) | (1,219) | — | (25,197) | (114,746) |
| Net income (loss) | $ 59,199 | $ 105,067 | $ (1,098) | $ 4,366 | $ (11,466) | $ 7,395 | $ (69,964) | $ 93,499 |
| Segment assets[1] | $ 2,029,769 | $ 276,423 | $ 507,891 | $ 76,852 | $ 19,717 | $ 36,349 | $ 16,129 | $ 2,963,130 |
| Capital expenditures | $ 36,976 | $ 17,731 | $ 34,013 | $ 27,217 | $ 3,426 | $ 59 | $ 566 | $ 119,988 |

[1] Segment assets consist of receivables, prepaids, inventories, property, plant and equipment, and mining properties

6

CM_013248

| Year ended December 31, 2010 | Palmarejo Mine | San Bartolomé Mine | Kensington Mine | Rochester Mine | Martha Mine | Endeavor Mine | Other | Total |
|---|---|---|---|---|---|---|---|---|
| Sales of metals | $ 230,024 | $142,989 | $ 23,628 | $ 54,323 | $ 53,875 | $10,618 | $ — | $ 515,457 |
| Productions costs applicable to sales | (127,658) | (60,023) | (14,043) | (24,760) | (27,040) | (4,112) | — | (257,636) |
| Depreciation and depletion | (91,505) | (19,650) | (17,487) | (1,890) | (8,525) | (1,989) | (573) | (141,619) |
| Gross profit (loss) | 10,861 | 63,316 | (7,902) | 27,673 | 18,310 | 4,517 | (573) | 116,202 |
| Exploration expense | 4,658 | 9 | 659 | 190 | 5,791 | — | 2,942 | 14,249 |
| Other operating expenses | 352 | — | 170 | 1,544 | — | — | 24,987 | 27,053 |
| OPERATING INCOME (LOSS) | 5,851 | 63,307 | (8,731) | 25,939 | 12,519 | 4,517 | (28,502) | 74,900 |
| Interest and other income, net | 914 | (373) | (26) | 681 | (3,974) | — | 3,549 | 771 |
| Interest expense, net | (21,567) | (325) | (1,591) | — | (90) | — | (7,369) | (30,942) |
| Loss on debt extinguishment | — | — | — | — | — | — | (20,300) | (20,300) |
| Fair value adjustments, net | (98,707) | — | (13,783) | — | — | — | (4,604) | (117,094) |
| Income tax expense | 16,901 | (21,655) | (8) | — | (8,523) | — | 22,766 | 9,481 |
| Income (loss) from continuing operations | (96,608) | 40,954 | (24,139) | 26,620 | (68) | 4,517 | (34,460) | $ (83,184) |
| Loss from discontinued operations | — | — | — | — | — | — | (6,029) | $ (6,029) |
| Loss on sale of net assets of discontinued operations | — | — | — | — | — | — | (2,095) | $ (2,095) |
| Net income (loss) | $ (96,608) | $ 40,954 | $ (24,139) | $ 26,620 | $ (68) | $ 4,517 | $(42,584) | $ (91,308) |
| Segment assets (A) | $ 2,119,367 | $260,653 | $ 512,401 | $ 29,734 | $ 21,290 | $39,530 | $ 17,414 | $ 3,000,389 |
| Capital expenditures (B) | $ 54,226 | $ 6,159 | $ 92,730 | $ 2,349 | $ 100 | $ — | $ 430 | 155,994 |

(A)  Segment assets consist of receivables, prepaids, inventories, property, plant and equipment, and mining properties

(B)  Balance represents cash flow amounts

|  | 2012 | 2011 | 2010 |
|---|---|---|---|
| **Assets** | | | |
| Total assets for reportable segments | $ 2,974,056 | $ 2,963,130 | $ 3,000,389 |
| Cash and cash equivalents | 125,440 | 175,012 | 66,118 |
| Short term investments | 999 | 20,254 | |
| Other assets | 120,906 | 106,045 | 91,020 |
| Total consolidated assets | $ 3,221,401 | $ 3,264,441 | $ 3,157,527 |

7

|                                                | December 31, 1997 | December 31, 1996 |
|------------------------------------------------|-------------------|-------------------|
| Total income                                   | $ 17,994          | $ 21,532          |
| Net loss                                       | $(14,014)         | $(55,159)         |
| Basic and diluted net loss per share attributable to common | $   (1.12)        | $   (2.96)        |

<u>Silver Valley Resources:</u> Silver Valley Resources Corporation ("Silver Valley") owns the Coeur and Galena Mines and the Caladay property situated in the Coeur d'Alene Mining District of Idaho. Effective January 1, 1995, Coeur, Callahan Mining Corporation ("Callahan"), a wholly-owned subsidiary of Coeur, and ASARCO Inc. ("ASARCO") transferred their interests in the Coeur and Galena Mines and Caladay property to Silver Valley, an entity created for that sole purpose, as a result of which Coeur and ASARCO each now own 50% of Silver Valley. Silver Valley recommenced operations at the Coeur mine portion of its property in June 1996 and continued mining existing reserves there through July 2, 1998, when operations were terminated as planned. Silver Valley resumed production at the Galena Mine in May 1997. The Company reports its share of earnings of Silver Valley Resources pursuant to the equity method.

## NOTE D—WRITE-DOWN OF MINING PROPERTIES

*Fachinal Mine and Kensington Property*

During the fourth quarter of 1998, due to the continuing low gold price environment, the Company evaluated the recoverability of investments in both the Fachinal Mine and Kensington property. Using a $350 per ounce gold price and based on estimated undiscounted future cash flows, in accordance with the standards set forth in SFAS 121, the Company determined that its investments in property, plant and equipment at the Fachinal Mine in Southern Chile and at the Kensington property in Alaska were impaired. The total amount of the impairment based on discounted cash flows was $42.9 million and $121.5 million for the Fachinal Mine and Kensington property, respectively, at December 31, 1998 and was recorded in the fourth quarter.

*Petorca (El Bronce) Mine*

During the first quarter of 1998, the El Bronce mine continued to operate at a loss in spite of on-going efforts to improve ore grades and reduce operating costs. As a result, a complete evaluation of operations at El Bronce was undertaken. From this evaluation, the Company determined that the asset was impaired and a write-down was required to properly reflect the estimated realizable value of the Company's interest in El Bronce in accordance with the standards set forth in SFAS 121. Consequently, the Company recorded an impairment write-down in the first quarter of 1998 of $54.5 million relating to the El Bronce Mine. The charge included approximately $8.3 million to satisfy the estimated remediation and reclamation liabilities at El Bronce and to provide for estimated termination costs.

8

CM_013250

## NOTE 6 – PROPERTY, PLANT AND EQUIPMENT

Property, plant and equipment consist of the following (in thousands):

|  | June 30, 2010 | December 31, 2009 |
|---|---|---|
| Land | $ 713 | $ 713 |
| Building improvements | 381,912 | 360,909 |
| Machinery and equipment | 234,254 | 219,189 |
| Capitalized leases for machinery and equipment and buildings | 63,240 | 48,298 |
|  | 680,119 | 629,109 |
| Accumulated depreciation | (126,872) | (97,609) |
|  | $ 553,247 | $ 531,500 |

## NOTE 7 - MINING PROPERTIES

June 30, 2010
(In thousands)

| | Palmarejo | Rochester | San Bartolomé | Martha | Endeavor | Kensington | Other | Total |
|---|---|---|---|---|---|---|---|---|
| Operational mining properties: | $ 123,247 | $ 97,435 | $ 67,328 | $10,000 | $ - | $ - | $ - | $ 298,010 |
| Accumulated depletion | (13,637) | (97,435) | (7,722) | (9,812) | - | - | - | (128,606) |
| | 109,610 | - | 59,606 | 188 | - | - | - | 169,404 |
| Mineral interest (A) | 1,657,188 | - | 26,644 | - | 44,033 | - | - | 1,727,865 |
| Accumulated depletion | (42,900) | - | (3,050) | - | (6,007) | - | - | (51,957) |
| | 1,614,288 | - | 23,594 | - | 38,026 | - | - | 1,675,908 |
| Non-producing and developmental properties | - | - | - | - | - | 415,221 | 142 | 415,363 |
| Total mining properties | $ 1,723,898 | $ - | $ 83,200 | $ 188 | $ 38,026 | $ 415,221 | $ 142 | $ 2,260,675 |

December 31, 2009
(In thousands)

| | Palmarejo | Rochester | San Bartolomé | Martha | Endeavor | Kensington | Other | Total |
|---|---|---|---|---|---|---|---|---|
| Operational mining properties: | $ 113,167 | $ 97,435 | $ 67,327 | $10,000 | $ - | $ - | $ - | $ 287,929 |
| Accumulated depletion | (7,232) | (97,435) | (5,793) | (8,968) | - | - | - | (119,428) |
| | 105,935 | - | 61,534 | 1,032 | - | - | - | 168,501 |
| Mineral interest (A) | 1,657,188 | | 26,642 | - | 44,033 | - | - | 1,727,863 |
| Accumulated depletion | (24,171) | | (2,284) | - | (4,897) | - | - | (31,352) |
| | 1,633,017 | - | 24,358 | - | 39,136 | - | - | 1,696,511 |
| Non-producing and developmental properties | - | - | - | - | - | 357,027 | 143 | 357,170 |
| Total mining properties | $ 1,738,952 | $ - | $ 85,892 | $ 1,032 | $ 39,136 | $ 357,027 | $ 143 | $ 2,222,182 |

(A)Balance represents acquisition cost of mineral interest

9

# Exhibit A
## Patented Lode and Millsite Claims

Copper River Meridian and Juneau Recording District, Alaska
Township 34 South, Range 62 East, Sections 32, 33 and 34
Township 35 South, Range 62 East, Sections 3, 4, 5, 6, 9 and 10

| | Claim Name | Patent No. | Mineral Survey No. |
|---|---|---|---|
| 1 | Ophir Lode | 24265 | 37A |
| 2 | Ophir Mill Site | 24265 | 37B |
| 3 | Bear Lode | 24324 | 38A |
| 4 | Bear No. 2 Mill Site | 24324 | 38B |
| 5 | Savage Lode | 24324 | 39 |
| 6 | Seward Lode | 24660 | 40A |
| 7 | Seward Millsite | 24660 | 40B |
| 8 | Seward No. 2 Lode | 24660 | 41 |
| 9 | Elmira Lode | 25362 | 42 |
| 10 | Northern Belle Lode | 25362 | 43 |
| 11 | Yellow Jacket Lode | 25362 | 44 |
| 12 | Kensington Lode | 25362 | 45 |
| 13 | Eureka Lode | 25362 | 46 |
| 14 | Esmeralda Lode | 24662 | 47A |
| 15 | Esmeralda Millsite | 24662 | 47B |
| 16 | Excelsior Lode | 24662 | 48 |
| 17 | North West Lode | 24662 | 49 |
| 18 | Cumberland Lode | 24660 | 50A |
| 19 | Cumberland Millsite | 24660 | 50B |
| 20 | Comet Lode | 24660 | 51 |
| 21 | Thomas Lode | 24660 | 52A |
| 22 | Thomas Millsite | 24660 | 52B |
| 23 | Poor Richard Lode | 24660 | 53 |
| 24 | Comet Extension Lode | 24660 | 54A |
| 25 | Comet Extension Millsite | 24660 | 54B |
| 26 | Snowflake Lode | 24660 | 55 |
| 27 | Last Chance Lode | 24660 | 56 |
| 28 | Banner Lode | 24660 | 57 |
| 29 | Eclipse Lode | 24660 | 58 |
| 30 | Hartford Lode | 24661 | 59 |
| 31 | Horrible Lode | 26397 | 60 |
| 32 | Mexican Lode | 26398 | 61 |
| 33 | Northern Light Lode | 36096 | 380 |
| 34 | Northern Light Extension No. 1 | 36096 | 380 |
| 35 | Northern Light Extension No. 2 | 36096 | 380 |

| 36 | Lions Tail Lode | 1117017 | 2015 |
|----|----------------|---------|------|
| 37 | Lions Paw Lode | 1117017 | 2015 |
| 38 | Lions Paw No. 1 Lode | 1117017 | 2015 |
| 39 | Lions Paw No. 2 Lode | 1117017 | 2015 |
| 40 | Lions Paw No. 3 Lode | 1117017 | 2015 |
| 41 | Lions Paw No. 4 Lode | 1117017 | 2015 |
| 42 | Olga No. 1 Lode | 1117017 | 2015 |
| 43 | Olga No. 2 Lode | 1117017 | 2015 |
| 44 | Olga No. 3 Lode | 1117017 | 2015 |
| 45 | Olga No. 4 Lode | 1117017 | 2015 |
| 46 | Bat Lode | 1117017 | 2015 |
| 47 | Bee Lode | 1117017 | 2015 |
| 48 | Stanley Lode | 1117017 | 2015 |
| 49 | Plucky Girl Fraction Lode | 1116607 | 2018 |
| 50 | Lucky Boy Fraction Lode | 1116607 | 2018 |
| 51 | Arnold Lode | 1116607 | 2018 |

Confidential

CM_013253

# Exhibit B
## Unpatented Federal Lode Claims

Copper River Meridian and Juneau Recording District, Alaska

Township 34 South, Range 62 East, Sections 29, 30, 31, 32, 33 and 34

Township 35 South, Range 62 East, Sections 3, 4, 5, 6, 7, 8, 9, 10, 15 and 16

| | Claim Name | Ser. No. | |
|---|---|---|---|
| 1 | KNS # 14 | AA 42180 | (1) |
| 2 | KNS # 15 | AA 42181 | (1) |
| 3 | KNS # 16 | AA 42182 | (1) |
| 4 | KNS # 17 | AA 42183 | (1) |
| 5 | KNS # 18 | AA 42184 | (1) |
| 6 | KNS # 19 Fraction | AA 42185 | |
| 7 | KNS # 20 Fraction | AA 42186 | |
| 8 | KNS # 21 Fraction | AA 42187 | |
| 9 | KNS # 22 | AA 42188 | |
| 10 | KNS # 23 | AA 42189 | |
| 11 | KNS # 24 | AA 42190 | |
| 12 | KNS # 25 Fraction | AA 42191 | |
| 13 | KNS # 26 Fraction | AA 42192 | |
| 14 | KNS # 27 Fraction | AA 42193 | |
| 15 | KNS # 28 Fraction | AA 42194 | |
| 16 | KNS # 29 Fraction | AA 42195 | |
| 17 | KNS # 30 Fraction | AA 42196 | |
| 18 | KNS # 31 Fraction | AA 42197 | |
| 19 | KNS # 32 Fraction | AA 42198 | |
| 20 | KNS # 33 Fraction | AA 42199 | |
| 21 | KNS # 34 Fraction | AA 42200 | |
| 22 | KNS # 35 Fraction | AA 42201 | |
| 23 | KNS # 36 Fraction | AA 42202 | |
| 24 | KNS # 37 Fraction | AA 42203 | |
| 25 | KNS # 38 Fraction | AA 42204 | |
| 26 | KNS # 39 Fraction | AA 42205 | |
| 27 | KNS # 40 | AA 42206 | |
| 28 | KNS # 41 Fraction | AA 42207 | |
| 29 | KNS # 42 Fraction | AA 42208 | |
| 30 | KNS # 43 Fraction | AA 42209 | |
| 31 | KNS # 44 | AA 42210 | |
| 32 | KNS # 45 Fraction | AA 42211 | |
| 33 | KNS # 46 Fraction | AA 42212 | |
| 34 | KNS # 47 Fraction | AA 42213 | |
| 35 | KNS # 48 Fraction | AA 42214 | |
| 36 | KNS # 49 Fraction | AA 42215 | |
| 37 | KNS # 50 Fraction | AA 42216 | |
| 38 | KNS # 51 Fraction | AA 42217 | |
| 39 | KNS # 52 Fraction | AA 42218 | |
| 40 | KNS # 53 Fraction | AA 42219 | |

| 41 | KNS # 54 Fraction | AA | 42220 |
|---|---|---|---|
| 42 | KNS # 55 | AA | 42221 |
| 43 | KNS # 56 | AA | 42222 |
| 44 | KNS # 57 | AA | 42223 |
| 45 | KNS # 58 | AA | 42224 |
| 46 | KNS # 59 | AA | 42225 |
| 47 | KNS # 60 | AA | 42226 |
| 48 | KNS # 61 | AA | 42227 |
| 49 | KNS # 62 | AA | 42228 |
| 50 | KNS # 64 | AA | 42230 |
| 51 | KNS # 65 Fraction | AA | 42231 |
| 52 | KNS # 66 | AA | 42232 |
| 53 | KNS # 67 | AA | 42233 |
| 54 | KNS # 68 | AA | 42234 |
| 55 | KNS 63 Fraction | AA | 44071 |
| 56 | KNS 64 Fraction | AA | 44072 |
| 57 | KNS No. 71 | AA | 44948 |
| 58 | KNS No. 72 | AA | 44949 |
| 59 | KNS No. 73 | AA | 44950 |
| 60 | KNS Fraction No. 74 | AA | 44951 |
| 61 | KNS No. 79 | AA | 44956 |
| 62 | KNS No. 80 | AA | 44957 |
| 63 | Big Seven Fraction 1 | AA | 44958 |
| 64 | Big Seven Fraction 2 | AA | 44959 |
| 65 | Big Seven Fraction 3 | AA | 44960 |
| 66 | Big Seven Number 1 | AA | 44961 |
| 67 | Big Seven No. 2 | AA | 44962 |
| 68 | Big Seven No. 12 | AA | 46193 |
| 69 | Big Seven No. 13 | AA | 46194 |
| 70 | Big Seven No. 14 | AA | 46195 |
| 71 | Big Seven No. 15 | AA | 46196 |
| 72 | Big Seven No. 16 | AA | 46197 |
| 73 | Big Seven No. 17 | AA | 50980 |
| 74 | Big Seven No. 18 | AA | 50981 |
| 75 | Big Seven No. 24 | AA | 50987 |
| 76 | Big Seven No. 25 | AA | 50988 |
| 77 | Big Seven No. 31 | AA | 50994 |
| 78 | Big Seven No. 37 | AA | 51000 |
| 79 | KNS No. 81 Fraction | AA | 51009 |
| 80 | POX - 1 | AA | 61054 |
| 81 | POX - 2 | AA | 61055 |
| 82 | POX - 3 | AA | 61056 |
| 83 | POX - 4 | AA | 61057 |
| 84 | POX - 5 | AA | 61058 |
| 85 | POX - 6 | AA | 61059 |
| 86 | POX - 7 | AA | 61060 |
| 87 | POX - 8 | AA | 61061 |

Confidential

| 88 | POX - 9 | AA | 61062 |
|---|---|---|---|
| 89 | POX - 10 | AA | 61063 |
| 90 | POX - 11 | AA | 61064 |
| 91 | POX - 12 | AA | 61065 |
| 92 | POX - 13 | AA | 61066 |
| 93 | POX - 14 | AA | 61067 |
| 94 | POX - 15 | AA | 61068 |
| 95 | POX - 16 | AA | 61069 |
| 96 | POX - 17 | AA | 61070 |
| 97 | POX 18 | AA | 61071 |
| 98 | POX 19 | AA | 61072 |
| 99 | POX 20 | AA | 61073 |
| 100 | POX 21 | AA | 61074 |
| 101 | POX 22 | AA | 61075 |
| 102 | POX - 23 | AA | 61076 |
| 103 | POX - 24 | AA | 61077 |
| 104 | POX - 25 | AA | 61078 |
| 105 | POX - 26 | AA | 61079 |
| 106 | POX 27 | AA | 61080 |
| 107 | POX 28 | AA | 61081 |
| 108 | POX - 29 | AA | 61082 |
| 109 | POX - 30 | AA | 61083 |
| 110 | POX 31 | AA | 61084 |
| 111 | POX 32 | AA | 61085 |
| 112 | POX 33 | AA | 61086 |
| 113 | POX 34 | AA | 61087 |
| 114 | POX 35 | AA | 61088 |
| 115 | POX 36 | AA | 61089 |
| 116 | POX 37 | AA | 61090 |
| 117 | POX 38 | AA | 61091 |
| 118 | POX 39 | AA | 61092 |
| 119 | POX 40 | AA | 61093 |
| 120 | POX 41 | AA | 61094 |
| 121 | POX 42 | AA | 61095 |
| 122 | POX 43 | AA | 61096 |
| 123 | POX 44 | AA | 61097 |
| 124 | POX 45 | AA | 61098 |
| 125 | POX 46 | AA | 61099 |
| 126 | Comet #1 | AA | 61393 |
| 127 | Comet #2 | AA | 61394 |
| 128 | Comet #3 | AA | 61395 |
| 129 | Comet #4 | AA | 61396 |
| 130 | Comet #5 | AA | 61397 |
| 131 | Comet #6 | AA | 61398 |
| 132 | Comet #12 | AA | 61404 |
| 133 | Comet #13 | AA | 61405 |

Confidential

| | | | |
|---|---|---|---|
| 134 | Comet #19 | AA | 61411 |
| 135 | Comet #20 | AA | 61412 |
| 136 | Comet #26 | AA | 61418 |
| 137 | Comet #27 | AA | 61419 |
| 138 | Comet #33 | AA | 61425 |
| 139 | Comet #34 | AA | 61426 |
| 140 | Comet #35 | AA | 61427 |
| 141 | Comet #36 | AA | 61428 |
| 142 | Comet #37 | AA | 61429 |
| 143 | Comet #38 | AA | 61430 |
| 144 | Comet #39 | AA | 61431 |
| 145 | Comet #40 | AA | 61432 |
| 146 | Comet #41 | AA | 61433 |
| 147 | Comet #42 | AA | 61434 |
| 148 | Comet #43 | AA | 61435 |
| 149 | Comet #44 | AA | 61436 |
| 150 | Comet #45 | AA | 61437 |
| 151 | Comet #46 | AA | 61438 |
| 152 | Comet #47 | AA | 61439 |
| 153 | Comet #48 | AA | 61440 |
| 154 | Comet #49 | AA | 61441 |
| 155 | Comet #50 | AA | 61442 |
| 156 | Comet #51 | AA | 61443 |
| 157 | Comet #52 | AA | 61444 |
| 158 | Comet #53 | AA | 61445 |
| 159 | Comet #54 | AA | 61446 |
| 160 | Comet #55 | AA | 61447 |
| 161 | Comet #56 | AA | 61448 |
| 162 | Comet #57 | AA | 61449 |
| 163 | Comet #58 | AA | 61450 |
| 164 | Comet #59 | AA | 61451 |
| 165 | Comet #60 | AA | 61452 |
| 166 | Comet #61 | AA | 61453 |
| 167 | Comet #62 | AA | 61454 |
| 168 | Comet #63 | AA | 61455 |
| 169 | Comet #64 | AA | 61456 |
| 170 | Comet #65 | AA | 61457 |
| 171 | Comet #66 | AA | 61458 |
| 172 | Comet #67 | AA | 61459 |
| 173 | Comet #68 | AA | 61460 |
| 174 | Comet #69 | AA | 61461 |
| 175 | Comet #70 | AA | 61462 |
| 176 | Comet #71 | AA | 61463 |
| 177 | Comet #72 | AA | 61464 |
| 178 | Comet #73 | AA | 61465 |

Confidential

| | | | |
|---|---|---|---|
| 179 | Comet #74 | AA | 61466 |
| 180 | Comet #75 | AA | 61467 |
| 181 | Comet #76 | AA | 61468 |
| 182 | Comet #77 | AA | 61469 |
| 183 | Comet #78 | AA | 61470 |
| 184 | Comet #79 | AA | 61471 |
| 185 | Comet #80 | AA | 61472 |
| 186 | Comet #81 | AA | 61473 |
| 187 | Comet #82 | AA | 61474 |
| 188 | Comet #83 | AA | 61475 |
| 189 | Comet #84 | AA | 61476 |
| 190 | Comet #85 | AA | 61477 |
| 191 | Comet #86 | AA | 61478 |
| 192 | Comet #87 | AA | 61479 |
| 193 | Comet #88 | AA | 61480 |
| 194 | Comet #89 | AA | 61481 |
| 195 | Comet #90 | AA | 61482 |
| 196 | Comet #91 | AA | 61483 |
| 197 | Comet #92 | AA | 61484 |
| 198 | Comet #93 | AA | 61485 |
| 199 | Comet #94 | AA | 61486 |
| 200 | Comet #95 | AA | 61487 |
| 201 | Comet #96 | AA | 61488 |
| 202 | Comet #97 | AA | 61489 |
| 203 | Comet #98 | AA | 61490 |
| 204 | Comet #99 | AA | 61491 |
| 205 | Comet #100 | AA | 61492 |
| 206 | Comet #101 | AA | 61493 |
| 207 | Comet #102 | AA | 61494 |
| 208 | Comet #103 | AA | 61495 |
| 209 | Comet #104 | AA | 61496 |
| 210 | Comet #105 | AA | 61497 |
| 211 | Comet #106 | AA | 61498 |
| 212 | Comet #107 | AA | 61499 |
| 213 | Comet #108 | AA | 61500 |
| 214 | Comet #109 | AA | 61501 |
| 215 | Comet #110 | AA | 61502 |
| 216 | Comet #111 | AA | 61503 |
| 217 | Comet #112 | AA | 61504 |
| 218 | Comet #113 | AA | 61505 |
| 219 | Comet #114 | AA | 61506 |
| 220 | Comet #115 | AA | 61507 |
| 221 | Comet #116 | AA | 61508 |
| 222 | Comet #117 | AA | 61509 |
| 223 | Comet #118 | AA | 61510 |

Confidential

| 224 | Comet #119 | AA | 61511 | |
|-----|------------|-----|-------|--|
| 225 | POX 5 Relocated | AA | 61671 | |
| 226 | POX 6 Relocated | AA | 61672 | |
| 227 | POX 7 Relocated | AA | 61673 | |
| 228 | POX 8 Relocated | AA | 61674 | |
| 229 | POX 9 Relocated | AA | 61675 | |
| 230 | POX 10 Relocated | AA | 61676 | |
| 231 | POX 11 Relocated | AA | 61677 | |
| 232 | POX 12 Relocated | AA | 61678 | |
| 233 | POX 13 Relocated | AA | 61679 | |
| 234 | POX 14 Relocated | AA | 61680 | |
| 235 | POX 22 Relocated | AA | 61681 | |
| 236 | POX 23 Relocated | AA | 61682 | |
| 237 | POX 42 Relocated | AA | 61683 | |
| 238 | KNS 100 Fraction | AA | 62965 | |
| 239 | Comet 211 | AA | 64393 | |
| 240 | Comet 212 | AA | 64394 | |
| 241 | Comet 213 | AA | 64395 | |
| 242 | Comet 214 | AA | 64396 | |
| 243 | Comet 215 | AA | 64397 | |
| 244 | Comet 216 | AA | 64398 | |
| 245 | Comet 217 | AA | 64399 | |
| 246 | Comet 218 | AA | 64400 | |
| 247 | Comet 219 | AA | 64401 | |
| 248 | Comet 220 | AA | 64402 | |
| 249 | Comet 221 | AA | 64403 | |
| 250 | Comet 222 | AA | 64404 | |
| 251 | Comet 223 | AA | 64405 | |
| 252 | Big Seven Number 3 | AA | 65035 | |
| 253 | Cover Lode | AA | 69981 | |
| 254 | Beachhead 1 | AA | 93665 | (2) |
| 255 | Beachhead 2 | AA | 93666 | (2) |
| 256 | Beachhead 3 | AA | 93667 | (2) |
| 257 | Beachhead 4 | AA | 93668 | (2) |
| 258 | Beachhead 5 | AA | 93669 | (2) |
| 259 | Beachhead 7 | AA | 93671 | (2) |
| 260 | Sentinel 1 | AA | 93681 | (2) |
| 261 | Sentinel 2 | AA | 93682 | (2) |
| 262 | Sentinel 3 | AA | 93683 | (2) |
| 263 | Sentinel 4 | AA | 93684 | (2) |
| 264 | Sentinel 5 | AA | 93685 | (2) |
| 265 | Sentinel 6 | AA | 93686 | (2) |
| 266 | Sentinel 7 | AA | 93687 | (2) |
| 267 | Sentinel 8 | AA | 93688 | (2) |
| 268 | Sentinel 9 | AA | 93689 | (2) |

Confidential

| 269 | Sentinel 10 | AA | 93690 | (2) |
| 270 | Sentinel 11 | AA | 93691 | (2) |
| 271 | Sentinel 12 | AA | 93692 | (2) |
| 272 | Sentinel 13 | AA | 93693 | (2) |
| 273 | Sentinel 14 | AA | 93694 | (2) |
| 274 | Sentinel 15 | AA | 93695 | (2) |
| 275 | Sentinel 16 | AA | 93696 | (2) |
| 276 | Sentinel 17 | AA | 93697 | (2) |
| 277 | Sentinel 18 | AA | 93698 | (2) |
| 278 | Sentinel 19 | AA | 93699 | (3) |
| 279 | Sentinel 20 | AA | 93700 | (3) |
| 280 | Sentinel 21 | AA | 93701 | (3) |
| 281 | Sentinel 23 | AA | 93703 | (2) |
| 282 | Sentinel 24 | AA | 93704 | (2) |
| 283 | Sentinel 25 | AA | 93705 | (3) |
| 284 | Sentinel 26 | AA | 93706 | (3) |
| 285 | Sentinel 27 | AA | 93707 | (3) |
| 286 | Sentinel 28 | AA | 93708 | (3) |
| 287 | Sentinel 30 | AA | 93710 | (2) |
| 288 | Sentinel 31 | AA | 93711 | (3) |
| 289 | Sentinel 32 | AA | 93712 | (3) |
| 290 | Sentinel 36 | AA | 93716 | (3) |

(1)  Claims that also appear on Exhibit A to 2005 Hyak Amended
     Lease and Exhibit C to 2013 Hyak Amended Lease.
     See also (3) below for additional claims that appear on
     Exhibit C to the 2013 Hyak Amended Lease.

(2)  New CAK claims located as part of the 2013 Beachhead
     Phase I staking program that are in complete or partial overlap
     of claims listed on 1995 CAK/EBX Royalty Deed that were
     subsequently abandoned.

(3)  New CAK claims located as part of the 2013 Beachhead
     Phase I staking program that are in complete or partial overlap
     of claims listed on 1995 CAK/EBX Royalty Deed that were
     subsequently abandoned.  These claims also appear on Exhibit
     C to the 2013 Hyak Amended Lease.

Confidential

# Exhibit C
## State of Alaska Mining Claims
Copper River Meridian and Juneau Recording District, Alaska
Township 34 South, Range 62 East, Sections 29 and 32
Township 35 South, Range 62 East, Section 5

|   | Claim Name | Number | |
|---|---|---|---|
| 1 | KNS 65 FRACTION | ADL | 337383 |
| 2 | KNS 66 FRACTION | ADL | 337384 |
| 3 | KNS 67 FRACTION | ADL | 337385 |
| 4 | KNS 68 FRACTION | ADL | 337386 |
| 5 | KNS 69 FRACTION | ADL | 337387 |
| 6 | KNS 70 FRACTION | ADL | 337388 |
| 7 | ELLEN | ADL | 514549 |

Confidential

**Exhibit D**
**Other Interests**
Copper River Meridian and Juneau Recording District, Alaska
Township 34 South, Range 62 East, Section 33
Township 35 South, Range 62 East, Section 4

That certain Easement Agreement between James R. Deagen, ut ux, and Echo Bay Exploration, dated April 19, 1988, over the Horrible Patented Mining Claim, M.S. 60, Townships 34 and 35 South, Range 62 East, Copper River Meridian, recorded in the Juneau Recording District on May 25, 1988 at Book 300, Pages 339-344; Instrument number 88-3413.

Confidential

CM_013262



Confidential

CM_013263



Confidential

CM_013264



Confidential

CM_013265