# EXHIBIT B

Matthew Fargey Deposition 12/15/2022

Pages 88 & 89

```
 1              UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF ALASKA

 3

 4   - - - - - - - - - - - - - - - -

 5   MAVERIX METALS INC., a        :
     Canadian corporation and
 6   MAVERIX METALS (NEVADA)       :
     INC., a Nevada
 7   corporation,                  : Case No. 1:21-cv-00021-SLG

 8                 Plaintiffs,     :
        v.
 9                                 :
     COEUR ALASKA, INC., a
10   Delaware corporation,

11                 Defendant.

12   - - - - - - - - - - - - - - - -

13                 *** CONFIDENTIAL ***

14

15           Deposition of MATTHEW FARGEY,
       By and through its Designated Representative
16

17           Vancouver, British Columbia
                Thursday, December 15, 2022
18                     8:44 a.m.

19

20

21   Pages:  1 - 190

22   Reported By:  M. Michaud, RPR
```

DASH Reporting Services
www.dashreporting.ca

1   I'm just trying to narrow this down a little bit.
2           So there are certain capital construction
3   costs that this agreement allows Coeur to recoup.
4   Isn't that true?
5       A   There are certain costs that are included.
6       Q   Okay.
7       A   Or -- sorry -- there's certain costs noted
8   in this agreement.
9       Q   Right.  And those kind of costs include
10  "construction of a mine and mill, beneficiation
11  facility, or processing plant to produce a mill,
12  treat or process gold minerals produced from the
13  properties."
14          That's in section (i).  Do you see that?
15      A   Yeah.
16      Q   And so construction of a mine and mill and
17  the other facilities referenced in here, is it fair
18  to state that those are all facilities necessary
19  for the production of gold minerals from
20  Kensington?
21      A   They could be.
22      Q   Is it possible to produce gold minerals

```
 1   without a mine?
 2        A    I don't believe so.
 3        Q    Okay.  And do you understand that a
 4   processing plant has actually been constructed?
 5        A    That is my understanding.
 6        Q    And that it is in fact used for producing
 7   gold minerals from Kensington?
 8        A    I would assume so.
 9        Q    Do you -- don't you know?  Haven't you been
10   provided that information from Coeur that it's --
11        A    They've included it on the recoupment
12   statements, I believe, that have been provided to
13   us.
14        Q    Okay.  So do you think it's a fair
15   statement to say that, you know, generally
16   speaking, the purpose or the understanding here was
17   that Coeur would construct facilities necessary to
18   the production of gold minerals from Kensington and
19   could recoup the specified portion of those costs?
20             Is that generally accurate?
21             MS. STEVENSON:  Object to form and
22   foundation.
```