# EXHIBIT C

**Expert Report of Karen M. Engstrom, CPA, ABV, CFE**

**September 26, 2022**



**Alvarez & Marsal**
**Disputes and Investigations, LLC**
One East Washington Street, Suite 1850
Phoenix, AZ 85004
Phone: +1 602 459 7000
Fax: +1 602 459 7001

# Maverix Metals Inc. and Maverix Metals (Nevada) Inc. v. Coeur Alaska, Inc.

Expert Report of Karen M. Engstrom, CPA, ABV, CFE

*Report Date: September 26, 2022*

www.alvarezandmarsal.com

**Expert Report of Karen M. Engstrom, CPA, ABV, CFE**
**September 26, 2022**

**Maverix Metals, Inc. and Maverix Metals (Nevada) Inc. v. Coeur Alaska, Inc.**

## TABLE OF CONTENTS

I.    INTRODUCTION ............................................................................................ 1

    A.   SCOPE OF THE ENGAGEMENT ............................................................. 1
    B.   INFORMATION CONSIDERED ............................................................... 1
    C.   EXPERT QUALIFICATION .................................................................... 1

II.   WORK PERFORMED ..................................................................................... 2

III.  RELEVANT BACKGROUND ........................................................................ 2

IV.  SUMMARY OF OPINIONS ........................................................................... 4

V.   ANALYSIS OF COEUR'S CONSTRUCTION INVESTMENT ......................... 5

    A.   OVERVIEW OF MINING ACCOUNTING .............................................. 5
    B.   COEUR'S ACCOUNTING PRACTICES ................................................... 7
    C.   COSTS INCLUDIBLE IN CCI PER THE ROYALTY DEED ...................... 10
    D.   COEUR'S ADDED COSTS .................................................................. 14
    E.   COEUR'S INCONSISTENT PRESENTATION OF CCI ............................ 17
    F.   COMMINGLING OF COSTS RELATED TO JUALIN ............................... 18

VI.  ANALYSIS OF MAVERIX'S ROYALTY INTEREST IN KENSINGTON ................... 23

    A.   MAVERIX'S VIEW OF ROYALTY VALUE ........................................... 23
    B.   COEUR'S VIEW OF ROYALTY VALUE ............................................... 24
    C.   ESTIMATE OF DAMAGES .................................................................. 25

## FIGURE LIST

Figure 1: Kensington Mine Carrying Value Reported by Coeur Mining ...................................... 10
Figure 2: Pre and Post-Commercial Production Costs Includible in CCI .................................. 11
Figure 3: Kensington Mine Proven and Probable Reserves Reported by Coeur Mining ............ 13
Figure 4: Added Costs ................................................................................................. 14

i

## EXHIBIT LIST

Exhibit A – List of Documents Considered
Exhibit B – CV of Karen M. Engstrom
Exhibit C – Kensington Mine Carrying Value (1994-2021)
    Exhibit C.1 – Kensington Mine Key Event Timeline (1993-2021)
Exhibit D – Kensington Mine Proven and Probable Reserves (1994-2021)
    Exhibit D.1 – Kensington Mine Proven and Probable Reserves by Properties (2017, 2021)
    Exhibit D.2 – Estimate of Kensington Mine Gold Production
Exhibit E – MP Kensington Forecast with Original Recoupment as of December 31, 2018
    Exhibit E.1 – MP Kensington Forecast with Revised Recoupment as of December 31, 2018
Exhibit F – Updated Kensington Forecast with Original Recoupment as of September 30, 2019
    Exhibit F.1 – Updated Kensington Forecast with Revised Recoupment as of September 30, 2019

# I. INTRODUCTION

## A. Scope of the Engagement

I was retained by Davis Graham & Stubbs LLP ("Counsel") on behalf of its clients, Maverix Metals Inc. and Maverix Metals (Nevada) Inc. (together, "Maverix" or "Plaintiffs"). I have been asked to review and provide my opinion regarding: (i) certain costs included by Coeur Alaska, Inc. ("Coeur" or "Defendant") in Coeur's Construction Investment ("CCI") as defined in the Royalty Deed dated July 7, 1995 ("Royalty Deed"); and (ii) the reduction in value of the royalty interest acquired by Maverix in December 2019 as a result of Coeur's modified calculation of CCI first provided to Maverix in November 2020.

Our procedures were limited to those described in this report. In accordance with the terms of this engagement, this report is provided solely for the use of Counsel and Plaintiffs in connection with this matter. This report is not to be used with, circulated, quoted, or otherwise referred to in whole or in part for any other purpose without the express written consent of Alvarez & Marsal Disputes and Investigations, LLC ("Alvarez & Marsal").

## B. Information Considered

I have considered information and records provided by Counsel, as produced by Plaintiffs and Defendant through discovery and listed in the attached **Exhibit A**. I have also considered publicly available information and records that are cited throughout this report. I have not independently verified this information or validated these records.

My analyses, opinions, and conclusions are based solely on the work performed by me and those under my supervision, through the date of this report. I understand discovery is ongoing. Therefore, this report is subject to change, modification, or supplementation should additional relevant information become available which bears on the analyses, opinions, or conclusions contained herein.

## C. Expert Qualification

I am a Managing Director at Alvarez & Marsal. A copy of my resume, which summarizes my experience and qualifications and includes a list of other cases in which I have provided expert testimony in the last four years, is attached as **Exhibit B**. My firm is being compensated at a rate of $625 per hour for my services.

EXHIBIT C
Page 4 of 52

## II.    WORK PERFORMED

In order to develop my opinions in this matter, I performed various procedures, including: (i) reviewing the documents listed at **Exhibit A**; and (ii) reviewing certain publicly available information cited herein.

## III.    RELEVANT BACKGROUND

Coeur Mining Inc. ("Coeur Mining") is a precious metals producer with assets in the United States, Canada, and Mexico.[1] Coeur is the wholly owned subsidiary of Coeur Mining that operates the Kensington underground gold mine located 45 miles north-northwest of Juneau, Alaska ("Kensington Mine").[2] The Kensington Mine consists of two land groups: (i) the Kensington property ("Kensington"); and (ii) the Jualin property ("Jualin").[3] Jualin is not subject to the Royalty Deed.

On July 7, 1995, Coeur and Echo Bay Exploration, Inc. ("Echo Bay"), a subsidiary of Kinross Gold Corporation ("Kinross"), executed the Royalty Deed which granted Echo Bay a net returns royalty interest in 100% of the gold produced from Kensington to a maximum of one million troy ounces of gold ("Royalty Interest").[4] In December 2019, Maverix purchased the Royalty Interest from Echo Bay, and Echo Bay assigned its rights under the Royalty Deed to Maverix, at which point Coeur had not yet started making royalty payments.[5]

Pursuant to the Royalty Deed, royalty payments start when Coeur has received proceeds of $32.5 million plus reimbursement of CCI (together, the "Recoupment").[6] The Royalty Deed defines CCI to include:

1.    Direct capital costs for the construction of a mine and processing facility at Kensington, incurred prior to the Commencement of Commercial Production.[7]

---

[1] Coeur Mining Inc. Form 10-K for the year-ended December 31, 2021 ("2021 Coeur Mining 10-K"), at 4.

[2] 2021 Coeur Mining 10-K, at 26.

[3] 2021 Coeur Mining 10-K, at 26. Further, Coeur controls the properties comprising the Jualin Group under a lease agreement with Hyak Mining Company. *See* 2021 Coeur Mining 10-K, at 26.

[4] Complaint at ¶ 12 and Royalty Deed (MAVERIX0000709-735), at MAVERIX0000709.

[5] Complaint at ¶ 38; Purchase and Sale Agreement dated December 1, 2019, between Kinross Gold Corporation and Maverix Metals Inc. and Maverix Metals (Nevada) Inc. (MAVERIX0001335-1429); and Assignment and Assumption Agreement dated December 19, 2019, between Echo Bay and Maverix (MAVERIX0000736-740).

[6] Royalty Deed (MAVERIX0000709-735), at MAVERIX0000710.

[7] Royalty Deed (MAVERIX0000709-735), at MAVERIX0000710-711. The "Commencement of Commercial Production" is defined in the Royalty Deed and is referred to herein as "Commercial Production."

2. Mining costs, milling and processing costs, general and administrative costs, selling costs, and taxes incurred by Coeur after the Commencement of Commercial Production and prior to Recoupment.[8]

3. Exploration and development costs incurred after the Effective Date of the Royalty Deed and prior to the Commencement of Commercial Production.[9]

The Royalty Deed states that the foregoing costs are to be "determined in accordance with generally accepted accounting principles for metallic mining ventures within the United States applied on a consistent basis."[10] **Commencement of Commercial Production at Kensington occurred on July 3, 2010.**[11]

As stated in the Royalty Deed, Coeur was required to provide detailed quarterly statements to Echo Bay (then Maverix upon assignment of the Royalty Interest in December 2019) showing the basis of credits toward Recoupment until Recoupment is achieved ("Recoupment Statements").[12] Coeur started providing Echo Bay quarterly Recoupment Statements in August 2017.[13]

Based on its analysis of the Recoupment Statements received to date, Maverix informed Coeur in July 2020 that it estimated Recoupment would be achieved in three years.[14] Coeur replied in August 2020 that it needed to clarify "something" regarding the CCI calculation sent to Maverix.[15] A few months later, in November 2020, Coeur sent Maverix the Q3 2020 Recoupment Statement which recalculated CCI.[16]

Coeur's recalculation of CCI added approximately $157 million in exploration and mine development costs incurred from 2010 through Q3 2020 (the "Added Exploration and Development Costs") but not previously included on any of Coeur's Recoupment Statements.[17] The addition of the Added Exploration and Development Costs as well as $738,000 in mining

---

[8] Royalty Deed (MAVERIX0000709-735), at MAVERIX0000711-712.

[9] Royalty Deed (MAVERIX0000709-735), at MAVERIX0000712-13.

[10] Royalty Deed (MAVERIX0000709-735), at MAVERIX0000710.

[11] Coeur Mining Inc. Form 10-K for the year-ended December 31, 2010 ("2010 Coeur Mining 10-K"), at 2.

[12] Royalty Deed (MAVERIX0000709-735), at MAVERIX0000713.

[13] Complaint at ¶ 29.

[14] Complaint at ¶ 44.

[15] Complaint at ¶ 45.

[16] Complaint at ¶ 46 and Email from Ken Watkinson (Coeur Mining) to Peter Winters (Maverix) dated November 13, 2020, regarding Q3 2020 Recoupment Statement (MAVERIX0002601-602).

[17] Q3 2020 Recoupment Statement (MAVERIX0000830).

taxes (collectively, the "Added Costs") *increased* CCI remaining until Recoupment by $158 million.[18] By the end of 2021, the Added Costs totaled $187 million.[19]

Maverix and Coeur disagree on (i) the costs allowed in CCI, including certain costs incurred by Coeur for the benefit of Jualin, which is not subject to the Royalty Deed, (ii) the appropriate method for Coeur's Recoupment calculation, and (iii) the dollar amount of CCI remaining until Coeur reaches Recoupment.[20] Maverix filed a complaint against Coeur on December 2, 2021, seeking damages for breach of contract, breach of implied covenant of good faith and fair dealing, and negligent misrepresentation as well as a declaratory judgment concerning the interpretation of the Royalty Deed.[21]

## IV.    SUMMARY OF OPINIONS

Based on my analysis as discussed in the remainder of this report, I have formed the following opinions:

1.  The inclusion of the Added Exploration and Development Costs in CCI is not consistent with an application of accounting and economic principles to the terms of the Royalty Deed. After the start of Commercial Production, the Royalty Deed only allowed CCI to include operating expenses related to the active production of Gold Minerals. This distinction is consistent with the Matching Principle in accounting and is economically rational as it is after Commercial Production that Kensington's asset value and existing reserves from which Maverix *may* be able to recover a royalty begin to be depleted. Coeur's inclusion of the Added Exploration and Development Costs essentially provides Coeur with the ability to perform low-risk exploration and development activities at Maverix's expense.

2.  Coeur's purported inability to exclude costs from pre-Commercial Production CCI[22] related to Jualin is inconsistent with specific infrastructure and assets contemporaneously described as relating to Jualin in pre-2010 Technical Reports as well as specific rights granted to Coeur to use Jualin to benefit Kensington pursuant to its 2005 lease with Hyak Mining Company, Inc. Further, prior to the start of Commercial Production at Jualin in 2018 and prior to Coeur's revisions to the Recoupment Statements in 2020, Coeur

---

[18] Complaint at ¶ 46, Q3 2020 Recoupment Statement (MAVERIX0000830). In total, Coeur added $853,700 in cumulative mining taxes in Q3 2020, $738,000 of which were attributed to Kensington.

[19] Q4 2021 Recoupment Statement (CM_014004-005).

[20] Complaint at ¶ 49, 76 and 80.

[21] Complaint at ¶ 59, 66, 72, and 80.

[22] Coeur's Recoupment Statements reflect CCI of $533.7 million prior to the start of Commercial Production ("Base Recoupment Value"). *See*, for example, Q3 2020 Recoupment Statement (MAVERIX0000830).

identified specific proven and probable reserves at Jualin accounting for approximately 5.2% of the total reserves for Kensington Mine. If Coeur's Base Recoupment Value is restated to exclude this same proportion of costs as attributable to Jualin, the Base Recoupment Value would decrease from $533.7 million to $506.0 million, a reduction of $27.8 million.

3. As a result of Maverix's reliance on Coeur's Recoupment Statements in valuing the Kensington Royalty Interest prior to purchase, Coeur's change in methodology to modify CCI to include the Added Exploration and Development Costs resulted in damages to Maverix of **$4 million**, representing the consideration paid by Maverix to acquire the Royalty Deed on December 1, 2019.[23]

## V. ANALYSIS OF COEUR'S CONSTRUCTION INVESTMENT

### A. Overview of Mining Accounting

The accounting treatment of mining-related expenses is dependent on the phase of operations for the mine. The six phases of mine operations include:[24]

1. **Exploration** – searching for resources suitable for commercial exploitation;

2. **Evaluation** – determining the technical feasibility and commercial viability of a mineral resource;

3. **Development** – establishing access to the mineral reserve and other preparations for commercial production;

4. **Construction** – establishing and commissioning facilities to extract, treat and transport production from the mineral reserve;

5. **Production** – conducting the day-to-day activities of obtaining a saleable product from the mineral reserve on a commercial scale; and

6. **Closure and Rehabilitation** – restoring the site after mining operations have ceased.

---

[23] My estimation and analysis of damages incurred by Maverix assumes liability by Coeur is found.

[24] *See* Bragg, Steven M. *Accounting for Mining.* Accounting Tools, Inc., 2021. *See also* Pulins, Benita, *et. al. Basics of US Mining Accounting.* PriceWaterhouseCoopers, 2012.

5

EXHIBIT C
Page 8 of 52

Similarly, the United States ("U.S.") Securities and Exchange Commission ("SEC") requires a mining company to categorize its individual properties in one of three phases:[25]

1. **Exploration Stage Property** – a property with no mineral reserves disclosed;

2. **Development Stage Property** – a property with mineral reserves disclosed, but without material extraction; or

3. **Production Stage Property** – a property with material extraction of mineral reserves.

The above phases are critical in understanding whether costs are *expensed* or *capitalized*.[26] Costs that are *expensed* are included on an entity's income statement and subtracted from revenue, if any, to determine profit.[27] Costs that are *capitalized* are included as an asset on an entity's balance sheet as the costs relate to the production of future revenue.[28] Capitalized expenses are then depreciated or amortized as that future revenue is generated to match the expense with the related revenue.[29]

---

[25] SEC Item 1300 of Regulation S-K, effective in 2021 as a replacement to the previously applicable SEC Industry Guide 7 – Description of property by issuers engaged or to be engaged in significant mining operations. SEC Industry Guide 7 similarly required mining companies to be categorized as Exploration, Development, or Production state companies.

[26] *See* Bragg, Steven M. *Accounting for Mining.* Accounting Tools, Inc., 2021. *See also* Pulins, Benita, *et. al. Basics of US Mining Accounting.* PriceWaterhouseCoopers, 2012.

[27] "The income statement reports the revenues and expenses for a period of time, based on the matching concept. This concept is applied by matching the expenses incurred during a period with the revenue that those expenses generated. The excess of the revenue over the expenses is called net income, net profit, or earnings. If the expenses exceed the revenue, the excess is a loss." *See,* Warren, Carl., et al. Accounting 27th Edition. Boston, Massachusetts. Cengage Learning. January 25, 2017, at 20.

[28] "Capitalize is used to indicate that the cost would be recorded as the cost of an asset. That procedure is often referred to as deferring a cost, and the resulting asset is sometimes described as a deferred cost." *See,* FASB Codification, Master Glossary – Capitalize. "Development costs are capitalized until production begins, since the expenditures are intended for the future benefit of the minerals that will be extracted, and those mineral resources and reserves are the source of the value generated by the business; they will generate positive cash flows, and provide the basis upon which debt and equity financing can be obtained." *See* Bragg, Steven M. *Accounting for Mining.* Accounting Tools, Inc., 2021, at 2.

[29] "A mining enterprise engages in a significant amount of asset depreciation and amortization, since it capitalizes significant development costs prior to the start of production, while also capitalizing a variety of fixed asset acquisitions thereafter. Depreciation is typically based on one of two methods. The first is the units-of-production method, where the cost charged to expense is based on the level of production. Thus, more depreciation is charged to expense in periods when there is more production, and less depreciation in periods when there is less production." *See* Bragg, Steven M. *Accounting for Mining.* Accounting Tools, Inc., 2021, at 5.

6

EXHIBIT C
Page 9 of 52

Generally, the practice of expensing or capitalizing mining costs is dependent on the phase in which the mine is operating:[30]

- The Exploration and Evaluation phases occur before mineral resources are classified as proven and probable. During these phases, costs are *expensed* as incurred as there is no certain revenue related to the expenses, either currently or in the future.

- The Development and Construction phases occur once it is determined mineral reserves exist and the mine will be developed. During these phases, costs are *capitalized* because they relate to a future benefit.

- The Production phase occurs once saleable minerals are extracted and the mine has achieved commercial levels of production, at which point costs are generally charged as *operating expenses* related to revenue from the sale of inventory. Some development costs can continue during the Production phase which continue to be capitalized because they relate to a future benefit.

### B. Coeur's Accounting Practices

#### i. Relevant Disclosures

As a publicly traded company in the U.S., Coeur Mining is subject to U.S. Generally Accepted Accounting Principles ("GAAP"), including the accounting standards codification promulgated by the Financial Accounting Standards Board ("FASB") as well as certain Rules and Releases made by the SEC. Accordingly, Coeur Mining's public filings include details regarding a number of relevant accounting policies, practices, and disclosures. For example, as excerpted from Coeur Mining's Form 10-K for the year-ended December 31, 2019:

**Mineral Interests[31]**

- The time between initial acquisition and full evaluation of a property's potential is variable and is determined by many factors including: location relative to existing infrastructure, the property's stage of development, geological controls and metal prices.

- If a mineable ore body is discovered, such costs are amortized when production begins using the units-of-production method based on recoverable ounces to be mined from

---

[30] *See* Bragg, Steven M. *Accounting for Mining.* Accounting Tools, Inc., 2021. *See also* Pulins, Benita, *et. al. Basics of US Mining Accounting.* PriceWaterhouseCoopers, 2012.

[31] *See*, for example, Coeur Mining Inc. Form 10-K for the year-ended December 31, 2019 ("2019 Coeur Mining 10-K"), at 71.

7

proven and probable reserves. If no mineable ore body is discovered, such costs are expensed in the period in which it is determined the property has no future economic value.

**Exploration Costs**[32]

- Costs incurred before mineralization are classified as proven and probable reserves [and] are capitalized if a project is in pre-production phase or expensed and classified as *Exploration* or *Pre-development* if the project is not yet in pre-production.

- Drilling and related costs incurred at the Company's operating mines are expensed as incurred in *Exploration*, unless the Company can conclude with a high degree of confidence, prior to the commencement of a drilling program, that the drilling costs will result in the conversion of a mineralized material into proven and probable reserves.

**Mine Development Costs**[33]

- Capitalization of mine development costs begins once all operating permits have been secured, mineralization is classified as proven and probable reserves and a final feasibility study has been completed.

- Mine development costs include engineering and metallurgical studies, drilling and other related costs to delineate an ore body, the removal of overburden to initially expose an ore body at open pit surface mines and the building of access ways, shafts, lateral access, drifts, ramps and other infrastructure at underground mines.

- In addition, the Company must have all permitting and/or contractual requirements necessary to have the right to and/or control of the future benefit from the targeted ore body.

**Amortization of Capitalized Costs**[34]

- Mine development costs are amortized[35] using the units-of-production method over the estimated life of the ore body generally based on recoverable ounces to be mined from proven and probable reserves. Interest expense allocable to the cost of developing mining

---

[32] *See*, for example, 2019 Coeur Mining 10-K, at 70.

[33] *See*, for example, 2019 Coeur Mining 10-K, at 70-71.

[34] *See*, for example, 2019 Coeur Mining 10-K, at 70.

[35] The term "amortization" as it relates to capitalized mine development costs is synonymous with the term "depletion" as used in the Royalty Deed. Coeur Mining's financial statements utilized the term "depletion" until 2013 at which time it changed terminology to "amortization."

8

EXHIBIT C
Page 11 of 52

properties and to construct new facilities is capitalized until assets are ready for their intended use.

**Production Costs**[36]

- Stripping costs incurred during the production phase of a mine are variable production costs that are included as a component of inventory to be recognized in *Costs applicable to sales* in the same period as the revenue from the sale of inventory.

  *ii. Carrying Value of Kensington Mine*

When the Royalty Deed was initially executed in 1995, Kensington Mine was a development stage property with no operations.[37] Accordingly, costs incurred related to Kensington Mine were capitalized on the balance sheet with an asset value attributed to "Non-producing/development properties." The capitalization of costs continued as Kensington Mine started construction in Q3 2005.

Once Commercial Production began in Q3 2010, the capitalized costs related to Kensington Mine were reclassified as "Operational mining properties/mine development" (also an asset on the balance sheet), and Coeur began recording depletion/amortization to expense a portion of the previously capitalized costs in the current period to match the production of revenue. As a result, once Commercial Production began, the asset value attributable to Kensington Mine began to decline as gold was produced and converted to revenue.[38]

**Figure 1** presents a summary of Kensington Mine's carrying value over time during the Development, Construction, and current Production phases, demonstrating the decline in Kensington Mine's carrying value upon the start of Commercial Production. Additional detail is provided in **Exhibit C**.

---

[36] *See*, for example, 2019 Coeur Mining 10-K, at 71.

[37] Coeur Mining Form 10-Q for the quarter-ended September 30, 1995 ("Q3 1995 Coeur Mining 10-Q"), at 9-10.

[38] During the Development and Production phases of Kensington, Coeur recorded three impairment charges also reducing the asset value: (i) $121.5 million impairment in 1998; (ii) $82.3 million impairment in 2013, and (iii) $67.7 million impairment in 2014. An impairment charge reflects that Coeur determined the total estimated undiscounted pretax future cash flows are less than the carrying amount of the asset. *See* 1998 Coeur Mining 10-K, at 21, and 2014 Coeur Mining 10-K, at 63.

**Figure 1: Kensington Mine Carrying Value Reported by Coeur Mining**



## C. Costs Includible in CCI Per the Royalty Deed

In defining CCI, the Royalty Deed allows the inclusion of specific expenditures dependent on the phase of operation for Kensington. Specifically, the costs includible in CCI are broken into three primary categories: (i) Direct Capital Costs; (ii) Exploration and Development Costs; and (iii) Operating Expenses. The Royalty Deed further specifies whether each category is includible in CCI based on whether costs were incurred *prior to* or *after* the Commencement of Commercial Production. The cost categories outlined in the Royalty Deed, and their associated accounting treatment (*i.e.*, expensed or capitalized) during the various phases of a mine's operation, align with published guidance and resources related to mining accounting.[39]

---

[39] *See* Bragg, Steven M. *Accounting for Mining.* Accounting Tools, Inc., 2021. *See also* Pulins, Benita, *et. al. Basics of US Mining Accounting.* PriceWaterhouseCoopers, 2012.

**Figure 2: Pre- and Post-Commercial Production Costs Includible in CCI [40]**



Based upon the descriptions utilized in the Royalty Deed for Sections 2(a) and 2(c), costs related to Exploration (expenses incurred prior to classification as proven and probable reserves) and Development (capitalized costs incurred after classification as proven and probable reserves but before Production) may be included in CCI only if incurred *prior* to Commercial Production. Further, Section 2(b) indicates only **operating costs** may be included in CCI *after* the start of Commercial Production, which for Kensington began on July 3, 2010.

Importantly, by definition in accounting, operating costs are **expensed** rather than capitalized.[41] In accrual accounting under GAAP, the expense recognition principle, also referred to as the matching principle, requires costs incurred to generate revenue to be recognized in the same period as that revenue to match costs with benefits ("Matching Principle").[42] Operating costs are expenses incurred for the operation of a business which provide a current benefit and, as such, require the recognition of those costs in the current period under the Matching Principle. Costs that provide future benefit are capitalized (*i.e.*, recorded as an asset and expensed over the useful

---

[40] Royalty Deed (MAVERIX0000709-735), at MAVERIX0000710-713.

[41] "A cost that has been incurred may be classified as a fixed asset, an investment, or an expense." If the purchased item is not long-lived (more than one year) then the item is classified and recorded as an expense. *See,* Warren, Carl., et al. Accounting 27th Edition. Boston, Massachusetts. Cengage Learning. January 25, 2017, at 488-489.

[42] "Under accrual accounting, the net income of a period is reported using revenue and expense recognition principles…Under the expense recognition principle, the expenses incurred in generating revenue must be reported in the same period as the related revenue. This is also called the matching principle." *See,* Warren, Carl., et al. Accounting 27th Edition. Boston, Massachusetts. Cengage Learning. January 25, 2017, at 114.

life of the asset) to match costs with benefit.  As such, by definition, capitalized costs are fundamentally different from and are not operating costs.[43]

Further, the Royalty Deed specifies the operating costs for mining, milling, and processing, and selling all relate to Gold Minerals "produced" from Kensington, stating:[44]

> Section 2(b)(i): Mining Costs.  Costs incurred by Coeur in exploring for, mining, extracting, removing and transporting to a mill **Gold Minerals produced** from the Properties.

> Section 2(b)(ii): Milling and Processing Costs.  Costs incurred in milling or processing **Gold Minerals produced** from the Properties at Coeur's mill or central processing facility utilized by Coeur to process Gold Minerals produced from the Properties, if any.

> Section 2(b)(iv): Selling Costs.  Costs incurred in connection with the marketing of **Gold Minerals produced** from the Properties.

The Royalty Deed draws a clear line at the start of Commercial Production, and, from an accounting perspective, the use of the term "produced" in relation to operating costs indicates that once Commercial Production started, the allowed costs include only those directly tied to the active production of Gold Minerals.  This distinction is consistent with (i) the Matching Principle once

---

[43] Consistent with this distinction and in adherence with the Matching Principle, the construction and development costs Coeur incurred *prior* to Commercial Production were capitalized.  These costs were recorded as an asset on Coeur's balance sheet as the costs related to the production of future revenue.  *After* Commercial Production, Coeur began to deplete the asset, or recognize the capitalized construction costs as a component of operating expenses on the income statement, as that future revenue was generated to match the expense with the related revenue.

[44] Royalty Deed (MAVERIX0000709-735), at MAVERIX0000710-712.  The Royalty Deed's treatment of operating costs as those related to "produced" minerals is consistent with other financial literature for the mining industry which defines operating costs as: "Operating costs are made up of the day-to-day costs in the production and processing of the commodity.  These costs include wages, consumable materials such as chemicals and explosives, transportation and power.  Contract mining costs would also fall under the operating costs heading.  Operating costs can be considered as variable if they increase or decrease depending on the tonnage mined or treated…Fixed costs are those costs that will not vary with moderate changes in the mining or milling rate, such as wages." *See* Rudenno, Dr. Victor. *The Mining Valuation Handbook: Mining and Energy Valuation for Investors and Management*; 4th Edition.  Wiley, 2012, at 15.

EXHIBIT C
Page 15 of 52

the mine is in production and its finite reserves begin to be depleted,[45] and (ii) the Royalty Deed's definition of "Gold Production" which states:[46]

> As used herein, "Gold Production" shall mean the quantity of refined gold outturned to Coeur's account by an independent third-party refinery for **gold produced** from the Properties during the calendar month on either a provisional or final settlement basis.

As shown in **Figure 3**, much like the asset value presented previously in **Figure 1**, Kensington's total proven and probable reserves also declined upon the start of Commercial Production.[47] Additional detail is provided in **Exhibit D**.

**Figure 3: Kensington Mine Proven and Probable Reserves Reported by Coeur Mining**



---

[45] Maverix's ability to receive a royalty on gold produced by Kensington ceases upon the *earlier* of two scenarios: (i) Maverix receives royalty payments on the sale of one million troy ounces of gold or contained gold in Gold Minerals produced from the Properties; or (ii) no additional gold can be produced by the mine, and it enters the Closure phase.

[46] Royalty Deed (MAVERIX0000709-735), at MAVERIX0000714 (emphasis added). Further, the Royalty Deed's definition of Gold Minerals reflects "The Net Returns Royalty payable to Echo Bay shall be equal to the Effective Rate (defined in Section 3) of Net Returns (defined in Section 4) from the sale or deemed sale of all gold and gold-bearing substances in any form, including dore, other concentrates, smelted or refined product or bullion **produced from the Properties** ("Gold Minerals")." *See* Royalty Deed (MAVERIX0000709-735), at MAVERIX0000709 (emphasis added).

[47] Coeur also recognized a significant decline in proven in probable reserves in 2003 as the result of a revised mine plan. *See* 2003 Coeur Mining 10-K, at 16.

13

### D.    Coeur's Added Costs

In Q3 2020, Coeur added $158 million in Added Costs to CCI retroactive back to the beginning of Commercial Production in 2010, including $157 million of Added Exploration and Development Costs.[48]  Through the end of 2021, the Added Costs totaled $187 million, falling into four categories, as summarized in **Figure 4**.[49]

**Figure 4: Added Costs**



Further analysis of Kensington Mine's proven and probable reserves demonstrates that the ongoing exploration activities in which Coeur engaged after the start of Commercial Production did not contribute to a significant increase in proven and probable reserves.  As shown in **Exhibit D**, excluding depletion due to the production of 1,287,000 ounces of gold, Kensington Mine's total proven and probable reserves increased by less than 70,000 ounces from 2010 through 2021, an increase of just 4.7% from the beginning level of proven and probable reserves in 2010.

Below I discuss my opinion regarding each category of Added Costs based on my application of accounting and economic principles to the terms of the Royalty Deed.

---

[48] Q3 2020 Recoupment Statement (MAVERIX0000830).

[49] Q4 2021 Recoupment Statement (CM_014004-005).

### i. Expensed Exploration Costs

Coeur added $45.8 million in **expensed** post-Commercial Production Exploration costs related to Kensington, Raven, and Elmira, and it excluded those attributed by Coeur to Jualin.[50] As described previously, exploration costs that are expensed by a mining company reflect pre-development costs incurred before mineralization is proven and probable. While Section 2(c) of the Royalty Deed allowed such costs to be included in CCI prior to the start of Commercial Production, expensed Exploration costs incurred after the start of Commercial Production should be <u>excluded</u> from CCI as the costs are unrelated to "Gold Minerals produced" from the mine and instead relate to uncertain future minerals.

The uncertainty regarding both the timing and economic benefit of exploration costs is described by Coeur in its public filings:

> **Mineral exploration involves many risks and is frequently unproductive**. Even if mineral deposits are found, those deposits may be insufficient in quantity and quality to return a profit from production, or it **may take a number of years until production** is possible, during which time the economic viability of the project may change. Few properties that are explored are ultimately developed into producing mines.[51]
>
> …
>
> The ability to achieve the estimated quantities of recoverable minerals from exploration stage mineral interests involves further risks in addition to those risk factors applicable to mineral interests where proven and probable reserves have been identified, due to the **lower level of confidence that the identified mineral reserves and resources could ultimately be mined economically**. Assets classified as exploration potential have the highest level of risk that the carrying value of the asset can be ultimately realized, due to the still lower level of geological confidence and economic modeling.[52]

---

[50] While Coeur provided schedules to Maverix reflecting it had removed costs related to Jualin, in certain instances the amounts attributed to Jualin appear inconsistent with representations made in Coeur's public filings. For instance, Coeur Mining's 10-K for the year ended December 31, 2015, indicates, "A total of $2.6 million was spent on expensed exploration…Expensed exploration completed the discovery of the high-grade Jualin resource, which became the focus of a revised preliminary economic assessment for the mine in April 2015." *See* 2015 Coeur Mining 10-K, at 28. However, Coeur only excluded $1.3 million of the total $2.6 million expensed exploration costs, or 52%, as attributable to Jualin for 2015. *See* Q4 2021 Recoupment Statement (CM_014004-005).

[51] *See*, for example, 2021 Coeur Mining 10-K, at 14 (emphasis added).

[52] *Id.*, at 69 (emphasis added).

In communications with Maverix, Coeur acknowledged that the exploration costs included in the Added Exploration and Development Costs do <u>not</u> relate to the current production of Gold Minerals from Kensington, stating its view as:[53]

> …Coeur is expressly authorized to include post-Commencement "Exploration and Development Costs" in CCI, and to do so Coeur is simply required to demonstrate that the Exploration and Development Costs are "incurred" and can be tied to Gold Minerals produced **at a future date**.

The expensed Exploration costs added to CCI by Coeur relate to an uncertain future benefit to Coeur, and particularly to Maverix, due to the ongoing depletion of Kensington's asset value and existing reserves from which Maverix *may* be able to recover a royalty. By including expensed Exploration costs in CCI after Commercial Production, Coeur is essentially performing low-risk exploration at Maverix's expense. That is, Coeur is able to profit from the production of current gold minerals, depleting the existing reserves, while essentially requiring Maverix to fund exploration activities that may or may not replenish the existing reserves. Such an interpretation of the Royalty Deed defies economic sense and is inconsistent with the terms of the Royalty Deed.

### ii. Capitalized Exploration Costs

Coeur added $22.3 million in **capitalized** post-Commercial Production Exploration costs related to Kensington and Raven, and it excluded those attributed by Coeur to Jualin. While Section 2(c) of the Royalty Deed allowed such costs to be included in CCI prior to the start of Commercial Production, capitalized Exploration costs incurred after the start of Commercial Production should be <u>excluded</u> from CCI as the costs (i) are not "operating costs," and (ii) are unrelated to "Gold Minerals produced" from the mine and instead relate to uncertain future minerals.

The capitalized Exploration costs added to CCI by Coeur again relate to an uncertain future benefit to Coeur, and particularly to Maverix, for the same reasons I discussed previously with respect to expensed Exploration costs incurred after Commercial Production. Additionally, Coeur's addition of capitalized costs after Commercial Production is contrary to the fundamental accounting distinction between operating and capital costs and inconsistent with the terms of the Royalty Deed. Coeur was aware of this accounting distinction as evidenced by its (i) inclusion of capital costs on its balance sheet rather than on its income statement in its GAAP-prepared financial statements and (ii) exclusion of post-Commercial Production capital costs in its original calculation of Recoupment until Coeur revised the calculation methodology in Q3 2020.

---

[53] Email from Ken Watkinson to Matt Fargey dated July 9, 2021 (MAVERIX0002103-110), at MAVERIX0002104.

*iii. Capitalized Mine Development Costs*

Coeur added $117.2 million in **capitalized** post-Commercial Production Mine Development costs related to Kensington, Raven, and Elmira, and it excluded those attributed by Coeur to Jualin.[54] While Section 2(c) of the Royalty Deed allowed such costs to be included in CCI *prior* to the start of Commercial Production, capitalized Development costs incurred *after* the start of Commercial Production should be <u>excluded</u> from CCI as the costs (i) by definition are not "operating costs," and (ii) are unrelated to "Gold Minerals produced" from the mine and instead relate to only a potential future benefit.

The capitalized Mine Development costs added to CCI by Coeur relate to a potential future benefit to Coeur, though not necessarily to Maverix, due to the ongoing depletion of Kensington's asset value and existing reserves from which Maverix *may* be able to recover a royalty. Therefore, the capitalized costs would again represent low-risk expenses for Coeur.

Additionally, Coeur's addition of capitalized costs after Commercial Production is contrary to the fundamental accounting distinction between operating and capital costs and inconsistent with the terms of the Royalty Deed. Coeur was aware of this accounting distinction as evidenced by its (i) inclusion of capital costs on its balance sheet rather than its income statement in its GAAP-prepared financial statements and (ii) exclusion of post-Commercial Production capital costs in its original calculation of Recoupment until Coeur revised the calculation methodology in Q3 2020.

*iv. Mining Tax*

Coeur added $1.4 million in **mining taxes** to which Kensington Mine became subject in 2020.[55] Mining taxes unrelated to income tax should be <u>included</u> in CCI in accordance with Section 2(b) of the Royalty Deed.

### E. Coeur's Inconsistent Presentation of CCI

As previously noted, the Royalty Deed requires CCI to be "determined in accordance with generally accepted accounting principles for metallic mining ventures within the United States **applied on a consistent basis**."[56] Based on my review of Coeur's public filings and the

---

[54] Coeur Mining describes capitalized Mine Development costs in its public filings as "engineering and metallurgical studies, drilling and other costs to delineate an ore body, the removal of overburden…" and in communication with Maverix as "cost associated with Delineation and Development drifts and raises needed to access the ore body" -- all of which appear consistent with costs included in Section 2(c) of the Royalty deed ("costs relating to geological, geochemical and geophysical studies, exploration and development drilling; etc."). *See*, for example, 2019 Coeur Mining 10-K, at 70, and CM_006676-684, at CM_006682.

[55] CM_008272-73, at CM_008272. In total, Coeur added $1.7 million in cumulative mining taxes through Q4 2021, $1.4 million of which were attributed to Kensington.

[56] Royalty Deed (MAVERIX0000709-735), at MAVERIX0000710 (emphasis added).

Recoupment Statements provided by Coeur to Echo Bay and Maverix, Coeur has described and/or applied three distinct interpretations of CCI pursuant to the Royalty Deed:

- In Coeur Mining's public filings filed with the SEC, it described its royalty obligation by stating Coeur "is obligated to pay a scaled net smelter return royalty on 1.0 million ounces of future gold production after Coeur Alaska recoups the $32.5 million purchase price and its construction and development expenditures incurred after July 7, 1995 **in connection with placing the property into commercial production**."[57] Coeur Mining's description of the Royalty Deed in its public filings does not reflect the inclusion of *any* costs, even operating costs, in CCI after Commercial Production.

- In its Recoupment Statements from 2017 through Q2 2020, Coeur did not include in CCI either expensed or capitalized exploration and development costs incurred after the start of Commercial Production in 2010. It was during this time period that Maverix purchased the Royalty Deed from Echo Bay.

- In its Recoupment Statements starting in Q3 2020 (and applied retroactively to 2010), Coeur included the Added Exploration and Development Costs in CCI that had not been included historically.

Coeur did not apply a consistent approach across its various interpretations of CCI to (i) the SEC and outside investors, (ii) Echo Bay, and (iii) Maverix.

### F.  Commingling of Costs Related to Jualin

The Royalty Deed addresses Coeur's obligation to exclude from CCI any costs related to any Coeur properties other than Kensington. Specifically, the Royalty Deed states:[58]

> If any of the costs otherwise includible in Coeur's Construction Investment are incurred partly for the benefit of any other properties or interests of Coeur, only the portion of such costs reasonably attributable to development and operation of the Properties in accordance with GAAP shall be included in Coeur's Construction Investment.

When Coeur revised its Recoupment Statements to include the Added Costs starting in Q3 2020, it excluded from the Added Exploration and Development Costs the portion attributed by Coeur to Jualin.[59] Through the end of 2021, it excluded: (i) expensed Jualin Exploration costs of $12.9

---

[57] *See*, for example, 2009 Coeur Mining 10-K, at 40 (emphasis added). Coeur Mining removed this language from its 10-K filings after 2013.

[58] Royalty Deed (MAVERIX0000709-735), at MAVERIX0000712.

[59] Coeur began Commercial Production of Jualin in 2018.

EXHIBIT C
Page 21 of 52

million related to 2010 through 2021; (ii) capitalized Jualin Exploration costs of $4.4 million related to 2016 through 2018; and (iii) capitalized Jualin Mine Development costs of $56.5 million related to 2015 through 2021.[60]   However, none of the excluded Jualin costs related to periods prior to the start of Kensington's Commercial Production in 2010, which were included in Coeur's pre-Commercial Production Base Recoupment Value of $533.7 million.

Coeur controls Jualin under a lease agreement with Hyak Mining Company ("Hyak").  Pursuant to an Amended Mining Lease dated August 5, 2005, Hyak leased to Coeur the exploration and mining rights to Jualin (defined as the "Leased Premises") in exchange for the payment of royalties, including advance minimum royalties prior to Production (to be recouped by Coeur during Production) and royalties after the commencement of Commercial Production from all ores, minerals, or other products mined from Jualin.[61]   Importantly, Coeur's lease agreement with Hyak provided it with specific rights related to possession and control of Jualin, stating:[62]

> Coeur shall have the exclusive right and privilege to enter upon the Leased Premises for the purpose of surveying, exploring, prospecting, sampling, drilling, developing, mining (whether by underground, open pit, solution mining or other methods now known or hereafter developed), stockpiling, removing, shipping, processing, marketing or otherwise disposing of minerals…

> …Lessor also grants to Coeur the right to construct roads and buildings; to use, maintain, repair, replace and relocate buildings constructed by it, roads, tailings or other by-products of development, production or operation…

The lease agreement with Hyak also provided Coeur with cross-mining rights, granting it:[63]

> …the right…to possess and use all or any part of the surface or subsurface of the Leased Premises and any or all facilities, tunnels, shafts, pits, openings, ditches, pipelines, equipment, machinery, and other improvements existing upon or under the Leased Premises for the purpose of developing, producing, removing, extracting, mining, storing and transporting minerals, waste, tailings, residues, water fluids, solutions or materials **from any adjoining or nearby property owned, controlled or operated by Coeur, including but not limited to the Kensington Mine** site, and for any other purposes, including access connected with

---

[60] Q4 2021 Recoupment Statement (CM_014004), at CM_014005.

[61] Exhibit 10.5 to Coeur Form 10-Q for the quarter-ended June 30, 2005.  Unlike the recoupment of CCI specified in the Royalty Deed related to Kensington, Coeur's lease agreement with Hyak did not allow Coeur to recoup its construction and development costs related to Jualin.  Therefore, Coeur was required to fully fund Jualin construction and development itself without recoupment from either Maverix or Hyak.

[62] *Id.*, at 2-3.

[63] *Id.*, at 10 (emphasis added).

exploration, development, production, or reclamation operations on such adjoining or nearby property.

In communications with Maverix, Coeur summarized its position regarding the commingling of expenses related to Kensington and Jualin:

> When Coeur started the development of the resource (at an eventual and understood expense of approximately $530mm) there was only one resource body. It was, again, understood at that time that the expenditures made were related to this one resource body, and that it was unknown whether the work would lead to viable production of that one body or to the discovery of other viable resources. **As it turns out, years after incurring the main expenses of the Echo Bay royalty interest, Coeur's additional exploration work in the area did identify new resources that were not part of the Echo Bay royalty interest.** The Agreement did not contemplate that Coeur's earlier expenditures would be comingled on a backwards-looking basis with production from future discoveries, however, nor could it have done so since there was no way for the parties to know whether and, if so, where and when any such future discovery would be made. Simply put, there was nothing to comingle with earlier and there is no means in Agreement (nor does the Agreement intend) for the parties to go back and re-do a co-mingling calculation for expenditures that were initially incurred for the Echo Bay resource. [64]

While Coeur indicated in its communications with Maverix that its $530 million development expense (presumably referring to Coeur's Base Recoupment Value of $533.7 million) related to just one resource body, Technical Reports that pre-dated Kensington's start of Commercial Production attributed specific infrastructure and assets to Jualin.

For example, Coeur Mining's Technical Reports prepared prior to the start of Kensington's Commercial Production reflect the following related to Jualin:

2007 Technical Report

- The Jualin deposit presented an "intriguing target," with historical production records and recent exploration drilling demonstrating it contained "significant zones of multi-ounce per ton gold grades."[65]

---

[64] Email from Ken Watkinson (Coeur Mining) to Matt Fargey (Maverix) dated June 11, 2021 (MAVERIX0002858-2861), at MAVERIX0002858-2859.

[65] Kensington Gold Mine Technical Report dated January 1, 2007 ("2007 Technical Report"), at 46.

- Some of Kensington Mine's most significant assets include the infrastructure at both Kensington and Jualin, including camp facilities, underground development, and mine equipment.[66]

- Extensive infrastructure development had been completed on both the Kensington and Jualin properties, including, but not limited to, the following assets on the Jualin side: [67]

    o 200-man construction camp and offices;

    o Drill-access roads;

    o Jualin portal and drift development (1,700' of development completed);

    o Construction of plant and related facilities, with construction scheduled to be completed September 30, 2007; and

    o Slate Creek Cove Marine Terminal Facility.

- The initial Kensington project did not consider use of the Jualin property to support mining activities at Kensington, but the current design "**takes advantage of both properties** by providing alternate means of accessing the **mineralized zones and locating the process plant, tailings facility, and other support infrastructure on the Jualin property**."[68]

## 2008 Technical Report

- The July 2007 completion of the Jualin Tunnel (later renamed the Kensington Tunnel),[69] connecting the Jualin and Kensington sides of the property, was a "major milestone."[70] The Jualin Tunnel provides the "primary artery for ore haulage, materials transport, personnel access, and ventilation exhaust for the mine" and includes 9,660 feet of development from the Jualin Portal to the Kensington ramp system.[71]

- Drill-delineated gold resources were defined at both Kensington and Jualin.[72]

---

[66] *Id.*, at 86.

[67] *Id.*, at 33.

[68] *Id.*, at 85 (emphasis added).

[69] Kensington Gold Mine Technical Report effective December 31, 2017, and dated April 25, 2018 ("2017 Technical Report"), at 35 and 39; and Kensington Gold Mine Technical Report effective December 31, 2021, and dated February 16, 2022 ("2021 Technical Report"), at 5-2.

[70] Kensington Gold Mine Technical Report dated January 1, 2008 ("2008 Technical Report"), at 6.

[71] *Id.*, at 35.

[72] *Id.*, at 46.

EXHIBIT C
Page 24 of 52

<u>2010 Technical Report</u>

- Surface facilities at Jualin include the Slate Creek Cove Marine Terminal Facility, a 5.6 mile access road from the marine terminal to the mine, a 220 person man camp, assorted offices, and completed mill and crusher facilities.[73]

Jualin did not have identified reserves prior to 2010.[74] However, to the extent any costs related to Jualin's infrastructure and assets contemporaneously described in the pre-2010 Kensington Mine Technical Reports were included in Coeur's Base Recoupment Value, it is unclear why Coeur was unable to exclude such costs from CCI. In internal communications, Coeur indicated it had expected Kinross "to challenge some of the costs included in the initial investment" prior to the sale of the Royalty Deed to Maverix.[75]

Additionally, in Coeur's 2017 Technical Report, issued prior to the start of Commercial Production at Jualin and prior to Coeur's revisions to the Recoupment Statements, Coeur disclosed its proven and probable reserves for Jualin separately from Kensington. Based on this disclosure, approximately 12% of the total Kensington Mine proven and probable reserves at year end 2017 related to Jualin.[76] Factoring in the gold produced from Kensington prior to 2017 and the amount of proven and probable reserves remaining a year end 2017, approximately 5.2% of all gold produced from Kensington Mine relates to Jualin.[77]

If Coeur's Base Recoupment Value is restated to exclude this same proportion of costs as attributable to Jualin, the Base Recoupment Value would decrease from $533.7 million to $506.0 million, a reduction of $27.8 million.

---

[73] Kensington Gold Mine Technical Report dated January 1, 2010 ("2010 Technical Report"), at 35.

[74] *Id.*, at 138.

[75] CM_025307-310, at CM_025307.

[76] *See* Exhibit D.1 for additional detail.

[77] *See* Exhibit D.2 for additional detail.

22

## VI. ANALYSIS OF MAVERIX'S ROYALTY INTEREST IN KENSINGTON

### A. Maverix's View of Royalty Value

On December 1, 2019, Kinross and Maverix entered into a Royalty Purchase and Sale Agreement pursuant to which Kinross agreed to sell its Royalty Interest in Kensington for an agreed-upon fair market value allocation of $4.0 million ("Royalty PSA").[78] Maverix was assigned the Royalty Interest in Kensington on December 19, 2019.[79]

In connection with the Royalty PSA, Maverix retained third-party Mining Plus to provide an estimated portfolio value for the royalties subject to the Royalty PSA, including Kensington, "to allow Maverix to make an informed decision regarding the purchase of the royalty package from Kinross."[80] Mining Plus quantified Maverix's forecasted after-tax discounted royalties under the Royalty Deed to be $6.5 million as of December 31, 2018, with royalties starting in 2023 and concluding in 2025 ("MP Kensington Forecast").[81] A summary of the MP Kensington Forecast is provided in **Exhibit E.1**.

The MP Kensington Forecast relied upon representations made by Coeur, including but not limited to Coeur's stated Recoupment Balances. Specifically, the MP Kensington Forecast utilized a starting Recoupment balance of $269,152,902, corresponding to the Q4 2018 Recoupment Statement *prior* to the addition of the Added Exploration and Development Costs in Q3 2020.[82] Coeur's later decision to retroactively include the Added Exploration and Development Costs significantly modified the Recoupment balance the MP Kensington Forecast relied upon to value the royalty. Adjusting the MP Kensington Forecast to include Coeur's Added Exploration and Development Costs reduces the forecasted after-tax discounted royalties under the Royalty Deed to $0 (zero dollars) as of December 31, 2018 ("MP Kensington Forecast-Adjusted CCI"). A summary of the MP Kensington Forecast-Adjusted CCI is provided in **Exhibit E.2**.

If the Added Exploration and Development Costs had been included in the MP Kensington Forecast at the time of the Royalty PSA, the forecasted royalty value for Kensington would have

---

[78] Purchase and Sale Agreement dated December 1, 2019, between Kinross Gold Corporation and Maverix Metals Inc. and Maverix Metals (Nevada) Inc. (MAVERIX0001335-1429).

[79] Assignment and Assumption Agreement dated December 19, 2019, between Echo Bay and Maverix (MAVERIX0000736-740), at MAVERIX0000736.

[80] Mining Plus Project Prince – Royalty Review and Valuation dated October 30, 2019 (MAVERIX0000394-451), at MAVERIX0000398.

[81] Mining Plus Kensington Royalty Valuation (MAVERIX0007603). Notably, the MP Kensington Forecast assumed gold prices would remain constant at $1,400 per ounce, which is less than the actual annual average gold prices ultimately realized subsequent to the forecast, suggesting a conservative value estimation based upon actual results.

[82] Q4 2018 Recoupment Statement (MAVERIX0000816).

been zero, calling into question whether Maverix would have agreed to purchase the Royalty Interest.[83]

### B. Coeur's View of Royalty Value

Consistent with the projected timing of royalty payments calculated in the MP Kensington Forecast, Coeur Mining's 2017 Technical Report reflected no royalty payments were expected "for several years" but would be due after Coeur recouped "the $32.5 million purchase price and its construction and development expenditures."[84]

In July 2020, Maverix expressed to Coeur Mining an expectation that CCI would be recouped within two to four years depending on gold prices, at which point royalties would be paid to Maverix.[85] In response to Maverix's view on the timing of Recoupment, Coeur Mining internally recognized that current gold prices would "turbocharge" the recovery of CCI and require Coeur to start having to pay a royalty to Maverix. Coeur Mining internally communicated an estimated "NPV of ~$10-15m or a payment of ~$3-$4m per year" for the Kensington royalty and further stated that, "Based on the current calculation I would say the recovery period will be sometime over the next 2-3 years depending on metal prices. The $3-4M [per year] is a reasonable estimate based on historical pricing and will go up based on higher gold prices."[86]

Shortly thereafter, Coeur Mining notified Maverix that it needed to "clarify something" regarding the calculation of CCI.[87] Ultimately, Coeur revised its Recoupment Statements in Q3 2020 to include the Added Costs, and it also revised its publicly filed representations regarding expected royalty payments due to Maverix during the life-of-mine ("LOM") plan, stating:[88]

> Coeur Alaska is obligated to pay Echo Bay or its successors a scaled net smelter return royalty on 1 M troy ounces of gold production, after Coeur Alaska recoups

---

[83] I also prepared an updated version of the MP Kensington Forecast to reflect the information most recently available to Maverix prior to entering the Royalty PSA. Specifically, I updated certain key inputs (*i.e.*, Recoupment balance, gold price, operating costs, and Coeur's estimated asset retirement and depreciation expense) to determine the impact on the present value of the Royalty Interest as of September 30, 2019 ("Updated Kensington Forecast"). This analysis quantifies Maverix's forecasted after-tax discounted royalties under the Royalty Deed to be $4.9 million as of September 30, 2019, with royalties starting in 2024 and concluding in 2025. A summary of the Updated Kensington Forecast is provided in **Exhibit F**. I then analyzed the Updated Kensington Forecast to include Coeur's Added Exploration and Development Costs which again reduces the value of the forecasted after-tax discounted royalties to $0 (zero dollars) as of September 30, 2019 (the "Updated Kensington Forecast-Adjusted CCI"). A summary of the Updated Kensington Forecast-Adjusted CCI is provided in **Exhibit F.1**.

[84] 2017 Technical Report, at 191.

[85] CM_025307-310, at CM_025307-308.

[86] *Id.*, at CM_025307-308.

[87] Email from Alim Visram (Coeur Mining) to Brent Bonney (Maverix) among others dated August 13, 2020, regarding clarification on the calculation of CCI for Kensington (CM_008155-157), at CM_008155.

[88] 2021 Kensington Technical Report, at Sections 19.3.1 and 19.3.6 (emphasis added).

the $32.5 million purchase price, plus (i) its construction and development expenditures incurred after July 7, 1995 in connection with placing the property into commercial production and (ii) certain operating exploration and development costs thereafter. **Due to the amount of capital to be recovered, no royalty payments are anticipated to be triggered within the LOM plan.**

Under Coeur's modified disclosures and calculation of CCI and Recoupment, which were not disclosed to Maverix prior to its purchase of the Royalty Interest pursuant to the Royalty PSA, Maverix's Royalty Interest in Kensington had no value.

### C.    Estimate of Damages

As a result of Maverix's reliance on Coeur's Recoupment Statements as prepared prior to the Royalty PSA, Coeur's change in methodology to modify CCI to include the Added Exploration and Development Costs resulted in damages to Maverix of **$4 million**, representing the consideration paid by Maverix pursuant to the Royalty PSA's Purchase Price Allocation to acquire the Royalty Deed on December 1, 2019. This damage figure does not include any prejudgment interest which may be applicable.[89]

I understand that discovery in this case is ongoing. I reserve the right to change, amend, or supplement this report as any additional relevant information becomes available.

_Karen Engstrom_
_____

Karen M. Engstrom, CPA, ABV, CFE

September 26, 2022

---

[89] I reserve the right to calculate prejudgment interest if I am asked to do so.

25

# Exhibit A

EXHIBIT C
Page 29 of 52

## Produced by Coeur Alaska Inc.

| # | Doc | # | Doc | # | Doc | # | Doc |
|---|---|---|---|---|---|---|---|
| 1 | CM_001012 | 48 | CM_010910 | 95 | CM_022956 | 142 | CM_033813 |
| 2 | CM_001013 | 49 | CM_010931 | 96 | CM_023297 | 143 | CM_033815 |
| 3 | CM_001256 | 50 | CM_010932 | 97 | CM_023302 | 144 | CM_034151 |
| 4 | CM_001487 | 51 | CM_011768 | 98 | CM_023674 | 145 | CM_035878 |
| 5 | CM_001800 | 52 | CM_012279 | 99 | CM_025127 | 146 | CM_036093 |
| 6 | CM_001814 | 53 | CM_012692 | 100 | CM_025307 | 147 | CM_036880 |
| 7 | CM_002179 | 54 | CM_012694 | 101 | CM_025315 | 148 | CM_037048 |
| 8 | CM_002358 | 55 | CM_012764 | 102 | CM_025465 | 149 | CM_037127 |
| 9 | CM_002366 | 56 | CM_012765 | 103 | CM_025518 | 150 | CM_037129 |
| 10 | CM_002724 | 57 | CM_012766 | 104 | CM_025677 | 151 | CM_037130 |
| 11 | CM_003060 | 58 | CM_012926 | 105 | CM_025893 | 152 | CM_037131 |
| 12 | CM_003127 | 59 | CM_013094 | 106 | CM_025904 | 153 | CM_037139 |
| 13 | CM_003352 | 60 | CM_013171 | 107 | CM_026208 | 154 | CM_037393 |
| 14 | CM_003677 | 61 | CM_013237 | 108 | CM_026295 | 155 | CM_037419 |
| 15 | CM_003720 | 62 | CM_013530 | 109 | CM_027245 | 156 | CM_037432 |
| 16 | CM_003728 | 63 | CM_013531 | 110 | CM_027246 | 157 | CM_038299 |
| 17 | CM_003729 | 64 | CM_013830 | 111 | CM_027247 | 158 | CM_038585 |
| 18 | CM_003871 | 65 | CM_014003 | 112 | CM_027271 | 159 | CM_040615 |
| 19 | CM_004060 | 66 | CM_014004 | 113 | CM_028574 | 160 | CM_040620 |
| 20 | CM_004126 | 67 | CM_014274 | 114 | CM_029504 | 161 | CM_040818 |
| 21 | CM_004178 | 68 | CM_014588 | 115 | CM_029991 | 162 | CM_040823 |
| 22 | CM_004179 | 69 | CM_014950 | 116 | CM_030055 | 163 | CM_040828 |
| 23 | CM_004180 | 70 | CM_015302 | 117 | CM_030232 | 164 | CM_040873 |
| 24 | CM_004378 | 71 | CM_015413 | 118 | CM_030525 | 165 | CM_041575 |
| 25 | CM_004438 | 72 | CM_015414 | 119 | CM_030526 | 166 | CM_042031 |
| 26 | CM_004439 | 73 | CM_015415 | 120 | CM_030912 | 167 | CM_042053 |
| 27 | CM_004560 | 74 | CM_015644 | 121 | CM_030963 | 168 | CM_042246 |
| 28 | CM_005831 | 75 | CM_015799 | 122 | CM_031216 | 169 | CM_042253 |
| 29 | CM_005873 | 76 | CM_015813 | 123 | CM_031367 | 170 | CM_042527 |
| 30 | CM_006191 | 77 | CM_015814 | 124 | CM_031470 | 171 | CM_043084 |
| 31 | CM_006676 | 78 | CM_016785 | 125 | CM_031636 | 172 | CM_043085 |
| 32 | CM_006946 | 79 | CM_016794 | 126 | CM_031831 | 173 | CM_043198 |
| 33 | CM_006947 | 80 | CM_016875 | 127 | CM_031841 | 174 | CM_043209 |
| 34 | CM_007474 | 81 | CM_016955 | 128 | CM_031846 | 175 | CM_043276 |
| 35 | CM_007476 | 82 | CM_017229 | 129 | CM_031967 | 176 | CM_043278 |
| 36 | CM_007477 | 83 | CM_017297 | 130 | CM_032161 | 177 | CM_043694 |
| 37 | CM_007479 | 84 | CM_018460 | 131 | CM_032170 | 178 | CM_044093 |
| 38 | CM_007481 | 85 | CM_018462 | 132 | CM_032395 | 179 | CM_044172 |
| 39 | CM_007845 | 86 | CM_018713 | 133 | CM_032521 | 180 | CM_044231 |
| 40 | CM_008064 | 87 | CM_018714 | 134 | CM_032842 | 181 | CM_044635 |
| 41 | CM_008155 | 88 | CM_019897 | 135 | CM_032862 | 182 | CM_045293 |
| 42 | CM_008272 | 89 | CM_020175 | 136 | CM_033237 | 183 | CM_045295 |
| 43 | CM_009130 | 90 | CM_020189 | 137 | CM_033260 | 184 | CM_045676 |
| 44 | CM_009131 | 91 | CM_020241 | 138 | CM_033262 | 185 | CM_045837 |
| 45 | CM_009330 | 92 | CM_020369 | 139 | CM_033286 | 186 | CM_045858 |
| 46 | CM_009753 | 93 | CM_020493 | 140 | CM_033423 | 187 | CM_046466 |
| 47 | CM_010885 | 94 | CM_022157 | 141 | CM_033505 | 188 | CM_046603 |

## Produced by Maverix Metals Inc. / Maverix Metals (Nevada) Inc.

| # | Doc | # | Doc | # | Doc | # | Doc |
|---|---|---|---|---|---|---|---|
| 189 | MAVERIX0000094 | 198 | MAVERIX0000776 | 207 | MAVERIX0000820 | 216 | MAVERIX0002103 |
| 190 | MAVERIX0000393 | 199 | MAVERIX0000780 | 208 | MAVERIX0000824 | 217 | MAVERIX0002598 |
| 191 | MAVERIX0000709 | 200 | MAVERIX0000811 | 209 | MAVERIX0000828 | 218 | MAVERIX0002601 |
| 192 | MAVERIX0000709 | 201 | MAVERIX0000812 | 210 | MAVERIX0000829 | 219 | MAVERIX0002601 |
| 193 | MAVERIX0000736 | 202 | MAVERIX0000813 | 211 | MAVERIX0000830 | 220 | MAVERIX0002858 |
| 194 | MAVERIX0000741 | 203 | MAVERIX0000814 | 212 | MAVERIX0000831 | 221 | MAVERIX0002858 |
| 195 | MAVERIX0000753 | 204 | MAVERIX0000815 | 213 | MAVERIX0001335 | 222 | MAVERIX0002888 |
| 196 | MAVERIX0000761 | 205 | MAVERIX0000816 | 214 | MAVERIX0001917 | 223 | MAVERIX0007603 |
| 197 | MAVERIX0000775 | 206 | MAVERIX0000817 | 215 | MAVERIX0002103 | | |

## Legal Filings

224   Maverix Metals Inc. and Maverix Metals (Nevada) Inc. complaint against Coeur Alaska Inc. filed December 2, 2021, including Exhibits

# Exhibit B



**KAREN M. ENGSTROM**
**Alvarez & Marsal**
**Disputes and Investigations, LLC**
One East Washington Street, Suite 1850
Phoenix, AZ 85004
Phone: +1 602 459 7014
Email: kengstrom@alvarezandmarsal.com

## Karen M. Engstrom, CPA, ABV, CFE
## Managing Director

**Certifications**

Certified Public Accountant, Arizona

Accredited in Business Valuation

Certified Fraud Examiner

**Professional Affiliations**

American Institute of Certified Public Accountants

Arizona Society of Certified Public Accountants

Association of Certified Fraud Examiners

International Women's Insolvency & Restructuring Confederation

Women's White Collar Defense Association

**Education**

B.S. in Accounting, The University of Arizona

Karen Engstrom is a Managing Director with Alvarez & Marsal Disputes and Investigations in Phoenix. She is an experienced consulting and testifying expert in economic damages, valuation and solvency analysis, and forensic accounting.

With nearly 25 years of experience, Ms. Engstrom has provided affirmative and rebuttal expert testimony in trial, deposition, arbitration and mediation, including damage assessments, valuation and solvency analyses, and the interpretation of accounting and other financial metrics.

Ms. Engstrom has prepared expert reports on a variety of damage and valuation related issues in both commercial litigation and bankruptcy-related matters, including breach of contract claims, post-acquisition disputes, accounting malpractice, employment disputes, breach of non-solicitation and non-compete agreements, unfair competition, unjust enrichment, fraudulent conveyance actions, and a variety of other disputes. Ms. Engstrom has also provided forensic and investigative services and has conducted various types of compliance audits.

In a consulting capacity, Ms. Engstrom has advised independent parties and boards on complex fraudulent conveyance matters related to solvency and valuation, including as financial advisor to the Examiner in the Caesars Entertainment bankruptcy.

Ms. Engstrom has worked with clients across a wide range of industries, including aerospace, automotive, casino/gaming, commodities, construction, consumer products, financial services, government, healthcare, intellectual property, manufacturing, multi-level marketing, private equity, professional services, real estate, retail, technology, and transportation.

## Professional Experience

• Experienced in litigation, bankruptcy, and investigatory matters requiring damage assessments, business valuation and solvency analyses, and forensic accounting expertise.

• Provided expert testimony in trial, deposition, arbitration, and mediation, including valuation and solvency analyses, damage assessments involving lost profits, lost business value, and lost earnings, as well as other forensic accounting analyses.

• Prepared expert reports on a variety of accounting, damages, and valuation related issues, including both affirmative and rebuttal reports.

• Performed detailed analysis of financial models and complex data sets.

• Provided extensive consulting expert and financial advisory services regarding accounting matters, economic damages, and business valuation related to claims in federal court, state court, bankruptcy court, and alternative dispute resolution forums.

• Advised on typical damage assessments as well as on litigation strategy, including Daubert motions, demonstrative exhibits, and cross examination of opposing experts and fact witnesses.

**Testimony Experience** (Prior Four Years)

*In the Proceedings Before the Arbitration Panel Concerning the 2005 to 2007 NPM Adjustment Pursuant to Section XI(c) of the Master Settlement Agreement*
JAMS Arbitration; July 2022.

*Propulsion Aero International, Inc., a California Corporation v. Honeywell International, Inc., a Delaware Corporation*
Superior Court of Arizona, County of Maricopa; December 2021 (Trial).

*Hogs & Heifers of Las Vegas, Inc. v. 201 North 3rd Street LV, LLC; DT3 Manager, LLC; DTG Las Vegas, LLC a/k/a Downtown Grand; DTG Las Vegas Manager, LLC; and Fifth Street Gaming, LLC*
Eighth Judicial District Court, Clark County, Nevada; June 2021 (Trial).

*Hogs & Heifers of Las Vegas, Inc. v. 201 North 3rd Street LV, LLC; DT3 Manager, LLC; DTG Las Vegas, LLC a/k/a Downtown Grand; DTG Las Vegas Manager, LLC; and Fifth Street Gaming, LLC*
Eighth Judicial District Court, Clark County, Nevada; January 2021 (Deposition).

*L&W Supply Corporation v. Action Gypsum Supply, LP, a Texas limited partnership; Scott Creeger and April Creeger, husband and wife; Robert Jenkins and Stephanie Jenkins, husband and wife*
Superior Court of Arizona, County of Maricopa; January 2020 (Trial).

*AirPlay Adventures LLC, a Hawaiian limited liability company, and GoZip, a Hawaiian limited liability company v. ESJ Capital Partners, LLC, a Florida company, ESJ JI Leasehold, LLC, a Florida company, ESJ JI Operations, LLC, a Florida company, et al.*
Eleventh Judicial Circuit Court, Miami-Dade County, Florida; June 2019 (Trial).

*AirPlay Adventures LLC, a Hawaiian limited liability company, and GoZip, a Hawaiian limited liability company v. ESJ Capital Partners, LLC, a Florida company, ESJ JI Leasehold, LLC, a Florida company, ESJ JI Operations, LLC, a Florida company, et al.*
Eleventh Judicial Circuit Court, Miami-Dade County, Florida; March 2019 (Deposition).


**Publications and Presentations** (Prior Ten Years)

"The Devil is in the Details: Practical Tips to Evaluate Management Forecasts," Alvarez & Marsal *Raising the Bar* newsletter, September 2021.

"Gender Bias in the Courtroom: Overcoming Perceptions and the Data that Could Displace the Bias," Alvarez & Marsal *Raising the Bar* newsletter, March 2019.

Co-author of "The Financial Expert: Often the Link Between Damages and Causation" Alvarez & Marsal *Raising the Bar* newsletter, January 2018.

Co-author of Special Four-Part Series: A Look at the Caesars Bankruptcy from the Perspective of the Examiner's Financial Advisor, Part 2: "When a Fairness Opinion is Not Fair: Outdated Projections, Britney Spears and Market Multiples," Alvarez & Marsal *Raising the Bar* newsletter, September 2017.

Co-author of Special Four-Part Series: A Look at the Caesars Bankruptcy from the Perspective of the Examiner's Financial Advisor, Part 1: "Caesars' Liquidity and Solvency," Alvarez & Marsal *Raising the Bar* newsletter, February 2017.



**EXHIBIT C**
**Page 33 of 52**

Co-author of "Selecting 'The Right' Testifying Expert and Best Practices for Getting the Most Out of Your Expert During the Pretrial Phase of the Litigation," American Bar Association, Section of Litigation Expert Witnesses, April 2014.

## Professional and Business History

FTI Consulting, Inc.: Director, Forensic & Litigation Consulting Practice

KPMG LLP: Senior Consultant, Forensic Practice

Arthur Andersen LLP: Senior Consultant, Dispute Practice



# Exhibit C

EXHIBIT C
Page 35 of 52

Exhibit C
Kensington Mine Carrying Value (1994-2021)
$ in millions

| Year [1] | Phase | Non-Producing / Developmental Properties [2] | Operational Mining Properties / Mine Development [3] | Change in Asset Value from Prior Year | Current Year Impairment Charge | Change in Asset Value, Excluding Impairment |
|---|---|---|---|---|---|---|
| | | | **Pre-Commercial Production** | | | |
| 1994 | Development | $ 52.1 | | | | |
| 1997 | Development | $ 122.5 | | $ 70.3 | | $ 70.3 |
| 1998 | Development | $ 18.3 | | $ (104.1) | $ (121.5) | $ 17.4 |
| 1999 | Development | $ 26.2 | | $ 7.9 | | $ 7.9 |
| 2000 | Development | $ 28.0 | | $ 1.8 | | $ 1.8 |
| 2001 | Development | $ 25.0 | | $ (3.1) | | $ (3.1) |
| 2002 | Development | $ 25.0 | | $ (0.0) | | $ (0.0) |
| 2003 | Development | $ 25.0 | | $ - | | $ - |
| 2004 | Development | $ 25.0 | | $ - | | $ - |
| 2005 | Construction | $ 62.5 | | $ 37.5 | | $ 37.5 |
| 2006 | Construction | $ 170.5 | | $ 107.9 | | $ 107.9 |
| 2007 | Construction | $ 256.4 | | $ 86.0 | | $ 86.0 |
| 2008 | Construction | $ 300.6 | | $ 44.2 | | $ 44.2 |
| 2009 | Construction | $ 357.0 | | $ 56.4 | | $ 56.4 |
| | | | **Post-Commercial Production** | | | |
| 2010 | Production | | $ 308.1 | $ (49.0) | | $ (49.0) |
| 2011 | Production | | $ 294.3 | $ (13.8) | | $ (13.8) |
| 2012 | Production | | $ 287.0 | $ (7.3) | | $ (7.3) |
| 2013 | Production | | $ 188.3 | $ (98.7) | $ (82.3) | $ (16.3) |
| 2014 | Production | | $ 110.3 | $ (78.0) | $ (67.7) | $ (10.4) |
| 2015 | Production | | $ 107.6 | $ (2.7) | | $ (2.7) |
| 2016 | Production | | $ 116.4 | $ 8.9 | | $ 8.9 |
| 2017 | Production | | $ 120.1 | $ 3.7 | | $ 3.7 |
| 2018 | Production | | $ 126.0 | $ 5.8 | | $ 5.8 |
| 2019 | Production | | $ 114.2 | $ (11.8) | | $ (11.8) |
| 2020 | Production | | $ 96.2 | $ (18.0) | | $ (18.0) |
| 2021 | Production | | $ 79.9 | $ (16.3) | | $ (16.3) |

| | |
|---|---|
| Asset Value Prior to Commercial Production at 12/31/2009 | $ 357.03 |
| Impairment Charges | (150.0) |
| Net Additional Depletion in Value | (127.1) |
| Asset Value Remaining at 12/31/2021 | $ 79.91 |

**Sources:**

[a]    Coeur Mining Incorporated ("Coeur Mining") Form 10-K for the years-ended December 31, 1994 and 1998 through 2021.

**Notes:**

[1]    Coeur Mining's Form 10-Ks are not available for the years-ended December 31, 1995 through 1997.

[2]    Prior to Commercial Production in 2010, Coeur Mining recorded the Kensington Mine asset value as "Non-Producing / Developmental Properties".

[3]    After Commercial Production, Coeur Mining recorded Kensington Mine asset as "Operational Mining Properties / Mine Development". This figure is presented net of accumulated depletion / amortization.

# Exhibit C.1

**Exhibit C.1**
**Kensington Mine Key Event Timeline (1993-2021)**

| Date | Kensington Mine Phase | Event | Source |
|---|---|---|---|
| July 15, 1993 | Development | Coeur acquired a 66 2/3% interest in the Jualin Properties. | 1994 Coeur Mining 10-K, at 14. |
| August 1994 | Development | Coeur acquired a 33 1/3% interest in the Jualin Properties. | 1994 Coeur Mining 10-K, at 14. |
| July 7, 1995 | Development | Royalty Deed executed between Coeur Alaska Inc. and Echo Bay Exploration Inc. ("Echo Bay") conveying a Net Returns Royalty interest in 100% of the gold produced from the Kensington Properties to a maximum of 1,000,000 troy ounces of gold to Echo Bay ("Royalty Deed"). | Royalty Deed, at 1. |
| December 31, 1998 | Development | Coeur recorded a $121.5 million impairment write-down of the Kensington Mine asset. | 1998 Coeur Mining 10-K, at 4. |
| **July 1, 2005** | Construction | Coeur *commenced construction activities* at Kensington Properties in 2005. Presumably Coeur commenced construction activities at the Jualin Properties as well given the extensive infrastructure development completed as of January 1, 2007. | 2005 Coeur Mining 10-K, at F-20. |
| January 1, 2007 | Construction | Extensive infrastructure development had been completed on the Jualin Properties, including 200-man construction camp and offices, drill-access roads, portal and drift development, construction of plant and related facilities, and Slate Creek Cove Marine Terminal Facility. | 2007 Kensington Mine Technical Report, at 33. |
| 2007 | Construction | Coeur completed the construction of the Jualin Tunnel (later renamed the Kensington Tunnel). | 2021 Kensington Mine Technical Report, at 51. |
| **July 3, 2010** | Production | Coeur *commenced commercial production at the Kensington Properties*. | Q3 2010 Coeur Mining 10-Q, at 18. |
| December 31, 2013 | Production | Coeur recorded a $82.3 million impairment write-down of the Kensington Mine asset. | 2014 Coeur Mining 10-K, at 63. |
| December 31, 2014 | Production | Coeur recorded a $67.7 million impairment write-down of the Kensington Mine asset. | 2014 Coeur Mining 10-K, at 63. |
| April 25, 2018 | Production | Coeur reported that, as of December 31, 2017, "due to the amount of capital to be recovered, no royalty payments are expected for several years." | 2017 Technical Report, at 191. |
| **December 2018** | Production | Coeur *commenced commercial production at the Jualin Properties.* | 2018 Coeur Mining 10-K, at 24. |
| December 19, 2019 | Production | Echo Bay assigned the Net Returns Royalty interest in the Kensington Properties to Maverix Metals (Nevada) Inc. | MAVERIX0000736-740, at MAVERIX0000736. |
| July 2020 | Production | Maverix Metals Inc. and Maverix Metals (Nevada) Inc. (together, "Maverix") informed Coeur in July 2020 that Recoupment would be achieved in two to four years. | CM_025307-310, at CM_025308. |
| August 13, 2020 | Production | Coeur stated it needed to clarify "something" regarding the construction investment calculation sent to Maverix. | CM_008155-157, at CM_008155. |
| November 2020 | Production | Coeur sent Maverix the 2020 Q3 Recoupment Statement which recalculated CCI. | MAVERIX0002601-602. |
| December 31, 2021 | Production | Coeur reported that, as of December 31, 2021, "due to the amount of capital to be recovered, no royalty payments are anticipated to be triggered within the [Life of Mine] plan." The remaining mine life is three years, to 2024. | 2021 Technical Report, at Sections 1.12 and 19.3.6. |

# Exhibit D

| Year-End [1] | Phase | Proven Reserves A | Probable Reserves B | Total Proven and Probable Reserves C = A + B | Change in Reserves from Prior Year D = Current Year C - Prior Year C | Current Year Production E | Change in Reserves, Excluding Production F = D - E |
|---|---|---|---|---|---|---|---|
| Pre-Commercial Production | | | | | | | |
| 1994 | Development | | | 1,946 | | | |
| 1998 | Development | | | 1,896 | (50) | | (50) |
| 1999 | Development | | | 1,896 | - | | - |
| 2000 | Development | | | 1,751 | (145) | | (145) |
| 2001 | Development | | | 1,751 | - | | - |
| 2002 | Development | | | 1,751 | - | | - |
| 2003 | Development | | | 1,003 | (748) | | (748) |
| 2004 | Development | | | 1,050 | 47 | | 47 |
| 2005 | Development | | | 1,050 | - | | - |
| 2006 | Construction | | | 1,352 | 302 | | 302 |
| 2007 | Construction | 5 | 1,347 | 1,352 | (0) | | (0) |
| 2008 | Construction | 76 | 1,402 | 1,478 | 126 | | 126 |
| 2009 | Construction | 76 | 1,402 | 1,478 | - | | - |
| Post-Commercial Production | | | | | | | |
| 2010 | Production | 145 | 1,265 | 1,410 | (68) | (43) | (25) |
| 2011 | Production | 326 | 1,014 | 1,340 | (70) | (88) | 18 |
| 2012 | Production | 179 | 837 | 1,016 | (324) | (80) | (244) |
| 2013 | Production | 86 | 897 | 983 | (33) | (112) | 79 |
| 2014 | Production | 78 | 551 | 629 | (354) | (118) | (236) |
| 2015 | Production | 67 | 493 | 560 | (69) | (126) | 57 |
| 2016 | Production | 220 | 277 | 497 | (63) | (124) | 61 |
| 2017 | Production | 254 | 266 | 520 | 23 | (115) | 138 |
| 2018 | Production | 298 | 254 | 552 | 32 | (106) | 138 |
| 2019 | Production | 180 | 186 | 366 | (186) | (128) | (58) |
| 2020 | Production | 159 | 172 | 331 | (35) | (125) | 90 |
| 2021 | Production | 125 | 136 | 261 | (70) | (121) | 51 |

| | |
|---|---|
| Reserves Prior to Commercial Production at 12/31/2009 | 1,478 |
| Total Ounces Produced | (1,287) |
| Net Ounces Added to Reserves | 70 |
| Reserves Remaining at 12/31/2021 | 261 |

**Sources:**

[a] Coeur Mining Incorporated ("Coeur Mining") Form 10-K for the years-ended December 31, 1994 and 1998 through 2021.

**Notes:**

[1] Coeur Mining's Form 10-Ks are not available for the years-ended December 31, 1995 through 1997.

# Exhibit D.1

EXHIBIT C
Page 41 of 52

**Exhibit D.1**
**Kensington Mine Proven and Probable Reserves by Properties (2017, 2021)**
*in thousands of Ounces (oz)*

| Year-End [1],[2] | Phase | Kensington Properties | | | Jualin Properties | | | Kensington Mine (Kensington & Jualin Properties) | | | % Attributable to Jualin Properties | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Proven Reserves | Probable Reserves | Total Proven and Probable Reserves | Proven Reserves | Probable Reserves | Total Proven and Probable Reserves | Proven Reserves | Probable Reserves | Total Proven and Probable Reserves | Proven Reserves | Probable Reserves | Total Proven and Probable Reserves |
| Post-Commercial Production | | | | | | | | | | | | | |
| 2017 | Production | 255 | 292 | 547 | - | 74 | 74 | 255 | 366 | 621 | 0% | 20% | 12% |
| 2021 | Production | 125 | 120 | 245 | - | 16 | 16 | 125 | 136 | 261 | 0% | 12% | 6% |

**Sources:**

[a]  Coeur Mining Incorporated ("Coeur Mining") Technical Reports for the years-ended December 31, 2017 and 2021 at 141 and 115, respectively.

**Notes:**

[1]  Proven and probable reserves detail by properties is not available in the technical reports for the years-ended December 31, 2007-2010 or 2013-2014. Technical reports for the years-ended December 31, 2011-2012, 2015-2016, and 2018-2020 are not available.

[2]  For December 31, 2017, total proven and probable reserves disclosed in the technical report is 100,700 ounces higher than the total proven and probable reserves disclosed in the financial statements for the same period.

# Exhibit D.2

EXHIBIT C
Page 43 of 52

| Year-End | Phase | Kensington Properties | | | Jualin Properties | | | Kensington Mine (Kensington & Jualin Properties) | | | % Attributable to Jualin Properties | | | Base Recoupment Value | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total Gold Produced [1] | Total Proven and Probable Reserves | Estimated Amount of Gold Produced | Total Gold Produced [1] | Total Proven and Probable Reserves | Estimated Gold Produced | Total Gold Produced | Total Proven and Probable Reserves | Estimated Gold Produced | Total Gold Produced | Total Proven and Probable Reserves | Estimated Gold Produced | Original | Pro-Rata Reduction | Restated |
| | | | | | | | Post-Commercial Production | | | | | | | | | |
| 2017 | Production | 807 | 547 | 1,354 | - | 74 | 74 | 807 | 621 | 1,428 | 0.0% | 11.9% | 5.2% | $ 533.7 | $ (27.7) | $ 506.0 |

Sources:

    [a]    **Exhibit D - Kensington Mine Proven and Probable Reserves (1994-2021).**

    [b]    **Exhibit D.1 - Kensington Mine Proven and Probable Reserves by Properties (2017, 2021).**

# Exhibit E

EXHIBIT C
Page 45 of 52

**Key Inputs**

| | Value |
|---|---|
| Annual Gold Production (oz) | 133,021 |
| Gold Price ($/oz) | $ 1,400 |
| Operating Costs ($/oz) | $ (957) |
| Remaining Recoupment at Dec. 31, 2018 | $ 269,152,902 |
| Tax Rate | 27% |
| Treatment & Refining Charges ($/oz) | $ (9) |

**Projection**

| | | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Gold Produced (oz) | | 133,021 | 133,021 | 133,021 | 133,021 | 133,021 | 133,021 | 74,968 | - | 873,096 |
| | | | | | | | | | | |
| Net Sales | | $ 186,229,835 | $ 186,229,835 | $ 186,229,835 | $ 186,229,835 | $ 186,229,835 | $ 186,229,835 | $ 104,955,391 | $ - | $ 1,222,334,400 |
| Operating Costs | | (127,301,394) | (127,301,394) | (127,301,394) | (127,301,394) | (127,301,394) | (127,301,394) | (71,744,507) | - | (835,552,872) |
| **Profit** | | **$ 58,928,441** | **$ 58,928,441** | **$ 58,928,441** | **$ 58,928,441** | **$ 58,928,441** | **$ 58,928,441** | **$ 33,210,884** | **$ -** | **$ 386,781,528** |
| | | | | | | | | | | |
| **Remaining Recoupment** | | **$ 210,224,461** | **$ 151,296,021** | **$ 92,367,580** | **$ 33,439,140** | **$ -** | **$ -** | **$ -** | **$ -** | |
| | | | | | | | | | | |
| Treatment & Refining Charges Adjustment | | $ (1,197,192) | $ (1,197,192) | $ (1,197,192) | $ (1,197,192) | $ (1,197,192) | $ (1,197,192) | $ (674,713) | $ - | $ (7,857,864) |
| Net Smelter Return ("NSR") Payable | | 185,032,643 | 185,032,643 | 185,032,643 | 185,032,643 | 185,032,643 | 185,032,643 | 104,280,678 | - | 1,214,476,536 |
| **NSR Applicable to Maverix** | | **-** | **-** | **-** | **-** | **80,035,254** | **185,032,643** | **104,280,678** | **-** | **369,348,575** |
| **Pre-Tax NSR 2.5% Royalty** | **$ 9,233,714** | **$ -** | **$ -** | **$ -** | **$ -** | **$ 2,000,881** | **$ 4,625,816** | **$ 2,607,017** | **$ -** | **$ 9,233,714** |
| | | | | | | | | | | |
| Base Income Tax | | $ - | $ - | $ - | $ - | $ (540,238) | $ (1,248,970) | $ (703,895) | $ - | $ (2,493,103) |
| Tax Pool | | 6,800,000 | 6,800,000 | 6,800,000 | 6,800,000 | 6,800,000 | 5,326,488 | 1,919,890 | - | 6,800,000 |
| % Used | | 0% | 0% | 0% | 0% | 22% | 50% | 28% | 0% | 100% |
| Maximum Allowable Tax Pool | | - | - | - | - | 1,473,512 | 3,406,598 | 1,919,890 | - | 6,800,000 |
| Claimed Tax Pool Revenue Reduction | | - | - | - | - | 1,473,512 | 3,406,598 | 1,919,890 | - | 6,800,000 |
| Reduction in Taxes Payable | | - | - | - | - | 397,848 | 919,781 | 518,370 | - | 1,836,000 |
| Net Taxes Payable | | - | - | - | - | (142,390) | (329,189) | (185,524) | - | (657,103) |
| **After-Tax NSR 2.5% Royalty** | **$ 8,576,611** | **$ -** | **$ -** | **$ -** | **$ -** | **$ 1,858,492** | **$ 4,296,627** | **$ 2,421,493** | **$ -** | **$ 8,576,611** |

**PV of Royalty Interest as of December 31, 2018, with Original Recoupment**

| | | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Discount Rate | 5.0% | | | | | | | | | |
| Valuation Date | 12/31/2018 | | | | | | | | | |
| Mid Year Convention | | 0.5 | 1.5 | 2.5 | 3.5 | 4.5 | 5.5 | 6.5 | 7.5 | |
| NPV Factor | | 1.0 | 0.9 | 0.9 | 0.8 | 0.8 | 0.8 | 0.7 | 0.7 | |
| **PV of After-Tax NSR 2.5% Royalty** | **$ 6,540,932** | **$ -** | **$ -** | **$ -** | **$ -** | **$ 1,492,137** | **$ 3,285,387** | **$ 1,763,408** | **$ -** | **$ 6,540,932** |

<u>Source</u>:
[1] MAVERIX0007603 at Kensington tab.

# Exhibit E.1

EXHIBIT C
Page 47 of 52

**Key Inputs**

| | Value |
|---|---|
| Annual Gold Production (oz) | 133,021 |
| Gold Price ($/oz) | $ 1,400 |
| Operating Costs ($/oz) | $ (957) |
| Revised Remaining Recoupment at Dec. 31, 2018 | $ 397,411,192 [a] |
| Tax Rate | 27% |
| Treatment & Refining Charges ($/oz) | $ (9) |

**Projection**

| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Gold Produced (oz) | 133,021 | 133,021 | 133,021 | 133,021 | 133,021 | 133,021 | 74,968 | - | 873,096 |
| | | | | | | | | | |
| Net Sales | $ 186,229,835 | $ 186,229,835 | $ 186,229,835 | $ 186,229,835 | $ 186,229,835 | $ 186,229,835 | $ 104,955,391 | $ - | $ 1,222,334,400 |
| Operating Costs | (127,301,394) | (127,301,394) | (127,301,394) | (127,301,394) | (127,301,394) | (127,301,394) | (71,744,507) | - | (835,552,872) |
| *Actual Added Exploration & Development Costs* [a] | *(15,767,920)* | *(19,155,419)* | *(23,482,098)* | *(6,354,106)* | | | | | *(64,759,543)* |
| **Profit** | $ 43,160,521 | $ 39,773,022 | $ 35,446,343 | $ 52,574,335 | $ 58,928,441 | $ 58,928,441 | $ 33,210,884 | $ - | $ 322,021,985 |
| | | | | | | | | | |
| **Revised Remaining Recoupment** | $ 354,250,671 | $ 314,477,650 | $ 279,031,307 | $ 226,456,973 | $ 167,528,532 | $ 108,600,091 | $ 75,389,207 | $ 75,389,207 | $ 75,389,207 |
| | | | | | | | | | |
| Treatment & Refining Charges Adjustment | $ (1,197,192) | $ (1,197,192) | (1,197,192) | (1,197,192) | (1,197,192) | (1,197,192) | (674,713) | - | $ (7,857,864) |
| Net Smelter Return ("NSR") Payable | 185,032,643 | 185,032,643 | 185,032,643 | 185,032,643 | 185,032,643 | 185,032,643 | 104,280,678 | - | 1,214,476,536 |
| NSR Applicable to Maverix | - | - | - | - | - | - | - | - | - |
| **Pre-Tax NSR 2.5% Royalty** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | | |
| Base Income Tax | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Tax Pool | 6,800,000 | 6,800,000 | 6,800,000 | 6,800,000 | 6,800,000 | 6,800,000 | 6,800,000 | 6,800,000 | 6,800,000 |
| % Used | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Maximum Allowable Tax Pool | - | - | - | - | - | - | - | - | - |
| Claimed Tax Pool Revenue Reduction | - | - | - | - | - | - | - | - | - |
| Reduction in Taxes Payable | - | - | - | - | - | - | - | - | - |
| Net Taxes Payable | - | - | - | - | - | - | - | - | - |
| **After-Tax NSR 2.5% Royalty** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**PV of Royalty Interest as of December 31, 2018, with Revised Recoupment**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Discount Rate | 5.0% | | | | | | | | |
| Valuation Date | 12/31/2018 | | | | | | | | |
| Mid Year Convention | | 0.5 | 1.5 | 2.5 | 3.5 | 4.5 | 5.5 | 6.5 | 7.5 |
| NPV Factor | | 1.0 | 0.9 | 0.9 | 0.8 | 0.8 | 0.8 | 0.7 | 0.7 |
| **PV of After-Tax NSR 2.5% Royalty** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Sources**:
[1] MAVERIX0007603 at Kensington tab.
[2] Q1 2022 Recoupment Statement (CM_003729-730).

**Notes**:
[a] *See* Q1 2022 Recoupment Statement (CM_003729-730).

# Exhibit F

EXHIBIT C
Page 49 of 52

**Key Inputs**

| | Value |
|---|---|
| Annual Gold Production (oz) | 133,021 |
| Q3 2019 Average Gold Price for Kensington Mine ($/oz) | $ 1,365 [a] |
| Q3 2019 Average Costs Applicable to Sales for Kensington Mine ($/oz) | $ (898) [b] |
| Est. Asset Retirement & Depreciation Expense | $ (8,500,000) [c] |
| Remaining Recoupment at September 30, 2019 | $ 235,905,712 [d] |
| Tax Rate | 27% |
| Treatment & Refining Charges ($/oz) | $ (9) |

**Projection**

| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Gold Produced (oz) | 33,255 | 133,021 | 133,021 | 133,021 | 133,021 | 133,021 | 74,968 | - | 773,330 |
| Net Sales | $ 45,380,138 | $ 181,520,553 | $ 181,520,553 | $ 181,520,553 | $ 181,520,553 | $ 181,520,553 | $ 102,301,334 | - | $ 1,055,284,237 |
| Operating Costs | (29,863,284) | (119,453,137) | (119,453,137) | (119,453,137) | (119,453,137) | (119,453,137) | (67,321,386) | - | (694,450,355) |
| Estimated Asset Retirement & Depreciation Expense | (2,125,000) | (8,500,000) | (8,500,000) | (8,500,000) | (8,500,000) | (8,500,000) | (4,790,429) | - | (49,415,429) |
| Profit | $ 13,391,854 | $ 53,567,416 | $ 53,567,416 | $ 53,567,416 | $ 53,567,416 | $ 53,567,416 | $ 30,189,519 | - | $ 311,418,453 |
| Remaining Recoupment | $ 222,513,858 | $ 168,946,442 | $ 115,379,026 | $ 61,811,610 | $ 8,244,194 | $ - | $ - | $ - | $ - |
| Treatment & Refining Charges Adjustment | (299,298) | (1,197,192) | (1,197,192) | (1,197,192) | (1,197,192) | (1,197,192) | (674,713) | - | (6,959,970) |
| Net Smelter Return ("NSR") Payable | 45,080,840 | 180,323,361 | 180,323,361 | 180,323,361 | 180,323,361 | 180,323,361 | 101,626,621 | - | 1,048,324,267 |
| NSR Applicable to Maverix | - | - | - | - | - | 152,571,028 | 101,626,621 | - | 254,197,649 |
| Pre-Tax NSR 2.5% Royalty | $ 6,354,941 | $ - | $ - | $ - | $ - | $ 3,814,276 | $ 2,540,666 | $ - | $ 6,354,941 |
| Base Income Tax | $ - | $ - | $ - | $ - | $ - | $ (1,029,854) | $ (685,980) | $ - | $ (1,715,834) |
| Tax Pool | 6,800,000 | 6,800,000 | 6,800,000 | 6,800,000 | 6,800,000 | 6,800,000 | 2,985,724 | 445,059 | 6,800,000 |
| % Used | 0% | 0% | 0% | 0% | 0% | 60% | 40% | 0% | 100% |
| Maximum Allowable Tax Pool | - | - | - | - | - | 4,081,403 | 2,718,597 | - | 6,800,000 |
| Claimed Tax Pool Revenue Reduction | - | - | - | - | - | 3,814,276 | 2,540,666 | - | 6,354,941 |
| Reduction in Taxes Payable | - | - | - | - | - | 1,029,854 | 685,980 | - | 1,715,834 |
| Net Taxes Payable | - | - | - | - | - | - | - | - | - |
| After-Tax NSR 2.5% Royalty | $ 6,354,941 | $ - | $ - | $ - | $ - | $ 3,814,276 | $ 2,540,666 | $ - | $ 6,354,941 |

**PV of Royalty Interest as of September 30, 2019, with Original Recoupment**

| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Discount Rate | 5.0% | | | | | | | | |
| Valuation Date | 9/30/2019 | | | | | | | | |
| Mid Year Convention | | 0.1 | 1.1 | 2.1 | 3.1 | 4.1 | 5.1 | 6.1 | 7.1 |
| NPV Factor | | 1.0 | 0.9 | 0.9 | 0.9 | 0.8 | 0.8 | 0.7 | 0.7 |
| PV of After-Tax NSR 2.5% Royalty | $ 4,854,527 | $ - | $ - | $ - | $ - | $ - | $ 2,970,265 | $ 1,884,262 | $ - | 4,854,527 |

**Sources:**
[1] MAVERIX0007603 at Kensington tab.
[2] Q3 2019 Recoupment Statement (MAVERIX0000824).
[3] Coeur Mining's Form 10-Q for the quarter-ended September 30, 2019.

**Notes:**
[a] The gold price per ounce sold is calculated based on total gold sales of $138,100,000 and 101,202 ounces of gold sold reflected in Coeur Mining's Form 10-Q for the quarter-ended September 30, 2019, at 45.
[b] See Coeur Mining's Form 10-Q for the quarter-ended September 30, 2019, at 45.
[c] Estimated based upon annual asset retirement and depreciation as reflected in Coeur's Recoupment Statements. See Q4 2021 Recoupment Statement (CM_014004-005).
[d] See Q3 2019 Recoupment Statement (MAVERIX0000824).

# Exhibit F.1

EXHIBIT C
Page 51 of 52

### Key Inputs

| Key Inputs | Value | |
|---|---|---|
| Annual Gold Production (oz) | 133,021 | |
| Q3 2019 Average Gold Price for Kensington Mine ($/oz) | $ 1,365 | [a] |
| Q3 2019 Average Costs Applicable to Sales for Kensington Mine ($/oz) | $ (898) | [b] |
| Est. Asset Retirement & Depreciation Expense | $ (8,500,000) | [c] |
| Revised Recoupment at September 30, 2019 | $ 375,589,419 | [d] |
| Tax Rate | 27% | |
| Treatment & Refining Charges ($/oz) | $ (9) | |

### Projection

| | | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Gold Produced (oz) | | 33,255 | 133,021 | 133,021 | 133,021 | 133,021 | 133,021 | 74,968 | - | 773,330 |
| | | | | | | | | | | |
| Net Sales | | $ 45,380,138 | $ 181,520,553 | $ 181,520,553 | $ 181,520,553 | $ 181,520,553 | $ 181,520,553 | $ 102,301,334 | $ - | $ 1,055,284,237 |
| Operating Costs | | (29,863,284) | (119,453,137) | (119,453,137) | (119,453,137) | (119,453,137) | (119,453,137) | (67,321,386) | - | (694,450,355) |
| Estimated Asset Retirement & Depreciation Expense | | (2,125,000) | (8,500,000) | (8,500,000) | (8,500,000) | (8,500,000) | (8,500,000) | (4,790,429) | - | (49,415,429) |
| *Actual Added Exploration & Development Costs* | [d] | *(3,941,980)* | *(19,155,419)* | *(23,482,098)* | *(6,354,106)* | | | | | *(52,933,603)* |
| **Profit** | | **$ 9,449,874** | **$ 34,411,997** | **$ 30,085,318** | **$ 47,213,310** | **$ 53,567,416** | **$ 53,567,416** | **$ 30,189,519** | **$ -** | **$ 258,484,850** |
| | | | | | | | | | | |
| **Revised Remaining Recoupment** | | **$ 366,139,545** | **$ 331,727,548** | **$ 301,642,230** | **$ 254,428,920** | **$ 200,861,504** | **$ 147,294,088** | **$ 117,104,570** | **$ 117,104,570** | **$ 117,104,570** |
| | | | | | | | | | | |
| Treatment & Refining Charges Adjustment | | $ (299,298) | $ (1,197,192) | $ (1,197,192) | $ (1,197,192) | $ (1,197,192) | $ (1,197,192) | $ (674,713) | $ - | $ (6,959,970) |
| Net Smelter Return ("NSR") Payable | | 45,080,840 | 180,323,361 | 180,323,361 | 180,323,361 | 180,323,361 | 180,323,361 | 101,626,621 | - | 1,048,324,267 |
| **NSR Applicable to Maverix** | | - | - | - | - | - | - | - | - | - |
| **Pre-Tax NSR 2.5% Royalty** | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | | | |
| Base Income Tax | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Tax Pool | | 6,800,000 | 6,800,000 | 6,800,000 | 6,800,000 | 6,800,000 | 6,800,000 | 6,800,000 | 6,800,000 | 6,800,000 |
| % Used | | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Maximum Allowable Tax Pool | | - | - | - | - | - | - | - | - | - |
| Claimed Tax Pool Revenue Reduction | | - | - | - | - | - | - | - | - | - |
| Reduction in Taxes Payable | | - | - | - | - | - | - | - | - | - |
| Net Taxes Payable | | - | - | - | - | - | - | - | - | - |
| **After-Tax 2.5% Royalty** | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

### PV of Royalty Interest as of September 30, 2019, with Revised Recoupment

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Discount Rate | 5.0% | | | | | | | | | |
| Valuation Date | 9/30/2019 | | | | | | | | | |
| Mid Year Convention | | 0.1 | 1.1 | 2.1 | 3.1 | 4.1 | 5.1 | 6.1 | 7.1 | |
| NPV Factor | | 1.0 | 0.9 | 0.9 | 0.9 | 0.8 | 0.8 | 0.7 | 0.7 | |
| **PV of After-Tax NSR 2.5% Royalty** | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Sources**:
[1] MAVERIX0007603 at Kensington tab.
[2] Q1 2022 Recoupment Statement (CM_003729-730).
[3] Coeur Mining's Form 10-Q for the quarter-ended September 30, 2019.

**Notes**:
[a] The gold price per ounce sold is calculated based on total gold sales of $138,100,000 and 101,202 ounces of gold sold reflected in Coeur Mining's Form 10-Q for the quarter-ended September 30, 2019, at 45.
[b] *See* Coeur Mining's Form 10-Q for the quarter-ended September 30, 2019, at 45.
[c] Estimated based upon annual asset retirement and depreciation as reflected in Coeur's Recoupment Statements. *See* Q1 2022 Recoupment Statement (CM_003729-730).
[d] The revised Recoupment at Q3 2019 is estimated by prorating the difference between the Q4 2019 and Q4 2018 revised Recoupment balances. *See* Q1 2022 Recoupment Statement (CM_003729-730).