# EXHIBIT F

# Kenneth J. Watkinson

# Deposition 12/06/2022

# Pages 173 & 174

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MAVERIX METALS INC., a )
Canadian corporation and )
MAVERIX METALS (NEVADA) )
INC., a Nevada corporation, )
)
        Plaintiffs, )
)
  vs. ) No. 1:21-cv-00021-SLG
)
COEUR ALASKA, INC., a )
Delaware corporation, )
)
        Defendants. )
_____)


DEPOSITION OF KENNETH J. WATKINSON
Chicago, Illinois
Tuesday, December 6, 2022


Reported Stenographically by:
LAURIE HELD-BIEHL
RPR/CRR/RMR No. 32836
CA CSR No. 6781
IL CSR No. 084002860
NJ CCR No. 30XI00239100
TX CSR No. 8555
WA CCR No. 21020748
JOB No. 312585



```
            1          Q    So those costs were included in the base
            2    recoupment value?
            3          A    My understanding is that they were.
            4          Q    And the rationale there is that they benefit
02:27       5    Kensington because they allow ore to be taken from
            6    Kensington and then processed at the facilities on
            7    the Jualin side of the property?
            8          A    At the facilities, yes, some of which are on
            9    the Jualin side.
02:28      10          Q    The final paragraph on that page says that
           11    the "Construction of nearly all surface facilities
           12    (except for (sic) the tailings disposal facility) was
           13    completed in 2007."
           14               Is that accurate?
02:28      15          A    I don't know the timing of all the
           16    completion of construction but it seems reasonable.
           17          Q    But 2007 that would be before commercial
           18    production commenced at the mine, right?
           19          A    Correct.
02:28      20          Q    And in the following sentence it specifies
           21    which surface facilities are referenced here,
           22    including the Slate Creek Cove Marine Terminal, the
           23    crusher and mill facilities, flotation circuit,
           24    et cetera.
02:28      25               Do you see that?
```

173

Case 1:21-cv-00021-SLG    Document 50-8 - Filed 02/03/23    Page 3 of 4

biehletal.com - 714.634.4800

consistency - experience - quality - integrity

EXHIBIT F
Page 2 of 3

```
 1         A    Yes.
 2         Q    Were the costs incurred to construct those
 3    facilities included in the base recoupment value?
 4         A    Yes.
02:30  5   Q    Let's look at Exhibit 14 from yesterday.  If
 6    I'm keeping my numbers straight, that should be the
 7    company's 2017 technical report.
 8         THE REPORTER:  It's before the witness.
 9         THE WITNESS:  Okay.
02:30 10  BY MR. RAUCHWAY:
11         Q    Exhibit 14, Mr. Watkinson, this is the
12    company's technical report for 2017 filed in to 2018?
13         A    Yes.
14         Q    Let's look at page 39 of the document and
02:32 15  we'll use the original pagination, it should be
16    "Page 39 of 254" in the lower right-hand corner.
17         A    Okay.
18         Q    And there are some references there to
19    construction of the tailings treatment facility.
02:32 20        Do you know when the tailings treatment
21    facility construction was complete?
22         A    No, I don't know when the final tailings
23    facility was complete.
24         Q    Was it completed before the commencement of
02:32 25  commercial production at the mine?
```

174