James E. Torgerson (Bar No. 8509120)
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: (907) 263-8404
Facsimile: (907) 277-1920
jim.torgerson@stoel.com

Jonathan W. Rauchway (*Admitted Pro Hac Vice*)
Shannon W. Stevenson (*Admitted Pro Hac Vice*)
Kristin L. Arthur (*Admitted Pro Hac Vice*)
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone: (303) 892-9400
Facsimile: (303) 893-1379
jon.rauchway@dgslaw.com
shannon.stevenson@dgslaw.com
kristin.arthur@dgslaw.com

Attorneys for Plaintiffs Maverix Metals Inc.
and Maverix Metals (Nevada) Inc.

**STOEL RIVES LLP**
510 L Street, Suite 500, Anchorage, AK 99501
*Main (907) 277-1900 Fax (907) 277-1920*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MAVERIX METALS INC., a Canadian corporation and MAVERIX METALS (NEVADA) INC., a Nevada corporation,<br><br>                Plaintiffs,<br><br>    v.<br><br>COEUR ALASKA, INC., a Delaware corporation,<br><br>                Defendant. | Case No. 1:21-cv-00021-SLG |

*Declaration of Jonathan W. Rauchway in Support of Plaintiffs' Reply In Support of Motion for Partial Summary Judgment*
Case No. 1:21-cv-00021-SLG

1

# DECLARATION OF JONATHAN W. RAUCHWAY IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Jonathan Rauchway, make the following Declaration pursuant to 28 U.S.C. § 1746:

1. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify to them.

2. I am an attorney at the law firm of Davis Graham & Stubbs LLP, 1550 Seventeen Street, Suite 500, Denver, Colorado 80202. I am admitted *pro hac vice* to represent Maverix Metals Inc. and Maverix Metals (Nevada) Inc ("Maverix") in the above-captioned case.

3. Attached as **Exhibit 1** is a true and accurate copy of highlighted excerpts from the deposition of Kenneth J. Watkinson, dated December 6, 2022.

4. Attached as **Exhibit 2** is a true and accurate copy of excerpts from the Kensington Gold Mine Southeast Alaska, USA Technical Report, prepared under the supervision of John Barry and John Sims, current as of January 1, 2010 ("2010 Technical Report"). The 2010 Technical Report is a public disclosure made by Coeur under Canadian Security Administrators National Instrument 43-101 and was authenticated in the deposition of Kenneth J. Watkinson at 165:2-15.

5. Attached as **Exhibit 3** is a true and accurate copy of an email chain between Adam Stellar, Dennis McHarness, and Stacy Kauffman, attaching the Q2

*Declaration of Jonathan W. Rauchway in Support of Plaintiffs' Reply In Support of Motion for Partial Summary Judgment*
Case No. 1:21-cv-00021-SLG

2

Case 1:21-cv-00021-SLG   Document 61   Filed 02/17/23   Page 2 of 4

2017 Royalty Report, dated August 31, 2017, produced by Coeur at CM_013237-13265.

6. Attached as **Exhibit 4** is a true and accurate copy of an email chain between Brian Slade and Martin Litt, attaching the Tolling Agreement, dated September 10, 2019, produced by Maverix at MAVERIX0000761-766.

7. Attached as **Exhibit 5** is a true and accurate copy of an email chain between Ken Watkinson and Dennis McHarness, dated September 11, 2019, with excerpts from an attached spreadsheet, produced by Coeur at CM_018460-18461.

8. Attached as **Exhibit 6** is a true and accurate copy of an email chain between Ken Watkinson and Dennis McHarness, dated September 13, 2019, produced by Coeur at CM_003352-3353.

9. Attached as **Exhibit 7** is a true and accurate copy of an email chain between Dennis McHarness and Ken Watkinson, dated September 27, 2019, produced by Coeur at CM_010910-10912.

10. Attached as **Exhibit 8** is a true and accurate copy of an email chain between Ryan McIntyre, Matt Fargey, Peter Winters, Ken Watkinson, and Alim Visram, dated March 11, 2020, with excerpts from an attached spreadsheet, produced by Maverix at MAVERIX0001917-1919.

11. Attached as **Exhibit 9** is a true and accurate copy of highlighted excerpts from the deposition of Mitchell J. Krebs, dated December 7, 2022.

*Declaration of Jonathan W. Rauchway in Support of Plaintiffs' Reply In Support of Motion for Partial Summary Judgment*
Case No. 1:21-cv-00021-SLG

3

12. I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of February, 2023.

By: */s/ Jonathan W. Rauchway*
Jonathan W. Rauchway
*Attorney for Plaintiffs Maverix Metals Inc. and Maverix Metals (Nevada) Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2023, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court, District of Alaska, by using the CM/ECF system. Participants in this Case No. 1:21-cv-00021-SLG, who are registered CM/ECF users, will be served by the CM/ECF system.

Michael A. Grisham
Nathan Bishop
Dorsey & Whitney LLP
1031 W. 4th Ave., Suite 600
Anchorage, AK 9950
grisham.michael@dorsey.com
bishop.nathan@dorsey.com

/s/ James E. Torgerson
James E. Torgerson

*Declaration of Jonathan W. Rauchway in Support of Plaintiffs' Reply In Support of Motion for Partial Summary Judgment*
Case No. 1:21-cv-00021-SLG